| **United States Bankruptcy Court**<br>**District of Delaware** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Urban Brands, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**51-0373678** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State):<br>100 Metro Way<br>Secaucus, New Jersey    07094 | Street Address of Joint Debtor (No. & Street, City, State): |
| County of Residence or of the Principal Place of Business:<br>**Hudson County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4.01./13 and every three years thereafter.*)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors[1]

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☒ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over-100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimates Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 Million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimates Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

[1] The statistical information set forth herein is based on the consolidated financial information of the Debtor and its affiliates.

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Urban Brands, Inc.** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: See Exhibit 1 | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).  X _____  Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Urban Brands, Inc.** |
|---|---|

| Signatures | |
|---|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)
Mark D. Collins, Esq. (No. 2981)
Printed Name of Attorney for Debtor(s)
Richards, Layton & Finger, P.A.
Firm Name
920 N. King Street, One Rodney Square
Address
Wilmington, Delaware 19801
(302) 651-7700
Telephone Number
September 20, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Michael A. Abate
Printed Name of Authorized Individual
Vice President Finance/Treasurer
Title of Authorized Individual
September 20, 2010
Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Exhibit 1**

**Pending Bankruptcy Cases Filed by the Debtor and Its Affiliates
Each Concurrently Filed in the United States Bankruptcy Court
for the District of Delaware**

On the date of this petition, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filing of their petitions, such entities filed a motion requesting joint administration of their chapter 11 cases.

1. Urban Brands, Inc.

2. A.S. Interactive, Inc.

3. Ashley Stewart Ltd.

4. Ashley Stewart Management Co., Inc.

5. Ashley Stewart Woman Ltd.

6. ASNJ 10, Inc.

7. Large Apparel of Alabama, Inc.

8. Large Apparel of California, Inc.

9. Large Apparel of Connecticut, Inc.

10. Large Apparel of District of Columbia, Inc.

11. Large Apparel of Florida, Inc.

12. Large Apparel of Georgia, Inc.

13. Large Apparel of Illinois, Inc.

14. Large Apparel of Indiana, Inc.

15. Large Apparel of Louisiana, Inc.

16. Large Apparel of Maryland, Inc.

17. Large Apparel of Michigan, Inc.

18. Large Apparel of Mississippi, Inc.

19. Large Apparel of Missouri, Inc.

20. Large Apparel of New Jersey, Inc.

21. Large Apparel of New York, Inc.

22. Large Apparel of North Carolina, Inc.

23. Large Apparel of Ohio, Inc.

24. Large Apparel of Pennsylvania, Inc.

25. Large Apparel of South Carolina, Inc.

26. Large Apparel of Tennessee, Inc.

27. Large Apparel of Texas, Inc.

28. Large Apparel of Virginia, Inc.

29. Large Apparel of Wisconsin, Inc.

30. Marianne Ltd.

31. Marianne USPR, Inc.

32. Marianne VI, Inc.

33. Metro Apparel of Kentucky, Inc.

34. Metro Apparel of Massachusetts, Inc.

35. Carraizo Alto Apparel Corporation

36. ASIL 6, Inc.

37. Ashley Stewart Apparel Corporation

38. Ashley Stewart Clothing Company, Inc.

39. Church Street Retail, Inc.

40. Urban Acquisition Corporation of New Jersey, Inc.

41. Urban Acquisition Corporation of New York, Inc.

42. Urban Brands TM Holding Co.

43. 100% Girls Ltd.

44. The Essence of Body & Soul, Ltd.

45. 100% Girls of Georgia, Inc.

46. 100 Percent Girls of New Jersey, Inc.

47. 100% Girls of New York, Inc.

48. Kid Spot Ltd.

49. Kidspot of Delaware, Inc.

50. Kidspot of Illinois, Inc.

51. Kidspot of Michigan, Inc.

52. Kidspot of New Jersey, Inc.

53. Kidspot of Ohio, Inc.

54. Kidspot of Pennsylvania, Inc.

55. Kidspot of Texas, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Urban Brands, Inc.,** | ) | **Case No. 10-_____ (____)** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| | ) | |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

      The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors"), each filed a voluntary petition in this Court on September 20, 2010 (the "Petition Date") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is a list of the Debtors' twenty largest unsecured creditors on a consolidated basis (the "Top 20 List") based on the Debtors' books and records as of the Petition Date. The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 20 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtors. The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of any such claim.

