## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **URBAN BRANDS, INC., et al.,**[1] | ) | **Case No. 10-13005 (KJC)** |
| | ) | |
| | ) | **Joint Administration Pending** |
| **Debtors.** | ) | |

### NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED PLEADINGS AND (II) NOTICE OF HEARING ON FIRST DAY MOTIONS SCHEDULED FOR SEPTEMBER 22, 2010 AT 2:30 P.M.

**TO:    ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that on September 21, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

**PLEASE TAKE FURTHER NOTICE** that in addition to the filing of the voluntary petitions, the Debtors have filed the following first day motions and related pleadings (collectively, the "First Day Motions"):

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Urban Brands, Inc. (3678), 100% Girls Ltd. (4150), 100% Girls of Georgia, Inc. (4159), 100% Girls of New York, Inc. (2149), 100 Percent Girls of New Jersey, Inc. (4167), A.S. Interactive, Inc. (3472), Ashley Stewart Ltd. (4541), Ashley Stewart Apparel Corporation (4049), Ashley Stewart Clothing Company, Inc. (4051), Ashley Stewart Management Co., Inc. (4053), Ashley Stewart Woman Ltd. (4152), ASIL 6, Inc. (3996), ASNJ 10, Inc. (4004), Carraizo Alto Apparel Corporation (4651), Church Street Retail, Inc. (5954), Kid Spot Ltd. (2585), Kidspot of Delaware, Inc. (2596), Kidspot of Illinois, Inc. (2606), Kidspot of Michigan, Inc. (2603), Kidspot of New Jersey, Inc. (2601), Kidspot of Ohio, Inc. (4705), Kidspot of Pennsylvania, Inc. (2599), Kidspot of Texas, Inc. (3809), Large Apparel of Alabama, Inc. (0624), Large Apparel of California, Inc. (2129), Large Apparel of Connecticut, Inc. (5161), Large Apparel of District of Columbia, Inc. (8613), Large Apparel of Florida, Inc. (2209), Large Apparel of Georgia, Inc. (3894), Large Apparel of Illinois, Inc. (4650), Large Apparel of Indiana, Inc. (4055), Large Apparel of Louisiana, Inc. (3790), Large Apparel of Maryland, Inc. (5158), Large Apparel of Michigan, Inc. (9420), Large Apparel of Mississippi, Inc. (5913), Large Apparel of Missouri, Inc. (2135), Large Apparel of New Jersey, Inc. (5157), Large Apparel of New York, Inc. (5956), Large Apparel of North Carolina, Inc. (8611), Large Apparel of Ohio, Inc. (3815), Large Apparel of Pennsylvania, Inc. (4057), Large Apparel of South Carolina, Inc. (2029), Large Apparel of Tennessee, Inc. (3895), Large Apparel of Texas, Inc. (3787), Large Apparel of Virginia, Inc. (2809), Large Apparel of Wisconsin, Inc. (3898), Marianne Ltd. (3940), Marianne USPR, Inc. (2193), Marianne VI, Inc. (2206), Metro Apparel of Kentucky, Inc. (7533), Metro Apparel of Massachusetts, Inc. (1367), The Essence of Body & Soul, Ltd. (4165), Urban Acquisition Corporation of New Jersey, Inc. (2976), Urban Acquisition Corporation of New York, Inc. (4103), and Urban Brands TM Holding Co. (5909). The Debtors' corporate offices are located at 100 Metro Way, Secaucus, New Jersey 07094.

