

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Urban Brands, Inc., | Case No. 10-13005 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 51-0373678 | |
| In re: | Chapter 11 |
| 100% Girls Ltd., | Case No. 10-13022 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3614150 | |
| In re: | Chapter 11 |
| 100% Girls of Georgia, Inc., | Case No. 10-13009 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3614159 | |
| In re: | Chapter 11 |
| 100% Girls of New York, Inc., | Case No. 10-13012 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3572149 | |
| In re: | Chapter 11 |
| 100 Percent Girls of New Jersey, Inc., | Case No. 10-13034 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3614167 | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| A.S. Interactive, Inc., | ) | Case No. 10-13015 (KJC) |
| | ) | |
| Debtor. | ) | Re: Docket No. 3 |
| | ) | |
| TAX I.D. No. 26-1793472 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Ashley Stewart Ltd., | ) | Case No. 10-13027 (KJC) |
| | ) | |
| Debtor. | ) | Re: Docket No. 3 |
| | ) | |
| TAX I.D. No. 13-3614541 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Ashley Stewart Apparel Corporation, | ) | Case No. 10-13057 (KJC) |
| | ) | |
| Debtor. | ) | Re: Docket No. 3 |
| | ) | |
| TAX I.D. No. 22-3494049 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Ashley Stewart Clothing Company, Inc., | ) | Case No. 10-13016 (KJC) |
| | ) | |
| Debtor. | ) | Re: Docket No. 3 |
| | ) | |
| TAX I.D. No. 22-3494051 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Ashley Stewart Management Co., Inc., | ) | Case No. 10-13006 (KJC) |
| | ) | |
| Debtor. | ) | Re: Docket No. 3 |
| | ) | |
| TAX I.D. No. 22-3494053 | ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| Ashley Stewart Woman Ltd., | Case No. 10-13021 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3614152 | |
| In re: | Chapter 11 |
| ASIL 6, Inc., | Case No. 10-13004 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3493996 | |
| In re: | Chapter 11 |
| ASNJ 10, Inc., | Case No. 10-13056 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3494004 | |
| In re: | Chapter 11 |
| Carraizo Alto Apparel Corporation, | Case No. 10-13007 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-2234651 | |
| In re: | Chapter 11 |
| Church Street Retail, Inc., | Case No. 10-13040 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 13-3665954 | |

| | |
|---|---|
| In re: | Chapter 11 |
| Kid Spot Ltd, | Case No. 10-13024 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3612585 | |
| In re: | Chapter 11 |
| Kidspot of Delaware, Inc., | Case No. 10-13008 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3612596 | |
| In re: | Chapter 11 |
| Kidspot of Illinois, Inc., | Case No. 10-13033 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3612606 | |
| In re: | Chapter 11 |
| Kidspot of Michigan, Inc., | Case No. 10-13053 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3612603 | |
| In re: | Chapter 11 |
| Kidspot of New Jersey, Inc., | Case No. 10-13020 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3612601 | |

| | |
|---|---|
| In re: | Chapter 11 |
| Kidspot of Ohio, Inc., | Case No. 10-13051 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3664705 | |
| In re: | Chapter 11 |
| Kidspot of Pennsylvania, Inc., | Case No. 10-13028 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3612599 | |
| In re: | Chapter 11 |
| Kidspot of Texas, Inc., | Case No. 10-13047 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3623809 | |
| In re: | Chapter 11 |
| Large Apparel of Alabama, Inc., | Case No. 10-13031 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3760624 | |
| In re: | Chapter 11 |
| Large Apparel of California, Inc., | Case No. 10-13032 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3592129 | |

RLF1 3611636v. 1

| | |
|---|---|
| In re: | Chapter 11 |
| Large Apparel of Connecticut, Inc., | Case No. 10-13035 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 13-3695161 | |
| In re: | Chapter 11 |
| Large Apparel of District of Columbia, Inc., | Case No. 10-13011 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3528613 | |
| In re: | Chapter 11 |
| Large Apparel of Florida, Inc., | Case No. 10-13026 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3622209 | |
| In re: | Chapter 11 |
| Large Apparel of Georgia, Inc., | Case No. 10-13038 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3523894 | |
| In re: | Chapter 11 |
| Large Apparel of Illinois, Inc., | Case No. 10-13017 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 13-3774650 | |

