# Exhibit 1

SCHEDULE OF EXECUTORY CONTRACT CURE AMOUNTS

# Schedule 1.1(d)
## Real Property Leases

The Selling Entities' Real Property Leases are all of the Real Property Leases associated with the below listed store or headquarters location, as applicable, real property and landlords.

| Store | Store Name | Landlord Name | Landlord Address | City | State | Zip Code | Property Management Co. | Estimated Cure Amounts |
|---|---|---|---|---|---|---|---|---|
| 214 | Number One Marketplace | 11010 Seventh Ave Investments, LLC | 11010 LAND COMPANY LLC PO BOX 601551 | CHARLOTTE | NC | 28260-1551 | 11010 Seventh Avenue Investments | 19,706.72 |
| 248 | West 125th Street | 208 West 125th Street Assoc, LLC | C/O WHARTON REALTY 500 FIFTH AVENUE 54TH FLOOR | NEW YORK | NY | 10110 | 216-220 West 125th Street, LLC | 34,606.00 |
| 278 | Stratford Plaza | 360 Stratford Heights Assoc, LLC | C/O HEIGHTS REAL ESTATE CO. PO BOX 27825 | NEWARK | NJ | 07101 | 360 Stratford Heights Assoc. LLC | 10,080.00 |
| 121 | Jamaica Avenue | 91-14 Merrick Boulevard | 1000 PENNSYLVANIA AVENUE | BROOKLYN | NY | 11207-9959 | Chehebar Associates | 28,100.00 |
| 198 | Stony Island Plaza | 95th & Stony I, LLC | STONY ISLAND PLAZA, PO BOX 310300 PROPERTY: 025110 | DES MOINES | IA | 50331-0300 | US Equities Realty | 18,913.14 |
| 345 | Addison Plaza | Addison Plaza II Associates LLC | C/O HORNING BROTHERS 1350 CONNECTICUT AVENUE NW SUITE 800 | WASHINGTON | DC | 20036 | Horning Brothers | 14,125.45 |
| 326 | Robert C. Daniel Parkway | AE VII, LLC c/o Kimco | 3333 NEW HYDE PARK RD. STE 100 P O BOX 5020 | NEW HYDE PARK | NY | 11042 | Kimco Realty Corporation | 19,481.17 |
| 409 | Albany Mall | Albany Mall, LLC | C/O ARONOV REALTY MANAGEMENT ATTN: ACCOUNTS RECEVABLE P.O. BOX 235021 | MONTGOMERY | AL | 36123-5021 | Aronov Realty Management | 4,703.91 |
| 107 | Kings Plaza Mall | Alexander's King Plaza, LLC | C/O VORNADO REALTY TRUST P O BOX 18369 | NEWARK | NJ | 07101 | Vornado Realty Trust | 70,099.99 |
| 450 | Almeda Crossing | Almeda-Rowlett Retail, LP | 900 TOWN AND COUNTRY LANE suite 210 | HOUSTON | TX | 77024 | Realm Realty | - |
| 125 | Eastland Center | Ashkenazy - Eastland Mall 038, LLC | 14451 COLLECTIONS CENTER DRIVE | CHICAGO | IL | 60693 | Jones Lang. La Salle Americas, Inc | 62,766.60 |
| 126 | Northland Center | Ashkenazy - Northland Center Michigan LLC | C/O JAGER MANAGEMENT 610 OLD YORK ROAD | JENKINTOWN | PA | 19046 | Jones Lang La Salle Americas, Inc | 65,658.12 |
| 444 | The Walk | Atlantic City Associates LLC | C/O THE CORDISH COMPANY 601 PRATT STREET | BALTIMORE | MD | 21202 | Cordish Company | 28,266.40 |
| 157 | Rhode Island Shopping Ctr. | B & R Associates, Inc. | C/O VANGUARD REALTY GROUP 1201 SEVEN LOCKS ROAD SUITE 350 | POTOMAC | MD | 20854 | Redstone Development | 40,213.08 |
| 206 | Baldwin Hills Shopping Ctr. | Baldwin Hills Crenshaw Plaza, LLC. | BANK OF AMERICA LOCKBOX SERVICE FILE# 50404 GROUND LEVEL 1000 W. TEMPLE ST | LOS ANGELES | CA | 90012 | Festival Management Corporation | 31,901.38 |
| 124 | Fulton Street | Bawabeh Brothers | 539 EASTERN PARKWAY THIRD FLOOR | BROOKLYN | NY | 11216 | Bawabeh Brothers | 42,309.92 |
| 201 | One Market Center | BDC Lexington LLC | 5301 WISCONSIN AVE NW SUITE 600 | WASHINGTON | DC | 20015 | Murdock Management Company | 8,168.47 |
| 205 | Belmont Shopping Center | Belmont Shopping Center Limited Partnership | PETZOLD ENTERPRISES 20630 HARPER AVENUE | HARPER WOODS | MI | 48225 | Petzold Enterprises | 26,660.00 |
| 331 | Eastgate Shopping Center | Belz Enterprises | 100 PEABODY PLACE SUITE 1400 | MEMPHIS | TN | 38103 | Belz Enterprises | 14,848.14 |
| 391 | Frayser Village S.C. | Belz Enterprises | C/O FRAYSER VILLAGE 710 N. POST OAK ROAD STE 515 | HOUSTON | TX | 77024 | Belz Enterprises | 6,126.98 |
| 417 | Sherman Plaza | Berkshire-West 87th Street, LLC | P.O. BOX 601947 | CHARLOTTE | NC | 28260-1947 | Berkshire Development | 37,680.87 |
| 199 | Martin Luther King Jr. Ctr. | Beta Partnership, Inc. | 898 N SEPULVEDA BLVD SUITE 400 | EL SEGUNDO | CA | 90245 | Haagen Company, LLC. | 40,751.13 |
| 342 | Beaufont Mall | BFML Associates Ltd. Partnership | AGENT FOR BSF RICHMOND, LP C/O THALHIMER P.O. BOX 702 | RICHMOND | VA | 23218 | Commercial Properties Management | |
| 170 | Olney Plaza | BLDG-ICS OLNEY, LLC - Feil | BLDG-ICS OLNEY LLC P.O BOX 21023 CHURCH STREET STATION | NEW YORK | NY | 10286-2023 | Jeffrey Management/Feil | 25,438.24 |
| 141 | Broad Street | BMHC Downtown Development | C/O REVOLUTION CORPORATION 2882 THIRD AVENUE | BRONX | NY | 10455 | BMHC Downtown Development | 23,181.58 |
| 448 | Bowie Town Center | Bowie Mall Company, LLC | P.O. BOX 402930 | ATLANTA | GA | 30384-2930 | Simon Property Group | 34,775.36 |
| 364 | The Village Shopping Center | Bradley Operating Limited Partnersh | PO BOX 57021 | NEWARK | NJ | 07101-7021 | Heritage Property Investment Trust | 11,742.36 |
| 399 | Broward Mall | Broward Mall LLC | BANK OF AMERICA FILE # 51066 | LOS ANGELES | CA | 90074-1066 | Westfield Corporation | 16,871.66 |
| 232 | Wynnewood Village | CA New Plan Fixed Rate Partnership | PO BOX 848409 | DALLAS | TX | 75284-8409 | Center America Capital Partnership | - |
| 378 | The Gallery @ Canterbury | Canterbury Chicago, LLC. | C/O GRUBB & ELLIS MANAGEMENT SERVICES, INC. 500 WEST MONROE STREET SUITE # 2800 | CHICAGO | IL | 60601 | Pacific Star Capital | 48,625.79 |
| 353 | Boulevard at the Capital Centre | Capital Centre LLC - Inland | 13068 COLLECTION CENTER DR | CHICAGO | IL | 60693 | Capital Centre LLC | 51,483.72 |
| 119 | Ford City Mall | CBL & Associates Management, Inc. | 35369 EAGLE WAY | CHICAGO | IL | 60678-1353 | CBL & Associates Management, Inc. | 183,925.86 |
| 338 | Cross Creek Mall | CBL & Associates Management, Inc. | PO BOX 74252 | CLEVELAND | OH | 44194-4252 | CBL & Associates Management, Inc. | 66,435.45 |
| 384 | Hickory Hollow Mall | CBL & Associates Management, Inc. | C/O CBL & ASSOCIATES MGMT. INC PO BOX 11407 | BIRMINGHAM | AL | 35246-0353 | CBL & Associates Management, Inc. | 36,133.74 |
| 387 | Southpark Mall | CBL & Associates Management, Inc. | 230 SOUTHPARK CIRCLE | COLONIAL HEIGHTS | VA | 23834 | CBL & Associates Management, Inc. | 27,638.38 |
| 379 | Northwoods Mall | CBL and Associates Properties, Inc. | JOINT VENTURE II, LLC PO BOX 74892 | CLEVELAND | OH | 44194-4892 | CBL and Associates Properties, Inc. | 36,982.13 |
| 372 | Columbia Place Mall | CBL/ Columbia Place | P.O. BOX 74935 | CLEVELAND | OH | 44194-4935 | CBL/ Columbia Place, LLC | 29,369.40 |
| 247 | Renaissance Plaza | Central Harlem Partnership Plz, LLC | P.O BOX 5651 | NEW YORK | NY | 10087 | Metro Management Development | 43,082.30 |
| 412 | Central Plaza | Central Plaza CRP, LLC | 4801 PGA BOULEVARD | PALM BEACH GARDENS | FL | 33418 | FP Southway, LLC | 25,339.13 |
| 419 | Century III Mall | Century III Mall, LP | P.O. BOX 643333 | PITTSBURGH | PA | 15264-3333 | Simon Property Group | 18,726.10 |
| 437 | St. Charles Towne Center | Charles Mall Co Limited Partnership | PO BOX 6040 ATTENTION: MALL MNGMT OFFICE | WALDORF | MD | 20603 | Simon Property Group | 63,903.12 |
| 303 | Cherry Hill Mall | Cherry Hill Center, LLC c/o PREIT | PO BOX 73300 | CLEVELAND | OH | 44193 | Cherry Hill Mall c/o PREIT | 28,128.00 |
| 435 | Chicago Building | Chicago Building, LLC | INC. ONE PARKVIEW PLAZA 9TH FLOOR | DARKBROOK TERRACE | IL | 60181-4731 | Mid-America Asset Management, Inc. | 20,291.68 |
| 122 | Grand Concourse | Cohen Jemal Partnership, LLC | C/O JEM REALTY 1430 BROADWAY, SUITE 1103 | NEW YORK | NY | 10018 | JEM Realty Management, Inc. | 24,889.00 |
| 321 | Chatham Square | Cole Taylor Bank, as Trustee c/o crown Commercial | & DEVELOPMENT, INC. 620 BUTTERNUT TRAIL | FRANKFORT | IL | 60423 | Crown Commercial Real Estate & Dev | 109,929.56 |
| 410 | Gateway Centre | Combined Development - Howard LLC | GATEWAY CENTRE 23987 NETWORK TRAIL | CHICAGO | IL | 60673-1239 | Dodi Management LLC | 7,223.00 |
| 377 | Linwood Shopping Center | Community Development Corp of KS | 2420 EAST LINWOOD BOULEVARD | KANSAS CITY | MO | 64109 | New Market | 41,506.62 |
| 195 | Compton Plaza | Compton Commercial Development | COMPTON RENAISSANCE PLAZA 800 W 6th STREET SUITE # 600 | LOS ANGELES | CA | 90017 | Charles Dunn RES | 16,054.36 |
| 277 | Metrocenter Mall | Coyote Mississippi Malls, LLC. | RE: METROCENTER MALL sd-12-2511 P.O.BOX 86 | MINNEAPOLIS | MN | 55486-2047 | Grubb & Ellis | 5,453.89 |
| 183 | Concourse Road | CP Associates, LLC. - Feil | P.O. BOX 21023 CHURCH STREET STATION | NEW YORK | NY | 10286-2023 | CP Associates, LLC. - Feil | 33,752.47 |
| 193 | The Crossing at Halls Ferry | Crossing at Halls Ferry, LLC | CROSSINGS AT HALLS FERRY 1045 S. WOODS MILL ROAD SUITE ONE | TOWN & COUNTRY | MO | 63017 | Walpert Properties | 31,012.00 |
| 366 | Old National Town Center | Culver Center Partners Georgia, LLC - Hendon | GEORGIA LLC, 3844 CULVER CENTER ST. SUITE B | CULVER CITY | CA | 90232 | Colliers Spectrum Cauble Management | 7,471.00 |

