UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

IN THE MATTER OF:                : Chapter 11
                                 :
Urban Brands, Inc., et al.       : Case No. 10-13005 (KJC)
                                 :
                                 : NOTICE OF APPOINTMENT OF
                                 : COMMITTEE OF UNSECURED
         Debtors.                : CREDITORS
---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Angel Made in Heaven, Inc.**, Attn: Morris Dahan, 525 7th Ave., New York, NY 10018, Phone: 212-869-5798

2. **Natural Collection Corp.**, Attn: Rafi Shokrian, 2277 E. 16th St., Los Angeles, CA 90021, Phone: 323-584-6700, Fax: 323-584-6800

3. **Signsource, Inc.**, Attn: Eugene Markowitz, 1155 Bloomfield Ave., Clifton, NJ 07112, Phone: 973-277-9307, Fax: 973-777-5720

4. **Rosenthal & Rosenthal, Inc.**, Attn: Allan Spielman, 1370 Broadway, New York, NY 10018, Phone: 212-356-1438, Fax: 212-356-3438

5. **GGP Limited Partnership**, Attn: Julie Minnick Bowden, 110 North Wacker Dr., Chicago, IL 60606, Phone: 312-960-2707, Fax: 312-442-6374

6. **Simon Property Group, Inc.**, Attn: Ronald M. Tucker, Esq., 225 West Washington St., Indianapolis, IN 46204, Phone: 317-263-2346, Fax: 317-263-7901

7. **International Inspirations, Ltd.**, Attn: Saul Reiter, 362 5th Ave., #601, New York, NY 10001, Phone: 212-465-8500, Fax: 646-365-3326


                                ROBERTA A. DeANGELIS
                                United States Trustee, Region 3


                                  /s/ David L. Buchbinder for
                                WILLIAM K. HARRINGTON
                                ASSISTANT UNITED STATES TRUSTEE

DATED: October 4, 2010

Attorney assigned to this Case: David L. Buchbinder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Mark D. Collins, Esquire, Phone: (302) 651-7000, Fax: (302) 651-7001