# SIGN-IN-SHEET

CASE NAME: Urban Brands, Inc.
CASE NO. 10-13005-KJC

COURTROOM LOCATION: 5
DATE: October 13, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mike Merchant | Richards Layton | Debtors |
| Chun Jang | " | " |
| Karen B. Skomoricha | Ashby + Geddes | GB Merchant Partners + New Ashley Stewart |
| Leslie Heilman | Ballard Spahr LLP | Committee |
| Michael Klein | Cooley LLP | Committee |
| Don Pottman | Pitzner + Blumstein | BofA |
| Kristi Schubert | Potter Anderson & Corroon | BofA |
| David L. Buchbinder | USDOJ | UST |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey

Calendar Date: 10/13/2010
Calendar Time: 10:00 AM ET

#5

2nd Revision 10/12/2010 04:07 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Urban Brands, Inc., et al | 10-13005 | Hearing | 3795137 | Veronique Hodeau | 212-696-6927 | Curtis, Mallet-Prevost, Colt, Mosle | Creditor, GB Merchant Partners, LLC & New Ashley Stewart / LISTEN ONLY |
| | | Urban Brands, Inc., et al | 10-13005 | Hearing | 3797082 | Oscar N. Pinkas | (212) 768-6701 | SNR Denton USA LLP | Creditor, Trimaran / LIVE |