# EXHIBIT A

| Attorney | Status | Hourly Rate |
|---|---|---|
| Lawrence C. Gottlieb | Partner | $910 |
| Cathy R. Hershcopf | Partner | $730 |
| Michael A. Klein | Associate | $550 |
| Robert B. Winning | Associate | $305 |
| Rebecca Goldstein | Paralegal | $235 |