See attached.

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| Angel Made In Heaven, Inc. | 525 7th Avenue, Suite 1710<br>New York, NY 10018<br>Tel: (212)869-5678 | Trade | | 1,206,034 |
| Natural Collection Corp. | 2277 East 16th St.<br>Los Angeles, CA 90021<br>Tel: (323) 584-6700<br>Fax: (323) 584-6800 | Trade | | 975,811 |
| Mister Noah | P.O. Box 8533<br>Bensalem, PA 19020-8533<br>Tel: (215) 639-9300<br>Fax: (215) 639-1555 | Trade | | 956,520 |
| Ethan Shapiro | 76 Myrtle Road<br>Westport, CT 06880 | Note and Employment | | 874,493 |
| Jeffrey Craig, Ltd. | 1384 Broadway<br>New York, NY 10018-3796<br>Tel: (212) 221-8088<br>Fax: (212) 302-1561 | Trade | | 861,188 |
| Zhejiang Tong-Yuan Garments | 1888 Jianghui Road<br>Binjiang District<br>Hangzhou 310051<br>Tel: 86-571-87566505<br>Fax: 86-571-87566510 | Trade | | 813,215 |
| Les Vetement Multiwear, Inc. | 4750 Jarry East 201<br>St. Leonard, QC H1R 1X8<br>Tel: (514) 721-3862 | Trade | | 654,830 |
| Liberty Apparel | 1407 Broadway<br>Suite 1500<br>New York, NY 10018<br>Tel: (718) 625-4000<br>Fax: (718) 625-2244 | Trade | | 647,082 |
| Travelers | CL & Specialty<br>Remittance Center<br>Account #1441N7066<br>Hartford, CT 06183-1008 | Insurance | | 612,019 |
| Robert Grayson | 682 Lake Avenue<br>Greenwich, CT 06830 | Note | | 500,397 |
| Sign Source Inc. | 1155 Bloomfield Avenue<br>Clifton, NJ 07012<br>Tel: (973) 916-2804<br>Fax: (973) 916-2810 | Trade | | 453,933 |
| Deja Bleu | 1 American Way<br>Suite #10<br>Secaucus, NJ 07094<br>Tel: (201) 325-9002 | Trade | | 426,568 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| Highway Jeans Div Louise Paris | 1407 Broadway<br>Suite 1407<br>New York, NY 10018<br>Tel: (212) 354-5411<br>Fax: (212) 354-5196 | Trade | | 422,571 |
| Dreamwear Inc. | 183 Madison Avenue<br>Suite 1001<br>New York, NY 10016<br>Tel: (212) 684-7799 | Trade | | 421,760 |
| Two-One-Two New York Inc. | 1410 Broadway<br>Suite 2104<br>New York, NY 10018<br>Tel: (212) 840-8665 | Trade | | 400,235 |
| NY3 International | 1410 Broadway<br>Suite 505<br>Attn: Kristi Waters<br>New York, NY 10018<br>Tel: (212) 575-0024 | Trade | | 396,797 |
| Federal Express Corp. | P.O. Box 1140, Dept. A<br>Memphis, TN 38101-1140 | Trade | | 396,434 |
| Miss Sportswear | 1384 Broadway<br>10th Floor<br>New York, NY 10018<br>Tel: (212) 391-2535 | Trade | | 372,756 |
| Gardere Wynne Sewell LLP | 1601 Elm Street<br>Suite 3000<br>Dallas, TX 75201<br>Tel: (214) 999-3000<br>Fax: (214) 999-3918 | Professional | | 329,873 |
| Knitwork Productions | 1639 Centre St.<br>Ridgewood, NY 11385<br>Tel: (718) 821-2201<br>Fax: (718) 821-2236 | Trade | | 310,483 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Urban Brands, Inc.,** | ) | **Case No. 10-_____ (____)** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| | ) | |

## DECLARATION CONCERNING THE CONSOLIDATED LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

I, Michael A. Abate, Vice President Finance/Treasurer of Urban Brands, Inc., declare under penalty of perjury that I have reviewed the foregoing Consolidated List of Creditors Holding the 20 Largest Unsecured Claims Against the Debtors and that the information contained therein is true and correct to the best of my information and belief.