A.   <u>Voluntary Petitions</u>

    1.   Voluntary Petition of ASIL 6, Inc.

    2.   Voluntary Petition of Urban Brands, Inc.

    3.   Voluntary Petition of 100% Girls Ltd.

    4.   Voluntary Petition of 100% Girls of Georgia, Inc.

    5.   Voluntary Petition of 100% Girls of New York, Inc.

    6.   Voluntary Petition of 100 Percent Girls of New Jersey, Inc.

    7.   Voluntary Petition of A.S. Interactive, Inc.

    8.   Voluntary Petition of Ashley Stewart Ltd.

    9.   Voluntary Petition of Ashley Stewart Apparel Corporation

    10.   Voluntary Petition of Ashley Stewart Clothing Company, Inc.

    11.   Voluntary Petition of Ashley Stewart Management Co., Inc.

    12.   Voluntary Petition of Ashley Stewart Woman Ltd.

    13.   Voluntary Petition of ASNJ 10, Inc.

    14.   Voluntary Petition of Carraizo Alto Apparel Corporation

    15.   Voluntary Petition of Church Street Retail, Inc.

    16.   Voluntary Petition of Kid Spot Ltd.

    17.   Voluntary Petition of Kidspot of Delaware, Inc.

    18.   Voluntary Petition of Kidspot of Illinois, Inc.

    19.   Voluntary Petition of Kidspot of Michigan, Inc.

    20.   Voluntary Petition of Kidspot of New Jersey, Inc.

    21.   Voluntary Petition of Kidspot of Ohio, Inc.

    22.   Voluntary Petition of Kidspot of Pennsylvania, Inc.

RLF1 3609713v. 1

23. Voluntary Petition of Kidspot of Texas, Inc.

24. Voluntary Petition of Large Apparel of Alabama, Inc.

25. Voluntary Petition of Large Apparel of California, Inc.

26. Voluntary Petition of Large Apparel of Connecticut, Inc.

27. Voluntary Petition of Large Apparel of District of Columbia, Inc.

28. Voluntary Petition of Large Apparel of Florida, Inc.

29. Voluntary Petition of Large Apparel of Georgia, Inc.

30. Voluntary Petition of Large Apparel of Illinois, Inc.

31. Voluntary Petition of Large Apparel of Indiana, Inc.

32. Voluntary Petition of Large Apparel of Louisiana, Inc.

33. Voluntary Petition of Large Apparel of Maryland, Inc.

34. Voluntary Petition of Large Apparel of Michigan, Inc.

35. Voluntary Petition of Large Apparel of Mississippi, Inc.

36. Voluntary Petition of Large Apparel of Missouri, Inc.

37. Voluntary Petition of Large Apparel of New Jersey, Inc.

38. Voluntary Petition of Large Apparel of New York, Inc.

39. Voluntary Petition of Large Apparel of North Carolina, Inc.

40. Voluntary Petition of Large Apparel of Ohio, Inc.

41. Voluntary Petition of Large Apparel of Pennsylvania, Inc.

42. Voluntary Petition of Large Apparel of South Carolina, Inc.

43. Voluntary Petition of Large Apparel of Tennessee, Inc.

44. Voluntary Petition of Large Apparel of Texas, Inc.

45. Voluntary Petition of Large Apparel of Virginia, Inc.

RLF1 3609713v. 1

46.     Voluntary Petition of Large Apparel of Wisconsin, Inc.

47.     Voluntary Petition of Marianne Ltd.

48.     Voluntary Petition of Marianne USPR, Inc.

49.     Voluntary Petition of Marianne VI, Inc.

50.     Voluntary Petition of Metro Apparel of Kentucky, Inc.

51.     Voluntary Petition of Metro Apparel of Massachusetts, Inc.

52.     Voluntary Petition of The Essence of Body & Soul, Ltd.

53.     Voluntary Petition of Urban Acquisition Corporation of New Jersey, Inc.

54.     Voluntary Petition of Urban Acquisition Corporation of New York, Inc.

55.     Voluntary Petition of Urban Brands TM Holding Co.

B.     <u>First-Day Motions</u>

1.     Debtors' Motion for Entry of an Order Directing Joint Administration of Their Related Chapter 11 Cases [Docket No. 3; filed September 21, 2010]

2.     Motion of the Debtors and Debtors-in-Possession Pursuant to Sections 105(a), 363(b) and 541 of the Bankruptcy Code for Authorization to Pay Prepetition Sales and Use Taxes [Docket No. 4; filed September 21, 2010]

3.     Motion of the Debtors and Debtors-in-Possession for Entry of an Order (I) Authorizing Debtors to Continue Use of Cash Management System, Bank Accounts and Business Forms and (II) Extending the Debtors' Time to Comply with Section 345 of the Bankruptcy Code [Docket No. 5; filed September 21, 2010]

4.     Motion of the Debtors and Debtors in Possession for an Order Confirming the Administrative Expense Priority Status of the Debtors' Undisputed Obligations for the Postpetition Delivery of Goods and Services [Docket No. 6; filed September 21, 2010]

5.     Motion of the Debtors and Debtors-in-Possession for Entry of an Order Authorizing Payment of Certain Prepetition Common Carrier, Warehouse and Related Obligations [Docket No. 7; filed September 21, 2010]

RLF1 3609713v. 1

6.      Motion of the Debtors and Debtors-in-Possession for Entry of An Order Appointing BMC Group, Inc. As Claims and Noticing Agent [Docket No. 8; filed September 21, 2010]

7.      Motion of Debtors for Entry of an Order Extending Time Within Which to File Schedules and Statements [Docket No. 9; filed September 21, 2010]

8.      Motion of the Debtors and Debtors-in-Possession for an Order Authorizing the Debtors to Honor Certain Prepetition Customer Programs [Docket No. 10; filed September 21, 2010]

9.      Motion of the Debtors and Debtors-in-Possession for Entry of an Order (A) Authorizing, But Not Directing, Debtors to Pay Certain Prepetition (I) Wages, Salaries and Other Compensation, (II) Reimbursable Employee Expenses, and (III) Employee Medical and Similar Benefits; and (B) Authorizing and Directing Financial Institutions to Honor All Related Checks and Electronic Payment Requests [Docket No. 12; filed September 21, 2010]

10.      Motion of the Debtors and Debtors-in-Possession for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services [Docket No. 11; filed September 21, 2010]

11.      Motion of Debtors and Debtors-in-Possession for Entry of an Order (A) Authorizing Debtors to (I) Continue Prepetition Insurance Coverage and (II) Maintain Prepetition Premium Financing Agreements and (III) Maintain Prepetition Insurance Brokerage Agreements and (B) Authorizing and Directing Financial Institutions to Honor Related Checks and Electronic Payment Requests [Docket No. 13; filed September 21, 2010]

12.      Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 361, 362, and 364 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules 2002-1 and 4001-2 (1) Authorizing Incurrence By the Debtors of Post-Petition Secured Indebtedness with Priority Over All Over Secured Indebtedness and with Administrative Superpriority, (2) Granting Liens, (3) Authorizing Use of Cash Collateral By the Debtors and Providing for Adequate Protection, (4) Modifying the Automatic Stay, and (5) Scheduling a Final Hearing [Docket No. 16; filed September 21, 2010]

C.      Declaration of Michael A. Abate in Support of First Day Motions [Docket No. 17; filed September 21, 2010]

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "<u>First Day Hearing</u>")

with respect to the First Day Motions is scheduled for **September 22, 2010 at 2:30 p.m.**

RLF1 3609713v. 1

**(Eastern Daylight Time)** at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 before The Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that all objections, if any, to the First Day Motions may be made at the First Day Hearing.

Dated: September 21, 2010
       Wilmington, Delaware

Respectfully submitted,

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Paul N. Heath (No. 3704)
Chun I. Jang (No. 4790)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Proposed Attorneys for the Debtors and Debtors-in-Possession*