RLF1 3611636v. 1

| | |
|---|---|
| In re: | Chapter 11 |
| Large Apparel of Indiana, Inc., | Case No. 10-13019 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3494055 | |
| In re: | Chapter 11 |
| Large Apparel of Louisiana, Inc., | Case No. 10-13014 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3623790 | |
| In re: | Chapter 11 |
| Large Apparel of Maryland, Inc., | Case No. 10-13018 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 13-3695158 | |
| In re: | Chapter 11 |
| Large Apparel of Michigan, Inc., | Case No. 10-13013 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 13-3819420 | |
| In re: | Chapter 11 |
| Large Apparel of Mississippi, Inc., | Case No. 10-13023 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3735913 | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **Large Apparel of Missouri, Inc.,** | ) | Case No. 10-13042 (KJC) |
| | ) | |
| Debtor. | ) | Re: Docket No. 3 |
| | ) | |
| **TAX I.D. No. 22-3592135** | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **Large Apparel of New Jersey, Inc.,** | ) | Case No. 10-13041 (KJC) |
| | ) | |
| Debtor. | ) | Re: Docket No. 3 |
| | ) | |
| **TAX I.D. No. 13-3695157** | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **Large Apparel of New York, Inc.,** | ) | Case No. 10-13049 (KJC) |
| | ) | |
| Debtor. | ) | Re: Docket No. 3 |
| | ) | |
| **TAX I.D. No. 13-3665956** | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **Large Apparel of North Carolina, Inc.,** | ) | Case No. 10-13029 (KJC) |
| | ) | |
| Debtor. | ) | Re: Docket No. 3 |
| | ) | |
| **TAX I.D. No. 22-3528611** | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **Large Apparel of Ohio, Inc.,** | ) | Case No. 10-13036 (KJC) |
| | ) | |
| Debtor. | ) | Re: Docket No. 3 |
| | ) | |
| **TAX I.D. No. 22-3503815** | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **Large Apparel of Pennsylvania, Inc.,** | ) | Case No. 10-13044 (KJC) |
| | ) | |
| Debtor. | ) | Re: Docket No. 3 |
| | ) | |
| TAX I.D. No. 22-3494057 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **Large Apparel of South Carolina, Inc.,** | ) | Case No. 10-13037 (KJC) |
| | ) | |
| Debtor. | ) | Re: Docket No. 3 |
| | ) | |
| TAX I.D. No. 27-0002029 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **Large Apparel of Tennessee, Inc.,** | ) | Case No. 10-13039 (KJC) |
| | ) | |
| Debtor. | ) | Re: Docket No. 3 |
| | ) | |
| TAX I.D. No. 22-3523895 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **Large Apparel of Texas, Inc.,** | ) | Case No. 10-13043 (KJC) |
| | ) | |
| Debtor. | ) | Re: Docket No. 3 |
| | ) | |
| TAX I.D. No. 22-3623787 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **Large Apparel of Virginia, Inc.,** | ) | Case No. 10-13045 (KJC) |
| | ) | |
| Debtor. | ) | Re: Docket No. 3 |
| | ) | |
| TAX I.D. No. 13-3732809 | ) | |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| **Large Apparel of Wisconsin, Inc.,** ) | Case No. 10-13048 (KJC) |
| ) | |
| Debtor. ) | Re: Docket No. 3 |
| ) | |
| **TAX I.D. No. 22-3523898** ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| **Marianne Ltd.,** ) | Case No. 10-13058 (KJC) |
| ) | |
| Debtor. ) | Re: Docket No. 3 |
| ) | |
| **TAX I.D. No. 22-3623940** ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| **Marianne USPR, Inc.,** ) | Case No. 10-13030 (KJC) |
| ) | |
| Debtor. ) | Re: Docket No. 3 |
| ) | |
| **TAX I.D. No. 22-3622193** ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| **Marianne VI, Inc.,** ) | Case No. 10-13025 (KJC) |
| ) | |
| Debtor. ) | Re: Docket No. 3 |
| ) | |
| **TAX I.D. No. 22-3622206** ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| **Metro Apparel of Kentucky, Inc.,** ) | Case No. 10-13050 (KJC) |
| ) | |
| Debtor. ) | Re: Docket No. 3 |
| ) | |
| **TAX I.D. No. 55-0907533** ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| Metro Apparel of Massachusetts, Inc., | Case No. 10-13055 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 14-1981367 | |
| In re: | Chapter 11 |
| The Essence of Body & Soul, Ltd., | Case No. 10-13010 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3614165 | |
| In re: | Chapter 11 |
| Urban Acquisition Corporation of New Jersey, Inc., | Case No. 10-13052 (KJC) |
| | Re: Docket No. 3 |
| Debtor. | |
| TAX I.D. No. 22-3642976 | |
| In re: | Chapter 11 |
| Urban Acquisition Corporation of New York, Inc., | Case No. 10-13054 (KJC) |
| | Re: Docket No. 3 |
| Debtor. | |
| TAX I.D. No. 22-3724103 | |
| In re: | Chapter 11 |
| Urban Brands TM Holding Co., | Case No. 10-13046 (KJC) |
| Debtor. | Re: Docket No. 3 |
| TAX I.D. No. 22-3735909 | |