## Schedule 1.1(d)
## Real Property Leases

The Selling Entities' Real Property Leases are all of the Real Property Leases associated with the below listed store or headquarters location, as applicable, real property and landords.

| Store | Store Name | Landlord Name | Landlord Address | City | State | Zip Code | Property Management Co. | Estimated Cure Amounts |
|---|---|---|---|---|---|---|---|---|
| 433 | The Hub | D. H. Realty Holdings, LLC | C/O GOLDBERG RIMBERG 115 BROADWAY SUITE 302 | NEW YORK | NY | 10006 | D. H. Realty Holdings | 88,754.73 |
| 330 | Crosspointe Plaza | David Garfunkel & Company | C/O THE SHOPPING CENTER GROUP 300 GALLERIA PARKWAY, 12TH FL | ATLANTA | GA | 30339 | David Garfunkel & Associates | 18,598.68 |
| 447 | Englewood Plaza | DCR Management LLC | 609 ROSEDALE | ROSELLE | IL | 60172 | DCR Management LLC | 49,130.84 |
| 209 | Fairlane Town Center | DDRC Vega Baja LLC, SE | DEPARTMENT 52001 P O BOX 67000 | DETROIT | MI | 48267-0520 | Developers Diversified | 64,160.00 |
| 341 | Pavillion Parkway | Developers Diversified Realty Corp. | AND IV LLC DEPT. 110108 30419 20871 P.O. BOX 534410 | ATLANTA | GA | 30353-4410 | Developers Diversified Realty Corp. | 16,735.46 |
| 235 | Dolphin Plaza | Dolphin Plaza Associates | NAI MIAMI 9655 SOUTH DIXIE HIGHWAY SUITE 200 | MIAMI | FL | 33156 | Urban America | 7,246.56 |
| 253 | Toledo Town Center | Dorr Collingwood LLC. | FIRST COMMERCIAL REALTY 27600 NORTHWESTERN HIGHWAY SUITE 200 | SOUTHFIELD | MI | 48034 | Dorr Collingwood LLC | 9,300.00 |
| 329 | Dutch Square Center | Dutch Square Limited Liability Co. | P.O. BOX 100220 | ATLANTA | GA | 30384-0220 | Phillips Edison & Company | 9,592.06 |
| 251 | Grand Boulevard Plaza | East Lake Mgmt & Dev Corp | as agent for RYAN GARFIELD, LP 2850 S. MICHIGAN AVE | CHICAGO | IL | 60616 | East Lake Management & Development | 11,000.00 |
| 197 | Brick Church Plaza | East Orange Center | LLC C/O UFVS MANAGEMENT, LLC 287 BOWMAN AVENUE | PURCHASE | NY | 10577 | East Orange Renewal Associates, LP | 9,090.34 |
| 244 | State Street | East Side Acquisitions, Inc. | 1045 S. WOODS MILL ROAD SUITE ONE | TOWN & COUNTRY | MO | 63017 | Koman Properties | 21,104.69 |
| 230 | Northpark Shopping Center | Eastex Venture | P O BOX 924133 | HOUSTON | TX | 77292-4133 | Weingarten Realty Investors | |
| 132 | Eastover Shopping Center | Eastover Plaza Improvements, LLC | C/O DLC MANAGEMENT CORP. PO BOX 5965 | HICKSVILLE | NY | 11802-5965 | DLC Management Corporation | 18,465.12 |
| 418 | Edgewood Towne Center | Edgewood Station, LLC | 2537 PAYSHERE CIRCLE | CHICAGO | IL | 60674 | Phillips Edison & Company | 9,689.94 |
| 269 | Gentilly Shopping Center | EGM, LLC | 830 CANAL STREET | NEW ORLEANS | LA | 70112 | Gentilly Shopping Center, LLC | 4,936.66 |
| 368 | Eastland Mall | EM Columbus II, LLC | DEPT. 00SEML 75 REMITTANCE DROVE SUITE 6449 | CHICAGO | IL | 60675-6449 | Glimcher Properties Limited Prtnshp | 16,250.01 |
| 116 | Evergreen Plaza | Evergreen Plaza Associates, I, L.P. | PO BOX 2937-1 | ORLAND PARK | IL | 60462 | Evergreen Plaza Associates I, L.P. | 36,452.41 |
| 430 | Quartermaster Plaza | FC Quartermaster Associates, LP | C/O FOREST CITY RATNER COMP P.O. BOX 30095 | NEW YORK | NY | 10087-0095 | Forest City Ratner Companies | 39,845.74 |
| 445 | Florin Towne Center | Florin Associates, LLC | FLORIN ASSOCIATES, LLC P.O. BOX 708 | NOVATO | CA | 94948-0708 | Stonhenge Property Management | 13,988.04 |
| 405 | Northgate Mall | FMP Northgate | P.O.BOX 95000-1805 | PHILADELPHIA | PA | 19195-1805 | Weingarten Realty Investors | 88,648.57 |
| 386 | Culver City | Fox Hills Mall, LP | FILE # 55705 | LOS ANGELES | CA | 90074-5705 | Westfield Corporation | 22,245.20 |
| 117 | River Oaks Mall | Fox Valley/River Oaks Partnership | 3271 PAYSHERE CIRCLE | CHICAGO | IL | 60674 | Simon | 46,572.15 |
| 413 | Southway Shopping Center | FP Southway, LLC | C/O RPD PROPERTY MANAGEMENT COMPANY, LLC 1901 AVENUE OF THE STARS SUITE 820 | LOS ANGELES | CA | 90067 | RPD Property Management Co. | - |
| 101 | Fulton Mall | Fulton Joint Venture, LLC. | 15 WEST 34TH STREET 8TH FLOOR | NEW YORK | NY | 10001 | Crown Acquisitons, Inc. | 11,665.26 |
| 346 | The Shops at Jefferson Village | G/W Jefferson - St. Jean LLC | C/O GRUBB & ELLIS MGMT SERVICE 26555 EVERGREEN ROAD SUITE 500 | SOUTHFIED | MI | 48076 | Grubb & Ellis | |
| 357 | Northridge Plaza Shopping Center | Galileo Apollo II Sub LLC | P.O. BOX 74623 | CLEVELAND | OH | 44194-4623 | New Plan Excel Realty | 63,127.65 |
| 273 | Gateway Shopping Center | Gateway Center Economic Dev. Partn. | 5000-7 NORWOOD AVENUE | JACKSONVILLE | FL | 32208 | Gateway Center Economic Dev. Part. | 16,823.70 |