Dated: September 20, 2010
       Wilmington, Delaware

/s/ Michael A. Abate
Name: Michael A. Abate
Title: Vice President Finance/Treasurer of Urban Brands, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Urban Brands, Inc.,** | ) | **Case No. 10-_____ (_____)** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| | ) | |

## CONSOLIDATED LIST OF CREDITORS

The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in this Court on September 20, 2010 for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filing of the petition, the Debtors filed a single consolidated list of creditors (the "Consolidated Creditor List"), in lieu of separate lists. Due to its voluminous nature, the Consolidated Creditor List is being submitted to the Court electronically as an attachment hereto.

[information provided in electronic format]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Urban Brands, Inc.,** | ) | **Case No. 10-_____ (_____)** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| | ) | |

## DECLARATION REGARDING CONSOLIDATED CREDITOR LIST

I, Michael A. Abate, Authorized Officer of Urban Brands, Inc., a Delaware corporation and the entity named as debtor in this case, declare under penalty of perjury that I have reviewed the Consolidated Creditor List submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: September 20, 2010
      Wilmington, Delaware

/s/ Michael A. Abate
Name: Michael A. Abate
Title: Vice President Finance/Treasurer of Urban Brands, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Urban Brands, Inc., | ) | Case No. 10-_____ (_____) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

See attached Schedule.

**Urban Brands, Inc**
**Stock Ownership Schedule**
**Outstanding Shares**
**As of November 2009**

| | Common Stock | Senior A Preferred | Senior B Preferred | Class A-1 Preferred | Class A-2 Preferred | Class B-1 Preferred | Class B-2 Preferred | Class B-3 Preferred |
|---|---|---|---|---|---|---|---|---|
| Trimaran Fund II, L.L.C. | 1,619,856 | 182,780 | 91,390 | 86,166 | 549 | 7,949 | - | 880 |
| Trimaran Parallel Fund II, L.P. | 682,004 | 76,955 | 38,477 | 36,278 | 231 | 3,348 | - | 370 |
| Trimaran Capital, L.L.C. | 104,589 | 11,801 | 5,900 | 5,564 | 35 | 514 | - | 57 |
| Trimaran Capital, L.L.C. | 1,054,769 | 119,016 | 59,509 | 56,107 | 357 | 5,177 | - | 573 |
| CIBC Employee Private Equity Fund (Trimaran) Partners | 1,150,721 | 129,840 | 64,920 | 61,212 | 390 | 5,647 | - | 625 |
| CIBC Capital Funding (CIBC MB Inc.) | - | - | - | - | - | - | - | - |
| **Total Trimaran** | 4,611,939 | 520,392 | 260,196 | 245,327 | 1,562 | 22,635 | - | 2,505 |
| | | | | | | | | |
| Total Management/Other (see below) | 222,020 | 13,608 | 6,804 | 11,023 | 410 | 1,016 | - | 657 |
| UBI Holding Corporation (TSG) | 4,394,640 | - | - | - | - | - | 387,690 | - |
| | | | | | | | | |
| **Total** | 9,228,599 | 534,000 | 267,000 | 256,350 | 1,971 | 23,651 | 387,690 | 3,162 |