## ORDER DIRECTING JOINT ADMINISTRATION
## OF THE DEBTORS' RELATED CHAPTER 11 CASES

Upon the motion (the "Motion") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order (this "Order") directing the joint administration of the Debtors' related chapter 11 cases; and upon the *Declaration of Michael A. Abate in Support of First Day Motions*; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2); and it appearing that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of this Motion having been provided; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 10-13005 (KJC).

3. The consolidated caption of the jointly administered cases should read as follows:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **URBAN BRANDS, INC., et al.,**[1] ) | **Case No. 10-13005 (KJC)** |
| ) | |
| ) | **Joint Administration Pending** |
| **Debtors.** ) | |

4.  An entry shall be made on the docket of each of the Debtors' cases, other than that of Urban Brands, Inc., that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 cases of Urban Brands, Inc. (3678), 100% Girls Ltd. (4150), 100% Girls of Georgia, Inc. (4159), 100% Girls of New York, Inc. (2149), 100 Percent Girls of New Jersey, Inc. (4167), A.S. Interactive, Inc. (3472), Ashley Stewart Ltd. (4541), Ashley Stewart Apparel Corporation (4049), Ashley Stewart Clothing Company, Inc. (4051), Ashley Stewart Management Co., Inc. (4053), Ashley Stewart Woman Ltd. (4152), ASIL 6, Inc. (3996), ASNJ 10, Inc. (4004), Carraizo Alto Apparel Corporation (4651), Church Street Retail, Inc. (5954), Kid Spot