| 289 | Beltway Plaza Shopping Center | GB Mall Limited Partnership | 4912 DEL RAY AVENUE | BETHESDA | MD | 20814 | Quantum Properties | 14,533.34 |
| 169 | Cumberland Mall | General Growth Properties | SDS-12-1662 P O BOX 86 | MINNEAPOLIS | MN | 55486-1662 | General Growth Properties | 38,449.49 |
| 306 | Glenwood Crossing Shopping Center | Glenwood Crossing LLC c/o CASTO | CASTO PO BOX 1450 | COLUMBUS | OH | 43216 | Glenwood Crossing LLC c/o CASTO | 11,777.20 |
| 324 | Governor's Square | Governor's Square Station LLC | 5147 PAYSPHERE CIRCLE | CHICAGO | IL | 60674 | Philips Edison | 6,572.20 |
| 415 | Burlington Mall | GP-Burlington, LLC | C/O JAGER MANAGEMENT, INC. 610 OLD YORK ROAD | JENKINTOWN | PA | 19046 | Jones Lang LaSalle Americas, Inc. | 42,337.93 |
| 400 | Greenspoint Mall | GPM Houston Properties, LTD | PO BOX 842382 | DALLAS | TX | 75284-2382 | Trivar Cannon Group | |
| 367 | Greece Ridge Center | Greece Ridge, LLC | PO BOX 8000 DEPT #981 | BUFFALO | NY | 07094 | Wilmorite Management Group, LLC | 21,484.84 |
| 102 | Green Acres Mall | Green Acres Mall, LLC | C/O VORNADO REALTY TRUST P O BOX 11679 DEPT 521 | NEWARK | NJ | 07101-4679 | Vornado Realty Trust | 78,627.62 |
| 136 | Bergen Avenue | H&S Journal Square Associates LLC | P.O BOX 230211 | BROOKYN | NY | 11223 | Empress Enterprises 920 Inc. | 63,000.00 |
| 336 | Marketplace- Hollywood Park | H.P. Marketplace, L.P. | C/O HUGHES INVESTMENTS PO BOX 8700 | NEWPORT BEACH | CA | 92658-8700 | Hughes Investment | 11,833.00 |
| 6420 | Corporate Office | Hartz Metropolitan | P.O. BOX 35251 | NEWARK | NJ | 07193-5251 | | 95,985.68 |
| 436 | Golden East Crossing | Hendon Golden East, LLC | C/O HENDON PROPERTIES DEPT 40019 P.O. BOX 740209 | ATLANTA | GA | 30374-0209 | Hendon Properties | 16,878.10 |
| 318 | North Dekalb Mall | Hendon North DeKalb, LLC | PO BOX 535273 | ATLANTA | GA | 30353-5273 | Hendon Property Management, LLC | 1,530.00 |
| 234 | Lauderhill Mall | High Glen Dvlpmnt Ltd & Rossland | 1267 N W 40TH AVENUE | LAUDERHILL | FL | 33313 | New Lauderhill Mall Management Ofc. | 9,156.06 |
| 371 | Highland Lakes | Highland Lakes Center LLC - Simon | P.O. BOX 643342 | PITTSBURGH | PA | 15264-3342 | Simon | 11,858.14 |
| 177 | The Mall at West End | HT West End, LLC | C/O HT GROUP ,LLC 3713 PEACHTREE ROAD,NE | ATLANTA | GA | 30319 | HT West End, LLC | 54,893.92 |
| 156 | Hudson Mall | Hudson Assoc. Limited Partnership | HUDSON ASSOCIATES LTD PRTNRSHP F7119 P.O BOX 70160 | PHILADELPHIA | PA | 19176-0160 | PREIT Realty Services | 9,422.66 |
| 431 | Seigen Plaza | Inland American Baton Rouge Siegen | BLDG# 44650 13977 COLLECTION CENTER DRIVE | CHICAGO | IL | 60693 | Inland American Retail Management | 19,772.57 |
| 322 | Ashland Avenue Plaza | Inland Western Chicago Ashland, LLC | 13068 COLLECTION CENTER DR | CHICAGO | IL | 60693 | Delany/East Lake LLC | 23,246.21 |
| 362 | Midtown Center | Inland Western Milwaukee Midtown | N.W. 6141, PO BOX1450 | MINNEAPOLIS | MN | 55485-6141 | Inland Western Milwaukee Midtown | 7,867.75 |
| 153 | Iverson Mall | Iverson Mall Limited Partnership | MALL MGMT 3737 BRANCH AVE STE 203 | HILLCREST HEIGHTS | MD | 20748 | H & R Retail, Inc. | 20,990.00 |
| 388 | Jersey Gardens | JG Elizabeth, LLC c/o Glimcher Properties, Limited Partnership | L-2056 | COLUMBUS | OH | 43260 | Glimcher Properties | 63,709.19 |
| 426 | Dudley Square | Jubilee Christian Church | C/O HUNNEMAN MGMT & DEV CO 303 CONGRESS STREET | BOSTON | MA | 02210 | New Palmer Street LP | 36,979.96 |
| 135 | Kearny | Kearny Associates | 70 EAST 55TH STREET 7TH FLOOR | NEW YORK | NY | 10022 | DVL, Inc. | 9,594.92 |
| 390 | Keystone Plaza | Keystone Plaza Associates | 8500 KEYSTONE CROSSING SUITE 170 | INDIANAPOLIS | IN | 46240 | The Linder Company | 11,857.52 |
| 222 | Hammond Aire Plaza | Kimco Baton Rouge 1183, LLC | 3333 NEW HYDE PARK RD, STE 100 P O BOX 5020 | NEW HYDE PARK | NY | 11042 | Kimco Realty | 9,917.03 |
| 347 | King Shopping Center | King Associates Limited Partnership | C/O HARVEY PROPERTY MGMT. CO. 6931 ARLINGTON ROAD, SUITE 500 | BETHESDA | MD | 20814 | Harvey Property Management | 10,781.69 |
| 109 | Langley Park | Kodiak Enterprises, Inc.c/o Reliable Properties | 6399 WILSHIRE BLVD., SUITE 604 | LOS ANGELES | CA | 90048-5709 | Divaris Property Management | 30,569.38 |

## Schedule 1.1(d)
## Real Property Leases

The Selling Entities' Real Property Leases are all of the Real Property Leases associated with the below listed store or headquarters location, as applicable, real property and landlords.

| Store | Store Name | Landlord Name | Landlord Address | City | State | Zip Code | Property Management Co. | Estimated Cure Amounts |
|---|---|---|---|---|---|---|---|---|
| 154 | Good Hope Marketplace | Kodiak Properties, LLC | FIRST WASHINGTON REALTY, INC. 4350 EAST-WEST HIGHWAY SUITE 400 | BETHESDA | MD | 20814 | Kodiak Properties, LLC | 52,031.79 |
| 449 | White Oaks Village | Laburnum Investment, LLC | 50 PUBLIC SQUARE SUITE 700 | CLEVELAND | OH | 44113 | Forest City Commercial Mgmt Inc. | 76,032.97 |
| 158 | Lafayette Square | Lafayette Shopping Center LLC - Ashkenazy | LAFAYETTE SQUARE MALL 15131 COLLECTIONS CENTER DRIVE | CHICAGO | IL | 60693 | Jones Lang La Salle Americas, Inc | 15,192.46 |
| 268 | Lake Meadows Shopping Center | Lake Meadows | ATTN: DEE WELLS 33 WEST MONROE SUITE 1900 | CHICAGO | IL | 60603 | Draper & Kramer | 14,000.00 |
| 389 | Lamar Crossing S.C. | Lamar Crossing Maiden LLC/ c/o Time Equities | C/O TIME EQUITIES ,INC 55 FIFTH AVENUE 15TH FLOOR | NEW YORK | NY | 10003 | Time Equities | 10,117.25 |
| 335 | Greenbriar Mall | Lehndorff Greenbriar Limited - Hendon | P O BOX 933579 | ATLANTA | GA | 31193-3579 | Greenbriar Mall | 40,603.14 |
| 241 | Capitol Plaza | Levin Properties | P.O. BOX 326 | PLAINFIELD | NJ | 07061 | Levin Properties | 15,777.36 |
| 282 | Lee Harvard Shopping Center | LH Development, LLC | C/O THE CORAL COMPANY PO BOX 74083 | BEACHWOOD | OH | 44194 | Lee Harvard Shopping Center | 17,483.76 |
| 397 | South Lake Centre | Lightman South Lake Company | C/O RETAIL MANAGEMENT SERVICES 5100 POPLAR AVENUE SUITE 2607 | MEMPHIS | TN | 38137 | Michael Lightman Realty Company | 13,066.66 |
| 180 | Lincoln Center | Lincoln Shopping Center | 100 N. POND DR. SUITE F  P.O. BOX 838 | WALLED LAKE | MI | 48390-0838 | Etkin & Company | 32,200.00 |
| 190 | Lindell Market Place | Lindell Marketplace L.P. | 2127 INNERBELT BUSINESS CTR DR  SUITE 200 | ST LOUIS | MO | 63114 | Lindell Marketplace, LP | 39,758.20 |
| 434 | Pyramids Village | Linder Ventures IV, LLC | PO BOX 9813 | GREENSBORO | NC | 27429-0813 | Linder Ventures | 30,200.00 |
| 133 | Livingston Mall | Livingston Mall Venture | NEWARK POST OFFICE  P O BOX 35462 | NEWARK | NJ | 07193 | Simon Property Group | 35,573.05 |
| 398 | Valley View Mall | Macerich Valley View L.P. | JLLA INC. AAF RICK VITA ARF  P.O. BOX 846053 | DALLAS | TX | 75284-6053 | Macerich Company | 25,181.86 |
| 332 | Red Bird Towers Shopping Center | Maclay Properties Co. | MARCLAY PROPERTIES COMPANY INC  7557 RAMBLER ROAD SUITE 965 | DALLAS | TX | 75231 | Maclay Properties Co. | - |
| 171 | Macon Mall | Macon Mall, LLC. | C/O WACHOVIA BANK  P.O. BOX 601443 | CHARLOTTE | NC | 28260-1443 | Prime Retail | 85,715.68 |
| 226 | Shoppes at 3 Corners | Main / O.S.T., LTD. | P O BOX 924133 | HOUSTON | TX | 77229-4133 | Weingarten Realty Investors | - |
| 286 | Eastwood Village | MAP Eastwood, LLC | 421 OFFICE PARK DRIVE | BIRMINGHAM | AL | 35223 | MAP Eastwood, LLC | 7,616.65 |
| 211 | Flatbush Avenue | Marcus & Sons Realty LLC | 243 WEST 124TH STREET | NEW YORK | NY | 10027 | Marcus & Sons Realty, LLC | 57,381.81 |
| 327 | Marlowe Heights | Marlow Heights Shopping Center L.P. | MARLOW HEIGHTS SHOP CTR LP  2120 L STREET NW  SUITE 800 | WASHINGTON | DC | 20037 | Gelman Companies | 66,979.07 |
| 166 | Hechinger Mall | Maryland Crossing, LLC. c/o Ashkenazy Acquisitions Corp. | ACCT # 692011064  PO BOX 347359 | PITTSBURGH | PA | 15251-4359 | Ashkenazy Acquisitions Corp. | 3,315.03 |
| 255 | Chicago and Kedzie Plaza | Matanky Realty Group, Inc. | 200 NORTH LASALLE ST.  SUITE 2350 | CHICAGO | IL | 60601-1014 | Matanky Realty Group Management | 18,166.00 |
| 315 | Springfield Blvd | Mattone Group Springnex, LLC | C/O HSBC LOCKBOX LOCKBOX # 10016 | NEW YORK | NY | 10259-0278 | Mattone Group Springnex, LLC | 10,545.33 |
| 363 | Jeffrey Plaza | Mid-America Asset Management - Grubb & Ellis | C/O GRUBB & ELLIS MANAGEMENT SERVICES, INC  500 W. MONROE, SUITE 2800 | CHICAGO | IL | 60661 | Mid-America Asset Management - Grubb & Ellis | 21,303.22 |
| 238 | Fair Oaks Renaissance Plaza | Pasadena Commercial Development | FAIR OAKS RENAISSANCE PLAZA  800 W 6TH STREET  SUITE # 600 | LOS ANGELES | CA | 90017 | Charles Dunn Real Estate Services, | 37,372.08 |
| 432 | East 98th Street | Midyan Gate Realty, LLC | 15 OCEAN AVENUE | BROOKLYN | NY | 11225 | Midyan Gate Realty | 36,100.00 |
| 181 | Model T Plaza | Model T Plaza Associates, LLC. | 31800 NORTHWESTERN HIGHWAY  SUITE 350 | FARMINGTON HILLS | MI | 48334 | Model T Plaza Associates | 60,656.32 |
| 188 | 69th Street | Monarch, Inc. | PNC BANK  P.O. BOX 822478 | PHILADELPHIA | PA | 19182-2478 | Wilner Realty | 15,250.00 |
| 139 | Mondawmin Mall | Mondawmin Business Trust | SDS--12-2733  PO BOX 86 | MINNEAPOLIS | MN | 55486-2733 | General Growth Properties | 121,518.66 |
| 452 | Orlando Square | MSKP Orlando Square, LLC | F/B/O ML MORTGAGE LENDING INC  P.O. BOX 919093 | ORLANDO | FL | 32891-9093 | CB Richard Ellis | 20,461.86 |
| 375 | Virginia Center Commons | North Park Associates, LP - Simon | 1362 MOMENTUM PLACE | CHICAGO | IL | 60689-5311 | Simon | 33,467.57 |
| 411 | Northgate Mall | Northgate Associates LP | P.O. BOX 2476 | DURHAM | NC | 27715-2476 | Northgate Associates | 15,560.50 |
| 407 | Oglethorpe Mall | Oglethorpe Mall, LLC | SDS-12-1640 P.O. BOX 86 | MINNEAPOLIS | MN | 55486-1640 | General Growth Properties | 76,555.25 |
| 302 | Owings Mills | Owings Mills Limitited Partnership | SDS-12-2741  PO BOX 86 | MINNEAPOLIS | MN | 55486-2741 | General Growth Properties, Inc. | 16,202.76 |
| 382 | Pierre Bossier Mall | Pierre Bossier Mall, LP | SDS-12-1591  P.O. BOX 86 | MINNEAPOLIS | MN | 55486-1693 | General Growth Properties | 39,787.33 |
| 442 | Mattapan | Pimpas Brothers Trust | 348 TRUMAN HIGHWAY | MILTON | MA | 02186 | Charles Primpas V Trust | 14,654.70 |
| 350 | Victory Crossing | Portsmouth Associates, LLC | 1775 WOODSTOCK ROAD  SUITE 150 | ROSWELL | GA | 30075 | CB Richard Ellis | 5,318.00 |
| 202 | North Philadelphia Station | Posel Station Associates | 212 WALNUT STREET | PHILADELPHIA | PA | 19106 | Posel Station Associates | 17,247.54 |
| 151 | Gallery at Mall East | PR Gallery at Market East, LLC | PO BOX 73274 | CLEVELAND | OH | 44193 | PREIT Realty Services | 23,597.13 |
| 130 | Prince Georges Plaza | PR Prince Georges Plaza LLC c/o PREIT Services, LLC | CLEARING ACCOUNT F/B/O WELLS FARGO BANK NA AS MORTGAGEE  P.O. BOX 73228 | CLEVELAND | OH | 44193 | PREIT Realty Services | 61,513.56 |
| 421 | Maple Park Market Place | Preferred-Halsted LLC | C/O ZIFKIN REALTY MANAGEMENT  560 . W. WASHINGTON SUITE 400 | CHICAGO | IL | 60661 | Preferred-Halsted LLC | 20,355.28 |
| 112 | Bay Plaza Center | Prestige Bay Plaza Development Corp | P.O. BOX 209 | LAUREL | NY | 11948 | Welco Realty | 49,672.40 |
| 365 | Raceway Park | Raceway Land Development LLC | PO BOX 0077 | CHICAGO | IL | 60690-0077 | Raceway Land Development LLC | 28,833.90 |
| 218 | Pitkin Avenue | RAL Realty Co. | C/O DEE & DEE STORES  39 WEST 14TH STREET RM 304 | NEW YORK | NY | 10011 | RAL Realty Company | 14,171.51 |
| 187 | Fairlane Meadows | Ramco Gershenson | FILE #14958 COLLECTION CENTER DRIVE | CHICAGO | IL | 60693-4958 | Ramco Gershenson | 23,607.53 |
| 414 | River City Marketplace | Ramco Jacksonville, LLC | RIVER CITY MARKETPLACE 31500 NORTHWESTERN HWY SUITE 300 | FARMINGTON HILLS | MI | 48334 | Ramco Gershenson | 10,207.74 |
| 137 | Lincoln Mall | Realty America Group | AS AGENT FOR LINCOLN MALL  ONE PARKVIEW PLAZA 9TH FL | OAKBROOK TERRACE | IL | 60181 | Mid-America Asset Management, Inc. | 8,732.98 |
| 196 | Hawthorne Plaza | Regenay Centers, L.P. | C/O BARCO REAL ESTATE MGT  1545 N. VERDUGO ROAD,SUITE 115 | GLENDALE | CA | 91208 | Barco Real Estate Mangement | 24,128.13 |

## Schedule 1.1(d)
## Real Property Leases

The Selling Entities' Real Property Leases are all of the Real Property Leases associated with the below listed store or headquarters location, as applicable, real property and landlords.

| Store | Store Name | Landlord Name | Landlord Address | City | State | Zip Code | Property Management Co. | Estimated Cure Amounts |
|---|---|---|---|---|---|---|---|---|
| 370 | Hilltop Mall | Richmond Associates, LLP - Simon | DBA HILLTOP MALL PO BOX 404556 ACCOUNT # 375-6563380 | ATLANTA | GA | 30384-4556 | Honigman | 24,048.64 |
| 381 | Richmond Town Square | Richmond Town Square Mall, LLC | P.O. BOX 643366 | PITTSBURGH | PA | 15264-3366 | Simon National City Center | 17,114.48 |
| 256 | Rockaway Plaza | Rothstein Family, Ltd. | 3501 KEYSER AVENUE VILLA 2 | HOLLYWOOD | FL | 33021 | Rothstein Family Ltd. | 57,059.64 |
| 287 | Regency Square Mall | RS Properties, Inc. | 9501 ARLINGTON EXPRESSWAY SUITE 100 | JACKSONVILLE | FL | 32225 | General Growth Properties, Inc. | 65,266.28 |
| 373 | Plaza on the Boulevard | Sansone Plaza on the Boulevard LLC | 120 S. CENTRAL AVENUE SUITE 500 | ST. LOUIS | MO | 63105 | Sansone Group, Inc. | - |
| 316 | The Hub Shopping Center | SC/B&C Hemp LLC | C/O THE MORRIS COMPANIES 350 VETERANS BOULEVARD ATTENTION: MICHEAL R. FERRIE | RUTHERFORD | NJ | 07070 | Breslin Realty | 16,799.27 |
| 185 | University Square | Schnuck Markets, Inc. | UNIVERSITY CITY SQUARE 3345 SOLUTIONS CENTER | CHICAGO | IL | 60677-3003 | The Desco Group | 21,758.85 |
| 250 | Security Square | Security Square Associates | PO BOX 37263 | BALTIMORE | MD | 21297-3263 | Security Square Mall Mgmt Office | 7,139.10 |
| 175 | Severance Town Center | Severance SPE Leaseco.LLC | fbo GREENWICH CAPITAL FINANCIA ACCOUNT NO. 5800686270 6077 PAYSHERE CIRCLE | CHICAGO | IL | 60674 | Pine Tree Commercial Realty, LLC. | 33,649.72 |
| 328 | Silas Creek Parkway | Silas Creek Crossing | C/O SILAS CREEK CROSSING 14600 DETROIT AVENUE | LAKEWOOD | OH | 44107 | Zaremba | 10,296.66 |
| 155 | NorthLake Mall | Simon Property Group LP | PO BOX 402951 | ATLANTA | GA | 30384-2951 | Simon Property Group | 51,422.18 |
| 408 | Esplanade Mall | Simon Property Group LP | P.O. BOX 403452 | ATLANTA | GA | 30384-3452 | Simon Property Group | 30,005.58 |
| 422 | Northpark Mall | Simon Property Group LP | P.O. BOX 403398 | ATLANTA | GA | 30384-3398 | Simon Property Group | 33,626.44 |
| 320 | Crenshaw Plaza | Slauson & Crenshaw Associates | CRENSHAW PLAZA DEPT 2783-110386 | LOS ANGELES | CA | 90084-2783 | Slauson & Crenshaw Assoc. c/o Watt Mngmt. Co. | 9,430.41 |
| 192 | City Plaza | SM Properties City Plaza II, LLC | CITY PLAZA 3395 SOLUTIONS CENTER | CHICAGO | IL | 60677-3003 | The Desco Group | 9,710.43 |
| 140 | Redford Oaks S.C. | Sol Moretsky | 1123 E APACHE BLVD #105 | TEMPE | AZ | 85281 | Seven Grand Associates, Ltd. | 71,232.00 |
| 376 | University Mall | Somerock University Mall Owner, LLC - General Growth Properties | RE: UNIVERSITY MALL SDS 12-2809 P.O.BOX 86 | MINNEAPOLIS | MN | 55486-2809 | University Mall - GGP | 57,659.70 |
| 270 | Southgate Shopping Center | Southgate Shopping Center | 20950 LIBBY ROAD MAPLE HEIGHT | MAPLE HEIGHTS | OH | 44137 | RMS Investment | (1,054.36) |
| 168 | Southlake Mall | Southlake Partners, LLC | SDS-12-1484 PO BOX 86 | MINNEAPOLIS | MN | 55486-1484 | General Growth Properties, Inc. | 66,792.24 |
| 420 | Southland Mall | Southland Mall | SDS-12-1150 P.O.BOX 86 | MINNEAPOLIS | MN | 55486-1150 | General Growth Properties | 77,594.00 |
| 155 | Southland Mall | Southland Shopping Center, LLC | CENTER LLC P.O. BOX 934160 | ATLANTA | GA | 31193-4160 | Southland Mall, LLC. | 45,915.85 |
| 385 | Southland Terrace | Southland Terrace Shopping Ctr. LLC | C/O GJ REALTY 16 EAST 34TH STREET 16TH FLOOR | NEW YORK | NY | 10016-4328 | Southland Terrace Shopping Ctr. LLC | 8,937.76 |
| 281 | Southtown Shopping Center | Southtown Shopping Center | P.O. BOX 190410 | DALLAS | TX | 75219 | Southtown Shopping Center | 21,805.90 |
| 361 | The Mall at Stonecrest | Stonecrest Mall SPE, LLC | COMMERCIAL DIVISION P.O. BOX 72219 | CLEVELAND | OH | 44192-0219 | Forest City Management, Inc | 64,419.76 |
| 264 | Sunny Isle Shopping Ctr. | Sunny Isle Developers LLC | PO BOX 5994 CHRISTIANSTED | ST CROIX | VI | 00823-5994 | Sunny Isle Shopping Center, Inc. | 14,059.47 |
| 120 | Southfield Road | Sunset West Investments | 7115 ORCHARD LAKE ROAD,STE 220 | WEST BLOOMFIELD | MI | 48322 | Sunset West Investments | 15,258.17 |
| 392 | Governor's Square | Tallahassee Associates | GOVERNOR'S SQUARE SDS 12-2725 PO BOX 86 | MINNEAPOLIS | MN | 55489-2725 | General Growth Properties | 51,456.60 |
| 402 | The Boulevard | The Boulevard Mall | THE BOULEVARD MALL SDS-12-1661 P.O. BOX 86 | MINNEAPOLIS | MN | 55486-1661 | General Growth Properties | 82,129.31 |
| 159 | Forest Village Park Mall | The Centre at Forestville, LLC | DEPARTMENT #23 P.O.BOX 9200 | COLUMBIA | MD | 21045 | Petrie Ross Ventures, LLC | 34,034.36 |
| 184 | North Riverside Park Mall | The Feil Organization | PO BOX 601399 | CHARLOTTE | NC | 28262-1399 | Jeffrey Management/Feil Group | 23,760.00 |
| 352 | Forest Park Plaza | The Forest Park Plaza LLC | C/O CB RICHARD ELLIS 231295 MOMENTUM PLACE | CHICAGO | IL | 60689-5311 | CB Richard Ellis | 14,518.14 |
| 127 | Cheltenham Square | Thor Cheltenham Mall, L.P. | PO BOX 712514 | CINCINNATI | OH | 45271-2514 | Thor Equities, LLC | 105,854.00 |
| 243 | Eastpoint Mall | Thor Eastpoint Mall LLC | P.O. BOX 712551 | CINCINNATI | OH | 45271-2551 | Thor Equities, LLC. | 21,329.90 |
| 113 | Military Highway | Thor Gallery @ Military Circle | FBO GERMAN AMERICAN CAPITAL CO P.O.BOX 51040 | NEWARK | NJ | 07101-5140 | Thor Equities | 24,983.43 |
| 334 | Military Circle Mall | Thor Gallery at Military Circle | FBO GERMAN AMERICAN CAPITAL CO P.O.BOX 51040 | NEWARK | NJ | 07101-5140 | Thor Equities, LLC. | 20,335.35 |
| 182 | South Dekalb Mall | Thor Gallery at South Dekalb, LLC | P O BOX 712370 | CINCINNATI | OH | 45271-2370 | Thor Gallery at South Dekalb, LLC | 21,447.92 |
| 440 | Wal Mart Supercenter | TKG Southeast Market Center Develop | 211 NORTH STADIUM BOULEVARD SUITE 201 | COLUMBIA | MO | 65203 | TKG Southeast Market Center | - |
| 428 | Westown Shopping Center | Town Centers Ltd. | SKILKEN PROPERTIES 4270 MORSE ROAD | COLUMBUS | OH | 43230 | Town Centers LP | 26,491.55 |
| 380 | Town & Country | Towne & Country City, Inc. | C/O CASTO  PO BOX 1450 | COLUMBUS | OH | 43216 | Casto | 5,623.21 |
| 280 | Westside South S.C. | Townewood South, Inc. | AMERICAN COMMERCIAL REALTY 324 DATURA STREET SUITE 102 | WEST PALM BEACH | FL | 33401 | Tranformance Realty | 14,078.30 |
| 111 | Union | Union VF, LLC. | HACKENSACK VF LLC PO BOX 31594 | HARTFORD | CT | 06150-1594 | Vornado Realty Trust | 14,803.54 |
| 217 | Waverly Towers | Waverly Commons, LLC | 48 E. OLD COUNTRY RD. SUITE 203 | MINEOLA | NY | 11501 | Waverly Towers Ltd. | 17,197.61 |
| 233 | Fondren Southwest | Weingarten Realty Investors | C/O NORTH FORK BANK P.O. BOX 3027 | HICKSVILLE | NY | 11802-3027 | Weingarten Realty Investors | - |
| 360 | Camp Creek Market Place II | Weingarten Realty Investors | P.O. BOX 924133 | HOUSTON | TX | 77292-4133 | Weingarten Realty | 9,375.67 |
| 403 | North Oaks S.C. | Weingarten Realty Investors | RETAIL PORTFOLIO, LLC P.O. BOX 203783 | HOUSTON | TX | 77216-3783 | Weingarten Realty Investors | (905.51) |
| 406 | Manhattan Place | Weingarten Realty Investors | C/O WEINGARTEN REALTY P.O. BOX 924133 | HOUSTON | TX | 77292-4133 | Weingarten Realty Investors | 9,957.83 |
| 424 | Park Plaza | Weingarten Realty Investors | PO BOX 200518 | HOUSTON | TX | 77216 | Weingarten Realty Investors | 6,180.25 |
| 272 | Amity Plaza | Wellmakara, LLC | P.O. BOX 6201 | BRATTLEBORO | VT | 05302-6201 | Wellmakara, LLC. | 10,187.34 |
| 465 | Parkwest Town Center | WesGold, LLC | 350 SENTRY PARKWAY BLDG 630 SUITE 300 | BLUE BELL | PA | 19422 | The Goldenberg Group, Inc. | 12,615.42 |
| 374 | Southlake Mall | Westfield Corporation, Inc. | BANK OF AMERICA FILE 56925 | LOS ANGELES | CA | 90074-6925 | Westfield Corporation, Inc. | 20,537.42 |
| 423 | Westgate Mall | Westgate Mall II, LLC | C/O CBL & ASSOCIATES MGMT LLC  P.O. BOX 74904 | CLEVELAND | OH | 44194-4904 | CBL & Associates Management, Inc. | 2,869.32 |
| 147 | Westview Mall | Westview Center Associates LC | C/O WHARTON REALTY GROUPS,INC ATTN:CHRISTY LIOS,PRPRTY MGR. 8 INDUSTRIAL WAY EAST, 2ND FL | EATONTOWN | NJ | 07724 | Wharton Realty Group | 36,057.32 |

## Schedule 1.1(d)
## Real Property Leases

The Selling Entities' Real Property Leases are all of the Real Property Leases associated with the below listed store or headquarters location, as applicable, real property and landlords.

| Store | Store Name | Landlord Name | Landlord Address | City | State | Zip Code | Property Management Co. | Estimated Cure Amounts |
|---|---|---|---|---|---|---|---|---|
| 383 | Westfield Shoppingtown, Wheaton | Wheaton Plaza Regional Shopping Ctr | 11601 WILSHIRE BOULEVARD 12TH FLOOR | LOS ANGELES | CA | 90025 | Westfield Corporation | 20,787.14 |
| 395 | Wilkinson Crossing | Wilkinson Crossing LLC - CASTO | C/O CASTO PO BOX 1450 | COLUMBUS | OH | 43216 | 1st Carolina Properties | 18,597.45 |
| 295 | Eddystone Commons | Wolfson-Verrichia Group, Inc. | 120 W. GERMANTOWN PIKE SUITE 120 | PLYMOUTH MEETING | PA | 19462 | Wolfson-Verrichia Group, Inc. | 9,048.67 |
| 356 | Woodbridge Mall | Woodbridge Center Property, LLC | SDS-12-2769 PO BOX 86 | MINNEAPOLIS | MN | 55486-2769 | General Growth Properties | 99,025.21 |
| | | | | | | | | 6,147,162.73 |

Urban Brands - Vendors with Contracts - Cure Amounts

| Vendor Name | Address | | City | ST | Zip Code | Service | Estimated Cure Amounts |
|---|---|---|---|---|---|---|---|
| ADP INC | PO BOX 7247-0351 | | PHILADELPHIA | PA | 19170-0351 | Payroll Services | $ 22,000.00 |
| ADP INC | PO BOX 7247-0351 | | PHILADELPHIA | PA | 19170-0351 | Screening services | $ 7,284.20 |
| ADS (WORLD FINANCIAL BANK) | 800 TECH CENTER DR. | | GAHANNA | OH | 43230 | AS private label credit card | $ - |
| ADVANCE RECOVERY SERVICES, INC | THE DOOLEY BUILDING 5434 KING AVENUE. RT. 38 EAST. SUITE 200 | | PENNSAUKEN | NJ | 08109-1197 | Tax review services | $ - |
| AJB SOFTWARE DESIGN INC | 185 THE WEST MALL STE 1100 | | ETOBICOKE ONTARIO | | M9C 5L5 | Polling, Credit Authorization and Settlement Software - maintenance and support | $ 14,101.33 |
| APC SALES AND SERVICE CORPORATION | 132 FAIRGROUNDS ROAD | | WEST KINGSTON | RI | 02892 | UPS/Power Supplies (20kVA) - maintenance and support | $ - |
| APC SALES AND SERVICE CORPORATION | 132 FAIRGROUNDS ROAD | | WEST KINGSTON | RI | 02892 | UPS/Power Supplies (40kVA) - maintenance and support | n/a |
| APPRIVER, LLC | 1101 GULF BREEZE PARKWAY SUITE 112 | | GULF BREEZE | FL | 32561-4858 | Email Spam Filtering Services | $ 8,615.00 |
| ASSOCIATED PENSION CONSULTANTS | 50 JACKSON AVENUE 3RD FLOOR | | SYOSSET | NY | 11791 | consultant | $ 12,400.07 |
| AVERY DENNISON SOABOR PRO | PO BOX 95190 | | CHICAGO | IL | 60694 | Monarch Printer Maintenance - services | $ - |
| BANK OF AMERICA MERCHANT SERVICES | 3975 NORTH WEST 120TH AVE. | | CORAL SPRING | FL | 33065 | Credit card services | $ - |
| BARNETT ASSOCIATES, INC | 61 HILTON AVENUE | | GARDEN CITY | NY | 11530 | Unemployment cost control service | $ 6,000.00 |
| BOTTOMLINE TECHNOLOGIES, INC | P.O.BOX 83050 | | WOBURN | MA | 01813-3050 | Check-Writing Software - maintenance and support | $ - |
| CA, INC. | ONE PLAZA | | ISLANDIA | NY | 11749 | Autosys Scheduling Software - maintenance and support | $ 13,496.40 |
| CANON BUSINESS SOLUTIONS- | NORTHEAST, INC. P O BOX 2605 | | NEW YORK | NY | 10116 | Home Office Copiers - maintenance and support | $ 3,749.99 |
| CAREERBUILDER, LLC | 13047 COLLECTION CENTER DRIVE | | CHICAGO | IL | 60693-0130 | Employment posting | $ 7,397.41 |
| CERTEGY CHECK SERVICES INC | 11601 ROOSEVELT BLVD | | ST PETERSBURGH | FL | 33716 | Check processing | $ - |
| CERTICOM SECURITY | 1870 CROWN DR. SUITE 1500 | | FARMERS BRANCH | TX | 75234 | Alarm Monitoring | n/a |
| CGLIC - BLOOMFIELD EASC | PO BOX 644546 | | PITTSBURGH | PA | 15264-4546 | Medical, vision, prescription | $ 15,223.59 |
| CIBER, INC. | 6363 SOUTH FIDDLERS GREEN CIRCLE, SUITE1400 | | GREENWOOD VILLAGE | CO | 80111 | AS/400 Software/Hardware - maintenance and support | $ 371,745.16 |
| CIGNA HEALTHCARE | 900 COTTAGE GROVE RD | | HARTFORD | CT | 06152 | Stop loss | $ 78,794.35 |
| COMMERCIAL FIRE INC. (CSI-FIRE | COMMERCIAL SERVICES 2465 ST. JOHNS BLUFF ROAD S | | JACKSONVILLE | FL | 32246 | Store fire extinguisher maintenance | $ 3,803.54 |
| COVAD COMMUNICATIONS | DEPARTMENT 33408 PO BOX 39000 | | SAN FRANCISCO | CA | 94139-0001 | DSL Provider | $ 21,024.34 |
| CYBERSOURCE | 1295 CHARLESTON ROAD | | MOUNTAIN VIEW | CA | 94043 | Help Desk - services | $ 24,697.23 |
| DATAVANTAGE CORPORATION | 30500 BRUCE INDUSTRIAL PARKWAY | | CLEVELAND | OH | 44139-3942 | POS Software (XStore) - maintenance and support | $ 100,235.30 |
| DATAVANTAGE CORPORATION | 30500 BRUCE INDUSTRIAL PARKWAY | | CLEVELAND | OH | 44139-3942 | LP Software (XBR) - maintenance and support | n/a |
| DATAVANTAGE CORPORATION | 30500 BRUCE INDUSTRIAL PARKWAY | | CLEVELAND | OH | 44139-3942 | Servers - maintenance and support | n/a |
| DELL COMPUTER CORP/MARKETING | c/o DELL USA, LP BOX 371964 | | PITTSBURGH | PA | 15250-7964 | Consultant | $ 22,371.70 |
| DELOITTE CONSULTING LLP | 4022 SELLS DRIVE | | HERMITAGE | TN | 37076 | Dental | $ 22,500.00 |
| DELTA DENTAL PLAN OF NJ INC. | PO BOX 23700 | | NEWARK | NJ | 07189-0001 | Cost Savings - Utilities | $ 78,794.35 |
| DIRECT ENERGY BUSINESS | PO BOX 643249 | | PITTSBURGH | PA | 15264-3249 | Store supply fulfillment | $ 181,528.44 |
| DIVERSIFIED DISTRIBUTION | SYSTEMS INC NW7940 PO BOX 1450 | | MINNEAPOLIS | MN | 55485-7940 | Store supply fulfillment | $ 156,735.84 |
| DJM ASSET MANAGEMENT,LLC | DJM REALTY 445 BROADHOLLOW RD SUITE-225 | | MELVILLE | NY | 11747 | Consultant | $ 50,000.00 |
| EFASHION SOLUTIONS, LLC | 80 ENTERPRISE AVENUE S | | SECAUCUS | NJ | 07094-1902 | eFS credit card authorization | $ - |
| EFASHION SOLUTIONS, LLC | 80 ENTERPRISE AVENUE S | | SECAUCUS | NJ | 07094-1902 | Ecommerce technology | $ - |
| EFASHION SOLUTIONS, LLC | 80 ENTERPRISE AVENUE S | | SECAUCUS | NJ | 07094-1902 | eFS credit card settlement | $ - |
| EFASHION SOLUTIONS, LLC | 80 ENTERPRISE AVENUE S | | SECAUCUS | NJ | 07094-1902 | eFS credit card fraud partner | $ 983.87 |
| EMC CORPORATION | 2831 MISSION COLLEGE BOULEVARD PO BOX 58199 | | SANTA CLARA | CA | 95052-8199 | Network Storage Devices - maintenance and support | $ - |
| ENTERTAINMENT PUBLICATIONS INC | 1414 E. MAPLE ROAD | | TROY | MI | 48083-4019 | Offer exhibit execution | $ - |
| EPICOR RETAIL SOLTUIONS | 2800 AUTOROUTE TRANSCANADIENNE | | POINTE CLAIRE | PQ | H9R 1B1 | Sales Audit Software - maintenance and support | $ 55,183.20 |
| EPICOR RETAIL SOLTUIONS | 2800 AUTOROUTE TRANSCANADIENNE | | POINTE CLAIRE | PQ | H9R 1B1 | Flash Sales Database - maintenance and support | n/a |
| EPICOR RETAIL SOLTUIONS | 2800 AUTOROUTE TRANSCANADIENNE | | POINTE CLAIRE | PQ | H9R 1B1 | CRM Software - maintenance and support | n/a |
| EUROBANK & WEALTH MANAGEMENT | EUROBANK - MEZZANIE 270 MUNOZ RIVERA AVE | | SAN JUAN | PR | 00918 | 401k | $ 984.00 |
| FEDERAL EXPRESS CORP | PO BOX 1140 DEPT A | | MEMPHIS | TN | 38101-1140 | Small parcel carrier | $ 396,748.49 |
| FEDEX SMART POST, INC. | 1000 FEDEX DRIVE | | MOON TOWNSHIP | PA | 15108 | Home delivery carrier | $ 2,953.67 |
| FIRST DATA CORP | VALUELINK LLC PO BOX 2021 | | ENGLEWOOD | CO | 80150 | Gift Card processing | $ 10,702.68 |
| FUJITSU TRANSACTION SOLUTIONS | PO BOX 910791 | | DALLAS | TX | 75391-0791 | POS Staging and in-store - services | $ 4,460.24 |
| FUJITSU TRANSACTION SOLUTIONS | PO BOX 910791 | | DALLAS | TX | 75391-0791 | POS Storage - services | n/a |
| G4S COMPLIANCE & INVESTIGATION | PO BOX 277469 | | ATLANTA | GA | 30384-7469 | Associate Hotline | $ 750.00 |
| GARDA GLOBAL | P.O. BOX 90178 | | PASADENA | CA | 91109 | Armored car | $ 46,356.94 |
| GARDERE WYNNE SEWELL LLP | 1601 ELM STREET, SUITE 3000 | | DALLAS | TX | 75201-4761 | Legal services | $ 357,531.55 |
| HUGHES HUBBARD & REED, LLP | ONE BATTERY PARK PLAZA | | NEW YORK | NY | 10004-1482 | Legal services | $ 189,312.48 |
| IBM | PO BOX 105063 | | ATLANTA | GA | 30348 | IBM - DataStage/Application Integration Software | $ 2,864.67 |
| INGENICO | 6195 SHILOH ROAD SUITE D | | ALPHARETTA | GA | 30005 | Pinpad Devices - services | $ 17,774.84 |
| Intercall | | | | | | District Manager communications | n/a |
| IRON MOUNTAIN | PO BOX 65017 | | CHARLOTTE | NC | 28255-0017 | Off-Site Data Storage | $ 9,827.09 |
| JDA SOFTWARE INC | PO BOX 202621 | | DALLAS | TX | 75320-2621 | Merchandising, Warehousing, Merchandise Reporting and Arthur Planning/Alloc | $ 42,491.86 |

| Vendor Name | Address | City | ST | Zip Code | Service | Estimated Cure Amounts |
|---|---|---|---|---|---|---|
| JERSEY ELEVATOR CO., INC | 75 MANCHESTER AVE | KEYPORT | NJ | 07735 | Elevator maintenance (stores) | $ 530.51 |
| KAWASAKI KISEN KAISHA, LTD ("K"LINE) | 8730 STONY POINT PARKWAY, STE 400 | RICHMOND | VA | 23235 | Ocean freight service | Pd under GIF |
| LAWRENCE CAMPBELL | CONDOMINIUM PLAYA GRANDE PENTHOUSE D-1 CALLE TAFT | CONDADO | PR | 00907 | Disaster Recovery - services | |
| LAWSON SOFTWARE INC | 380 ST. PETER STREET | ST. PAUL | MN | 55102-1302 | Financial Software - maintenance and support | $ 60,106.34 |
| LINK SYSTEMS, INC | P.O. BOX 33665 | HARTFORD | CT | 06902 | Real Estate Management - services | $ - |
| | | | | | | $ - |
| LP SOFTWARE INC | 10661 S ROBERTS RD #202 | PALOS HILLS | IL | 60465 | LP Audit Software | $ 1,258.40 |
| MIDLAND ELEVATOR COMPANY | 48 LAKE STREET | WHITE PLAINS | NY | 10603 | Elevator maintenance (stores) | $ 1,643.85 |
| MIKE ALBERT LEASING, INC. | 10340 EVENDALE DRIVE | CINCINNATI | OH | 45241 | Company leased vehicles | $ 46,862.97 |
| NESCTC SECURITY | 1790 WARWICK AVENUE | WARWICK | RI | 02889-1725 | Security Guards | $ 92,461.10 |
| New Edge Network, Inc. | | | | | Store data lines | |
| NPD GROUP THE, INC | 900 WEST SHORE ROAD | PORT WASHINGTON | NY | 11050 | POS tracking information | $ 17,387.50 |
| NUBRIDGES | 1000 ABERNATHY ROAD SUITE 250 CUSTOMER #NB10375 | ATLANTA | GA | 30328 | Credit Card Encryption - maintenance and support | $ 38,950.00 |
| ORACLE USA, INC. | PO BOX 71028 REFERENCE # 6214148 | CHICAGO | IL | 60694-1028 | Database Software - maintenance and support | $ 20,166.16 |
| ORKIN EXTERMINATING CO INC | PO BOX 1504 | ATLANTA | GA | 30301-1504 | Pest control | $ 4,747.10 |
| PRIORITY FULFILLMENT SERVICES | 500 N. CENTRAL EXPRESSWAY SUITE 500 | PLANO | TX | 75074 | Fulfillment & customer contact services | $ - |
| PRODATA | 2809 S 160TH ST. STE 401 | OMAHA | NE | 68130 | DBU LPAR Software - maintenance and support | $ - |
| QUEST SOFTWARE, INC. | P.O. BOX 51739 | LOS ANGELES | CA | 90051-6039 | Toad Software (Oracle) - maintenance and support | $ - |
| REMCO ENERGY | 212 CARNEGIE CENTER | PRINCETON | NJ | 08540 | Cost Savings - Utilities | $ - |
| RGIS INVENTORY SPECIALISTS | PO BOX 77631 | DETROIT | MI | 48277 | Inventory Counting Services | $ - |
| RSM MAINTENANCE LLC | 45 1ST STREET | LODI | NJ | 07644 | Facilities service provider - HVAC | $ 87,740.21 |
| SERVICECHANNEL | 9 ALBERTSON AVE SUITE #1 | ALBERTSON | NY | 11507-1447 | Technology for store facilities | $ 6,360.00 |
| SHOPPER TRAK RCT | 200 WEST MONROE STREET 11TH FLOOR | CHICAGO | IL | 60606 | Traffic Intelligence - services | $ 32,103.14 |
| SIEMENS COMMUNICATIONS,INC | P O BOX 99076 | CHICAGO | IL | 60693-9076 | Phone System Hardware and Voicemail Software | $ - |
| SONICWALL,INC. | PO BOX 49042 | AN JOSE | CA | 95161-9955 | Internet Content Filtering Hardware - maintenance and support software | $ - |
| STANLEY CONVERGENT SECURITY | SOLUTIONS, INC. 55 SHUMAN BOULEVARD, SUITE 900 | NAPERVILLE | IL | 60563 | Alarm Monitoring | $ 7,461.54 |
| TALX CORPORATION | 135 SOUTH LASALLE DEPT 4076 | CHICAGO | IL | 60674-4076 | Unemployment cost mgt service | $ 14,968.69 |
| TALX CORPORATION | 135 SOUTH LASALLE DEPT 4076 | CHICAGO | IL | 60674-4076 | Verification services | n/a |
| TEKMARK GLOBAL SOLUTIONS LLC | 100 METROPLEX DRIVE SUITE 102 | EDISON | NJ | 08817 | Store Network Monitoring - services | $ 52,263.85 |
| THE HARTFORD | PO BOX 8500-3690 | PHILADELPHIA | PA | 19178-3690 | Life insurance, long/ short term disability | $ 48,607.83 |
| TIPPING POINT TECHNOLOGIES INC | 7501B NORTH CAPITAL OF TEXAS HIGHWAY | AUSTIN | TX | 78731 | Intrusion Prevention and Detection Hardware - maintenance and support | $ - |
| TOPICA INC. | ONE POST STREET SUITE 875 | SAN FRANCISCO | CA | 94104 | Records database | $ 4,500.00 |
| VERIZON BUSINESS (MCI) | P.O.BOX 382040 ACCOUNT# 91584143 | PITTSBURGH | PA | 15251-8040 | Local Phone, Long Distance, Internet Access, E-Comm Hosting | $ 109,623.08 |
| WASTE MANAGEMENT INC | NATIONAL ACCOUNTS PO BOX 930580 | ATLANTA | GA | 31193 | trash services for stores | $ 105,124.31 |
| Canon Financial Services, Inc. | PO BOX 4004 | CAROL STREAM | IL | 60197-4004 | | $ 38,030.61 |
| Castlerock (Reseller - CDW) | PO BOX 75723 | CHICAGO | IL | 60675-5723 | Monitoring Software - maintenance and support | |
| Dell Financial Services (DFS Acceptance) | c/o DELL USA, LP BOX 371964 | PITTSBURGH | PA | 15250-7964 | | $ 17,487.87 |
| Fairhaven | 38 GARY RD | SYOSSET | NY | 11791 | | |
| Numara Software, Inc. | 2202 N. WEST SHORE BOULEVARD SUITE 660 | TAMPA | FL | 33607 | TrackIt Software - maintenance and support | |
| Link Systems - Prolease | P.O. BOX 33665 | HARTFORD | CT | 06902 | | |
| Sungard Recovery Services LP | PO BOX 91233 | CHICAGO | IL | 60693 | | $ 28,285.34 |
| Symantec (Marcum is Reseller) | 10 MELVILLE PARK RD | MELVILLE | NY | 11747 | Antivirus Software - maintenance and support | |
| Symantec (Marcum is Reseller) | 10 MELVILLE PARK RD | MELVILLE | NY | 11747 | Backup Exec Software - maintenance and support | |
| Wells Fargo Financial Leasing | C/O KYOCERA MITA AMERICA, INC P O BOX 642333 | PITTSBURGH | PA | 15264-2333 | | $ 35,619.92 |

## Urban Brands - Other Vendors with Cure Amounts

| Vendor Name | Address | City | St | Zip Code | Service | Est. Cure Amounts |
|---|---|---|---|---|---|---|
| ADVANCED DIRECT, INC | 4221 TUDOR LANE | GREENSBORO | NC | 27410 | Anniversary Sale Increase sales/traffic Mail to 195,000 customers | $ - |
| AIR FORCE ONE INC. | 5810 SHIER RINGS ROAD | DUBLIN | OH | 43016 | maintenance for stores HVAC | $ 2,252 |
| ALERT RETAIL SERVICES, INC | 10505 CORPORATE DRIVE STE 201 | PLEASANT PRAIRIE | WI | 53158 | maintenance for stores plumbing & miscellaneous emergency repairs | $ 35,841 |
| ARTICLE LOSS PREVENTION INC | C/O TERRY HEATH 1258 E HENDERSON ROAD | BOAZ | AL | 35957 | sensormatic repairs | $ 3,188 |
| ATRINSIC INC | PO BOX 10434 | UNIONDALE | NY | 11555-0434 | Serve Ads on Google/Yahoo Search Marketing | $ 71,813 |
| BENEFITS ANALYSIS, INC | PO BOX 527 | NUTLEY | NJ | 07110-0527 | Employee benefits/COBRA legal compliance Benefits Enrollment and COBRA TPA | $ 3,157 |
| BANK OF AMERICA | P.O. BOX 105657 | ATLANTA | GA | 30348-5657 | Bank Fees | $ - |
| KOLK, CHRISTOPHER | 100 OLD PASCACK RD. | PEARL RIVER | NY | 10965 | Adapt eFS image sizes to ours resizing web images | $ 48,222 |
| CITIBANK | #N/A | #N/A | #N/A | #N/A | Employee Claims Med Claims Funding | $ - |
| Core Technology Solutions | 2 SYLVAN WAY, SUITE 203 | PARSIPPANY | NJ | 07054 | | |
| DOLPHIN FORWARDING, INC | 330 MANHATTAN AVENUE | JERSEY CITY | NJ | 07307 | Shipping | $ 325 |
| ERNST & YOUNG | BANK OF AMERICA - CHIC 96550 PO BOX 96550 | CHICAGO | IL | 60693 | Audit | $ - |
| ED MOORE ADVERTISING | 10 VILLAGE DRIVE WEST | DIX HILLS | NY | 11746 | Increase traffic/sales to stores Radio announcing Sweepstakes --9/23-10/31 - 8 markets | $ - |
| EUROBANK & WEALTH MANAGEMENT | EUROBANK - MEZZANIE 270 MUNOZ RIVERA AVE | SAN JUAN | PR | 00918 | 5500 Compliance 401(K) PR TPA | $ 984 |
| FACILITY SOLUTIONS GROUP | 4401 WESTGATE BOULEVARD SUITE 310 | AUSTIN | TX | 78745 | store operating supplies light bulbs | $ 62,880 |
| FLEMING'S TRANSP CO INC | PO BOX 4310 KINGSHILL | ST CROIX | VI | 00851 | Shipping | $ 2,907 |
| FORTE PLUMBING & HEATING INC. | 22 MAIN AVE | WALLINGTON | NJ | 07057 | Plumbing | $ 3,298 |
| G4S COMPLIANCE & INVESTIGATION | PO BOX 277469 | ATLANTA | GA | 30384-7469 | Hotline | $ 750 |
| Google | #N/A | #N/A | #N/A | #N/A | Buying Google Terms for AS.com by in-house staff In-house Paid Search 10/1/10-10/31/10 | $ - |
| JAVA JUGGLERS INC | 824 SOUTH MAIN STREET SUITE 104 | CRYSTAL LAKE | IL | 60014 | | |
| JH COHN LLP | 75 EISENHOWER PARKWAY | ROSELAND | NJ | 07068 | 401K audit/ | $ 10,000 |
| MARCUM TECHNOLOGY | 10 MELVILLE PARK RD | MELVILLE | NY | 11747 | | |
| METRO TAG & LABEL | 25 EAST SPRING VALLEY AVE SUITE 200 | MAYWOOD | NJ | 07607 | shipping supplies labels | $ - |
| NCD DE PUERTO RICO, LLC | PACKAGE EXPRESS,INC 400 MALTESE DRIVE | TOTOWA | NJ | 07512 | Shipping | $ 5,063 |
| NORMA H STEVENSON FORMEL | FREIGHT SERVICES LLC P.O.BOX 9066260 | SAN JUAN | PR | 00906-6260 | Shipping | $ 2,007 |

| PROJECT SUPPORT TEAM | 6 BERKSHIRE BLVD | BETHEL | CT | 06801 | Increase sale of Denim and regular merchandise Sweepstakes- Administration - 9/23-10/31 | $ | 7,175 |
|---|---|---|---|---|---|---|---|
| RODES LOGISTICS | P.O. BOX 810073 | CAROLINA | PR | 00981 | Shipping | $ | 1,944 |
| SCHERRER HERNANDEZ & CO. | 1302 PONCE DE LEON AVE. | SAN JUAN | PR | 00907-4043 | 5500 Compliance 401(k) PR Auditors | $ | - |
| SOUTHERN CONTAINER CORP. | LOCKBOX 9686 P.O. BOX 8500 | PHILADELPHIA | PA | 19178-9686 | Boxes | $ | - |
| SPENCER TECHNOLOGIES INC | 389 EAST MAIN STREET | SPENCER | MA | 01562-1908 | | | |
| STING ALARM, INC | PO BOX 98819 | LAS VEGAS | NV | 89193-8819 | Alarm/Cameras | $ | 31,864 |
| TEAMDIGITAL PROMOTIONS | 6 BERKSHIRE BLVD | BETHEL | CT | 06801 | Increase sale of Denim and regular merchandise Sweepstakes-IT - 9/23-10/31 | $ | 18,500 |
| TEKMARK GLOBAL SOLUTIONS LLC | 100 METROPLEX DRIVE SUITE 102 | EDISON | NJ | 08817 | | | |
| Yahoo | #N/A | #N/A | #N/A | #N/A | Buy Gift Cards/host emails AshleyStewart.tv | $ | - |