| Management/Other | Common Stock | Senior A Preferred | Senior B Preferred | Class A-1 Preferred | Class A-2 Preferred | Class B-1 Preferred | Class B-2 Preferred | Class B-3 Preferred |
|---|---|---|---|---|---|---|---|---|
| Ethan Shapiro | 70,480 | 3,000 | 1,500 | 3,204 | 307 | 296 | - | 493 |
| Robert Grayson | 75,069 | 1,080 | 540 | 3,845 | 102 | 354 | - | 164 |
| Donald Dust | 9,522 | - | - | 513 | - | 47 | - | - |
| Marla Minns | 2,380 | 36 | 18 | 128 | - | 12 | - | - |
| Karen Harriston | 2,380 | - | - | 128 | - | 12 | - | - |
| Michael Abate | 11,902 | 180 | 90 | 641 | - | 59 | - | - |
| Linda Roskowski | 4,761 | 72 | 36 | 256 | - | 24 | - | - |
| Ted Deblak | 1,700 | - | - | 92 | - | 8 | - | - |
| William Coe | 15,303 | - | - | 824 | - | 76 | - | - |
| Lawrence Campbell | 23,804 | 2,520 | 1,260 | 1,282 | - | 118 | - | - |
| Francis Spellane | 2,679 | - | - | - | - | - | - | - |
| Steve Newman | - | 4,800 | 2,400 | - | - | - | - | - |
| Mark Gunn | - | 600 | 300 | - | - | - | - | - |
| Anita Britt | - | 1,200 | 600 | - | - | - | - | - |
| Pres Talley | - | 120 | 60 | - | - | - | - | - |
| UBI | 2,040 | - | - | 110 | - | 10 | - | - |
| **Total Management/Other** | 222,020 | 13,608 | 6,804 | 11,023 | 410 | 1,016 | - | 657 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Urban Brands, Inc.,** | ) | **Case No. 10-_____  (_____)** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| | ) | |

## DECLARATION CONCERNING DEBTOR'S LIST
## OF EQUITY SECURITY HOLDERS

I, Michael A. Abate, Vice President Finance/Treasurer of Urban Brands, Inc., declare under penalty of perjury that I have reviewed the foregoing List of Equity Security Holders and that the information contained therein is true and correct to the best of my information and belief.

| | |
|---|---|
| Dated:  September 20, 2010 | /s/ Michael A. Abate |
| Wilmington, Delaware | Name:  Michael A. Abate |
| | Title:    Vice President Finance/Treasurer of Urban Brands, Inc. |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **Urban Brands, Inc.,** | ) | **Case No. 10-_____ (____)** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| | ) | |

## URBAN BRANDS, INC.'S STATEMENT PURSUANT
## TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1)

For its Statement Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), Urban Brands, Inc., a Delaware corporation (the "Debtor"), respectfully represents that the following entities own 10% or more of any class of the Debtor's equity interests.

Common Stock

Trimaran Fund II, L.L.C.
CIBC Employee Private Equity Fund (Trimaran) Partners
CIBC Capital Funding (CIBC MB Inc.)
UBI Holding Corporation (TSG)

Senior A Preferred

Trimaran Fund II, L.L.C.
CIBC Employee Private Equity Fund (Trimaran) Partners
CIBC Capital Funding (CIBC MB Inc.)

Senior B Preferred

Trimaran Fund II, L.L.C.
CIBC Employee Private Equity Fund (Trimaran) Partners
CIBC Capital Funding (CIBC MB Inc.)
Trimaran Parallel Fund II, L.P.

Class A-1 Preferred

Trimaran Fund II, L.L.C.
Trimaran Parallel Fund II, L.P.
CIBC Employee Private Equity Fund (Trimaran) Partners
CIBC Capital Funding (CIBC MB Inc.)

<u>Class A-2 Preferred</u>

Trimaran Fund II, L.L.C.
Trimaran Parallel Fund II, L.P.
CIBC Employee Private Equity Fund (Trimaran) Partners
CIBC Capital Funding (CIBC MB Inc.)
Ethan Shapiro

<u>Class B-1 Preferred</u>

Trimaran Fund II, L.L.C.
CIBC Employee Private Equity Fund (Trimaran) Partners
CIBC Capital Funding (CIBC MB Inc.)
Trimaran Parallel Fund II, L.P.

<u>Class B-2 Preferred</u>

UBI Holding Corporation (TSG)

<u>Class B-3 Preferred</u>

Trimaran Fund II, L.L.C.
CIBC Employee Private Equity Fund (Trimaran) Partners
CIBC Capital Funding (CIBC MB Inc.)
Trimaran Parallel Fund II, L.P.
Ethan Shapiro

Dated:  September 20, 2010      /s/ Michael A. Abate
         Wilmington, Delaware      Name:  Michael A. Abate
                                      Title:  Vice President Finance/Treasurer of Urban Brands, Inc.

# CERTIFICATION OF RESOLUTIONS

I, Michael A. Abate, do hereby certify that: (a) I am the duly elected, qualified and acting Vice President Finance/Treasurer of Urban Brands, Inc. (the "Company"); (b) the following resolutions were duly adopted by the Board of Directors of the Company, as of September 20, 2010 in accordance with the requirements of Delaware corporation law; and (c) said resolutions have not been amended, modified or rescinded and are in full force and effect as of the date hereof:

"RESOLVED, that the Company shall be, and hereby is, authorized and directed to: (a) file a voluntary petition (the "Petition") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware and (b) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing; and it be further

RESOLVED, that the president, chief executive officer, the chief financial officer, any vice president, the secretary or assistant secretary of the Company (collectively, the "Designated Officers") shall be, and each of them, acting alone, hereby is, authorized and empowered on behalf of and in the name of the Company to: (a) execute and verify the Petition, as well as all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such Designated Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Designated Officer); (b) execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents (including debtor in possession loan agreements) necessary or desirable in connection with the foregoing; and (c) execute and verify any and all other documents necessary or appropriate in connection therewith in such form or forms as any such Designated Officer may approve; and it be further

RESOLVED, that the Designated Officers of the Company shall be, and each of them hereby is, authorized and empowered to retain, on behalf of the Company: (a) Richards, Layton & Finger, P.A., as bankruptcy counsel to the Company; (b) PricewaterhouseCoopers LLP, as financial advisor to the Company; and (c) such additional professionals, including attorneys, accountants, financial advisors, investment bankers, consultants or brokers, in each case as in such officer's or officers' judgment may be necessary or desirable in connection with the Company's chapter 11 case and other related matters, on such terms as such officer or officers shall approve; and it be further

RESOLVED, that the law firm of Richards, Layton & Finger, P.A. and any additional special counsel selected by the Designated Officers, if any, shall be, and hereby are, authorized, empowered and directed to represent the

Company, as debtor and debtor in possession, in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code; and it be further

RESOLVED, that the Company, as debtor and debtor in possession, shall be, and hereby is, authorized to: (a) borrow funds from, provide guaranties to and undertake related financing transactions, including the use of cash collateral (collectively, the "Financing Transactions"), with such lenders and on such terms as may be approved by any one or more of the Designated Officers, as reasonably necessary for the continuing conduct of the affairs of the Company; and (b) pay related fees and grant security interests in and liens upon some, all or substantially all of the Company's assets, as may be deemed necessary by any one or more of the Designated Officers in connection with such borrowings; and it be further

RESOLVED, that: (a) the Designated Officers shall be, and each of them, acting alone, hereby is, authorized and empowered in the name of, and on behalf of, the Company, as debtor and debtor in possession, to take such actions and execute and deliver such agreements, certificates, instruments, guaranties, notices and any and all other documents as the Designated Officers may deem necessary or appropriate to facilitate the Financing Transactions (collectively, the "Financing Documents"); (b) execution and delivery of Financing Documents by any Designated Officer containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Designated Officers shall be conclusive evidence of the approval of such Financing Documents by the Company and this Board; and (c) the actions of any Designated Officer taken pursuant to this resolution, including the execution and delivery of all agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of the approval thereof by the Company and this Board; and it be further

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Designated Officers of the Company, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it be further

RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of the Company in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed and approved."

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of the 20th day of September, 2010.

Name: Michael A. Abate
Title:   Vice President Finance/Treasurer