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Urban Brands, Inc. (3678), 100% Girls Ltd. (4150), 100% Girls of Georgia, Inc. (4159), 100% Girls of New York, Inc. (2149), 100 Percent Girls of New Jersey, Inc. (4167), A.S. Interactive, Inc. (3472), Ashley Stewart Ltd. (4541), Ashley Stewart Apparel Corporation (4049), Ashley Stewart Clothing Company, Inc. (4051), Ashley Stewart Management Co., Inc. (4053), Ashley Stewart Woman Ltd. (4152), ASIL 6, Inc. (3996), ASNJ 10, Inc. (4004), Carraizo Alto Apparel Corporation (4651), Church Street Retail, Inc. (5954), Kid Spot Ltd. (2585), Kidspot of Delaware, Inc. (2596), Kidspot of Illinois, Inc. (2606), Kidspot of Michigan, Inc. (2603), Kidspot of New Jersey, Inc. (2601), Kidspot of Ohio, Inc. (4705), Kidspot of Pennsylvania, Inc. (2599), Kidspot of Texas, Inc. (3809), Large Apparel of Alabama, Inc. (0624), Large Apparel of California, Inc. (2129), Large Apparel of Connecticut, Inc. (5161), Large Apparel of District of Columbia, Inc. (8613), Large Apparel of Florida, Inc. (2209), Large Apparel of Georgia, Inc. (3894), Large Apparel of Illinois, Inc. (4650), Large Apparel of Indiana, Inc. (4055), Large Apparel of Louisiana, Inc. (3790), Large Apparel of Maryland, Inc. (5158), Large Apparel of Michigan, Inc. (9420), Large Apparel of Mississippi, Inc. (5913), Large Apparel of Missouri, Inc. (2135), Large Apparel of New Jersey, Inc. (5157), Large Apparel of New York, Inc. (5956), Large Apparel of North Carolina, Inc. (8611), Large Apparel of Ohio, Inc. (3815), Large Apparel of Pennsylvania, Inc. (4057), Large Apparel of South Carolina, Inc. (2029), Large Apparel of Tennessee, Inc. (3895), Large Apparel of Texas, Inc. (3787), Large Apparel of Virginia, Inc. (2809), Large Apparel of Wisconsin, Inc. (3898), Marianne Ltd. (3940), Marianne USPR, Inc. (2193), Marianne VI, Inc. (2206), Metro Apparel of Kentucky, Inc. (7533), Metro Apparel of Massachusetts, Inc. (1367), The Essence of Body & Soul, Ltd. (4165), Urban Acquisition Corporation of New Jersey, Inc. (2976), Urban Acquisition Corporation of New York, Inc. (4103), and Urban Brands TM Holding Co. (5909). The Debtors' corporate offices are located at 100 Metro Way, Secaucus, New Jersey 07094.

Ltd. (2585), Kidspot of Delaware, Inc. (2596), Kidspot of Illinois, Inc. (2606), Kidspot of Michigan, Inc. (2603), Kidspot of New Jersey, Inc. (2601), Kidspot of Ohio, Inc. (4705), Kidspot of Pennsylvania, Inc. (2599), Kidspot of Texas, Inc. (3809), Large Apparel of Alabama, Inc. (0624), Large Apparel of California, Inc. (2129), Large Apparel of Connecticut, Inc. (5161), Large Apparel of District of Columbia, Inc. (8613), Large Apparel of Florida, Inc. (2209), Large Apparel of Georgia, Inc. (3894), Large Apparel of Illinois, Inc. (4650), Large Apparel of Indiana, Inc. (4055), Large Apparel of Louisiana, Inc. (3790), Large Apparel of Maryland, Inc. (5158), Large Apparel of Michigan, Inc. (9420), Large Apparel of Mississippi, Inc. (5913), Large Apparel of Missouri, Inc. (2135), Large Apparel of New Jersey, Inc. (5157), Large Apparel of New York, Inc. (5956), Large Apparel of North Carolina, Inc. (8611), Large Apparel of Ohio, Inc. (3815), Large Apparel of Pennsylvania, Inc. (4057), Large Apparel of South Carolina, Inc. (2029), Large Apparel of Tennessee, Inc. (3895), Large Apparel of Texas, Inc. (3787), Large Apparel of Virginia, Inc. (2809), Large Apparel of Wisconsin, Inc. (3898), Marianne Ltd. (3940), Marianne USPR, Inc. (2193), Marianne VI, Inc. (2206), Metro Apparel of Kentucky, Inc. (7533), Metro Apparel of Massachusetts, Inc. (1367), The Essence of Body & Soul, Ltd. (4165), Urban Acquisition Corporation of New Jersey, Inc. (2976), Urban Acquisition Corporation of New York, Inc. (4103), and Urban Brands TM Holding Co. (5909). All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 10-13005 (KJC).

5. One consolidated service list shall be maintained by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the District of Delaware.

6. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 10-13005 (KJC).

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of the Debtors' Chapter 11 Cases.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

RLF1 3611636v. 1

10. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: September 22, 2010
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE