# Exhibit 1

[Schedule 2.5(b) to Stalking Horse Asset Purchase Agreement]

## Non-Continuing Stores / Rejected Leases

*Buyer is hereby giving notice that it designating these stores for rejection as of November 30, 2010, or such later date as Buyer and landlord shall mutually agree*

|    | Store# | Name | City | State |
|----|--------|------|------|-------|
| 1  | 238 | Fairoaks Plaza | Pasadena | CA |
| 2  | 287 | Regency Square Mall | Jacksonville | FL |
| 3  | 342 | Beaufont Mall | Richmond | VA |
| 4  | 368 | Eastland Mall | Columbus | OH |
| 5  | 375 | Virginia Ctr. Commons | Glen Allen | VA |
| 6  | 376 | University Mall | Tampa | FL |
| 7  | 398 | Valley View Mall | Dallas | TX |
| 8  | 402 | The Boulevard | Las Vegas | NV |
| 9  | 412 | Central Plaza | St. Petersburg | FL |
| 10 | 416 | Burlington Mall | Burlington | NJ |
| 11 | 419 | Century III Mall | West Mifflin | PA |
| 12 | 423 | Westgate Mall | Spartanburg | SC |
| 13 | 424 | Park Plaza | Lake Charles | LA |
| 14 | 447 | Englewood Plaza | Chicago | IL |
| 15 | 452 | Orlando Square | Orlando | FL |
| 16 | 113 | Military Circle | Norfolk | VA |
| 17 | 121 | Jamaica Ave | Jamaica | NY |
| 18 | 127 | Cheltenham Sq | Philadelphia | PA |
| 19 | 153 | Iverson Mall | Hillcrest Heights | MD |
| 20 | 199 | Mlk Jr Centr | Los Angeles | CA |
| 21 | 209 | Fairlane Mall | Dearborn | MI |
| 22 | 320 | Crenshaw Plaza | Los Angeles | CA |
| 23 | 356 | Woodbridge Mall | Woodbridge | NJ |
| 24 | 363 | Jeffrey Plaza | Chicago | IL |
| 25 | 383 | Westfield - Wheaton | Wheaton | MD |
| 26 | 388 | Jersey Gardens | Elizabeth | NJ |
| 27 | 399 | Broward Mall | Plantation | FL |
| 28 | 408 | Esplanade Mall | Kenner | LA |
| 29 | 428 | Westown SC | Dayton | OH |
| 30 | 433 | The Hub | Bronx | NY |
| 31 | 450 | Almeda Crossing | Houston | TX |

## Continuing Stores / Assumed Leases

*Assumption of each lease pursuant to its terms or pursuant to arrangements negotiated (or to be negotiated) between Buyer or Buyer Designee and each respective counterparty.*

|    | Store# | Name | City | State |
|----|--------|------|------|-------|
| 1  | 327 | Marlow Heights S/C | Marlow Heights | MD |
| 2  | 147 | Westview Mall | Baltimore | MD |
| 3  | 111 | Union | Union | NJ |
| 4  | 226 | Shoppes At 3 Corners | Houston | TX |
| 5  | 218 | 1573 Pitkin Avenue | Brooklyn | NY |
| 6  | 235 | Dolphin Plaza | Miami | FL |
| 7  | 269 | Gentilly Shopping Center | New Orleans | LA |
| 8  | 197 | Brick Church Plaza | East Orange | NJ |
| 9  | 120 | Southfield Rd. | Lathrup Village | MI |
| 10 | 332 | Red Bird Shopping Center | Dallas | TX |
| 11 | 360 | Camp Creek Market | Atlanta | GA |
| 12 | 336 | Marketplace - Hollywood | Inglewood | CA |
| 13 | 334 | Military Circle Mall | Norfolk | VA |
| 14 | 159 | Forest Village Park | Forestville | MD |
| 15 | 362 | Midtown Center | Milwaukee | WI |
| 16 | 122 | Grand Concourse | Bronx | NY |
| 17 | 222 | Hammond Aire Plaza | Baton Rouge | LA |
| 18 | 808 | Fulton Street | Brooklyn | NY |
| 19 | 413 | Southway Shopping Center | Houston | TX |
| 20 | 270 | Southgate S/C | Maple Heights | OH |
| 21 | 326 | Augusta Exchange | Augusta | GA |
| 22 | 132 | Eastover Square | Oxonhill | MD |
| 23 | 286 | Eastwood Village | Birmingham | AL |
| 24 | 347 | King Shopping Center | Landover | MD |
| 25 | 350 | Victory Crossing | Portsmouth | VA |
| 26 | 352 | Forest Park Plaza | Forest Park Plaza | IL |
| 27 | 264 | Sunny Isle S/C | St. Croix | VI |
| 28 | 397 | South Lake Centre | Southhaven | MS |
| 29 | 188 | 69Th Street | Upper Darby | PA |
| 30 | 202 | N. Philadelphia State | Philadelphia | PA |
| 31 | 201 | One Market Center | Baltimore | MD |
| 32 | 295 | Eddystone Crossing S/C | Eddystone | PA |
| 33 | 281 | Southtown S/C | Fort Worth | TX |
| 34 | 380 | Town & Country | Columbus | OH |
| 35 | 306 | Glenwood Crossing S/C | Woodlawn | OH |
| 36 | 280 | Westside South S/C | Gretna | LA |
| 37 | 232 | Wynnewood Village | Dallas | TX |
| 38 | 465 | Parkwest Town Center | Philadelphia | PA |
| 39 | 250 | Security Square Mall | Baltimore | MD |
| 40 | 230 | Northpark Shopping Ctr | Beaumont | TX |
| 41 | 431 | Seigen Plaza | Baton Rouge | LA |
| 42 | 158 | Lafayette Sq. | Indianapolis | IN |
| 43 | 137 | Lincoln | Matteson | IL |
| 44 | 403 | North Oaks S/C | Houston | TX |
| 45 | 268 | Lake Meadows S/C | Chicago | IL |
| 46 | 234 | Lauderhill Mall | Lauderhill | FL |
| 47 | 371 | Highland Lakes | Orlando | FL |
| 48 | 346 | Shops At Jefferson Village | Detroit | MI |
| 49 | 364 | The Village S/C | Gary | IN |
| 50 | 406 | Manhattan Place | Harvey | LA |

**Designated Stores**

| | Store# | Name | City | State |
|---|---|---|---|---|
| 1 | 102 | Green Acres Mall | Valley Stream | NY |
| 2 | 107 | Kings Plaza Mall | Brooklyn | NY |
| 3 | 109 | Langley Park | Langley Park | MD |
| 4 | 119 | Ford City Mall | Chicago | IL |
| 5 | 124 | Bedford Stuyvesant | Brooklyn | NY |
| 6 | 125 | Eastland Cntr | Harper Woods | MI |
| 7 | 130 | Prince Georges Plaza | Hyattsville | MD |
| 8 | 133 | Livingston Mall | Livingston | NJ |
| 9 | 135 | Kearny | Kearny | NJ |
| 10 | 136 | Bergen Ave | Jersey City | NJ |
| 11 | 140 | Redford Oaks S/C | Redford Oaks | MI |
| 12 | 151 | Gallery At Market East | Philadelphia | PA |
| 13 | 154 | Good Hope Marketplace | Washington | DC |
| 14 | 155 | Southland Mall | Memphis | TN |
| 15 | 156 | Hudson Mall | Jersey City | NJ |
| 16 | 157 | Rhode Island S/C | Washington | DC |
| 17 | 165 | Northlake Mall | Atlanta | GA |
| 18 | 166 | Hechinger Mall | Washington | DC |
| 19 | 168 | Southlake Mall | Morrow | GA |
| 20 | 169 | Cumberland Mall | Atlanta | GA |
| 21 | 171 | Macon Mall | Macon | GA |
| 22 | 175 | Severance Cntr | Cleveland Heights | OH |
| 23 | 177 | West End Mall | Atlanta | GA |
| 24 | 361 | Mall At Stonecrest S/C | Lithonia | GA |
| 25 | 181 | Model T Plaza | Highland Park | MI |
| 26 | 182 | South Dekalb Mall | Decatur | GA |
| 27 | 183 | Concourse Plaza | Bronx | NY |
| 28 | 184 | N. Riverside | North Riverside | IL |
| 29 | 185 | University Square | University City | MO |
| 30 | 192 | City Plaza | St Louis | MO |
| 31 | 195 | Compton Plaza | Compton | CA |
| 32 | 196 | Hawthorne Plaza | Hawthorne | CA |
| 33 | 198 | Stony Island Plaza | Chicago | IL |
| 34 | 112 | Bay Plaza Center | Bronx | NY |
| 35 | 205 | Belmont S/C | Detroit | MI |
| 36 | 206 | Baldwin Hills S/C | Los Angeles | CA |
| 37 | 214 | Number One Marketplace | Miami | FL |
| 38 | 217 | Waverly Towers | Baltimore | MD |
| 39 | 256 | Rockaway Parkway | Brooklyn | NY |
| 40 | 233 | Fondren Southwest | Houston | TX |
| 41 | 378 | Gallery @ Canterbury | Markham | IL |
| 42 | 241 | Capital Plaza | Ewing | NJ |
| 43 | 243 | Eastpoint | Baltimore | MD |
| 44 | 244 | 26Th & State Street | East St. Louis | IL |
| 45 | 247 | Renaissance Plaza | New York | NY |
| 46 | 248 | W. 125Th Street | New York | NY |
| 47 | 116 | Evergreen Plaza | Evergreen Park | IL |
| 48 | 251 | Grand Blvd East | Chicago | IL |
| 49 | 253 | Toledo Town Center | Toledo | OH |
| 50 | 255 | Chicago & Kedzie Place | Chicago | IL |
| 51 | 211 | Flatbush Avenue | Brooklyn | NY |
| 52 | 193 | The Crossing At Halls Ferry | St. Louis | MO |
| 53 | 272 | Amity Plaza | New Haven | CT |
| 54 | 273 | Gateway Shopping Center | Jacksonville | FL |

| # | ID | Name | City | State |
|---|---|---|---|---|
| 55 | 277 | Metrocenter Mall | Jackson | MS |
| 56 | 278 | Stratford Plaza | Stratford | CT |
| 57 | 170 | Olney Plaza | Philadelphia | PA |
| 58 | 117 | River Oaks Mall | Calumet City | IL |
| 59 | 282 | Lee Harvard S/C | Cleveland | OH |
| 60 | 407 | Ogelthorpe Mall | Savannah | GA |
| 61 | 289 | Beltway Plaza S/C | Greenbelt | MD |
| 62 | 437 | St. Charles Towne Center | Waldorf | MD |
| 63 | 302 | Owings Mills | Baltimore | MD |
| 64 | 303 | Cherry Hill Mall | Cherry Hill | NJ |
| 65 | 338 | Cross Creek Mall | Fayetteville | NC |
| 66 | 315 | Pathmark Shopping Center | Queens | NY |
| 67 | 316 | The Hub Shopping Center | Hempstead | NY |
| 68 | 318 | North Dekalb Mall | Decatur | GA |
| 69 | 321 | Chatham Square | Chicago | IL |
| 70 | 322 | Ashland Avenue Plaza | Chicago | IL |
| 71 | 324 | Governors Square | Montgomery | AL |
| 72 | 357 | Northridge Mall | Milwaukee | WI |
| 73 | 328 | Silas Creek Crossing | Winston Salem | NC |
| 74 | 329 | Dutch Square Center | Columbia | SC |
| 75 | 330 | Crosspointe Plaza | Greenville | SC |
| 76 | 331 | Eastgate Shopping Center | Memphis | TN |
| 77 | 126 | Northland Mall | Southfield | MI |
| 78 | 365 | Raceway Mall | Calumet Park | IL |
| 79 | 335 | Greenbriar Mall | Atlanta | GA |
| 80 | 187 | Fairlane Meadows | Dearborn | MI |
| 81 | 180 | Lincoln Road | Oak Park | MI |
| 82 | 341 | Fayette Pavilion | Fayetteville | GA |
| 83 | 139 | Mondawmin Mall | Baltimore | MD |
| 84 | 370 | Hilltop Mall | San Pablo | CA |
| 85 | 353 | Boulevard At Capital | Largo | MD |
| 86 | 141 | Market Street | Newark | NJ |
| 87 | 366 | Old National Town Center | Atlanta | GA |
| 88 | 367 | Greece Ridge Ctr. | Rochester | NY |
| 89 | 372 | Columbia Place Mall | Columbia | SC |
| 90 | 373 | Plaza on the Blvd | Jennings | MO |
| 91 | 374 | Southlake Mall | Merrillville | IN |
| 92 | 377 | Linwood Shopping Ctr. | Kansas City | MO |
| 93 | 379 | Northwoods Mall | North Charleston | SC |
| 94 | 448 | Bowie Town Center | Bowie | MD |
| 95 | 381 | Richmond Town SQ. | Richmond Heights | OH |
| 96 | 382 | Pierre Bossier Mall | Bossier City | LA |
| 97 | 384 | Hickory Hollow Mall | Antioch | TN |
| 98 | 385 | Southland Terrace | Louisville | KY |
| 99 | 386 | Westfield - Fox Hills | Culver City | CA |
| 100 | 387 | Southpark Mall | Colonial Heights | VA |
| 101 | 389 | Lamar Crossing | Memphis | TN |
| 102 | 390 | Keystone Plaza | Indianapolis | IN |
| 103 | 391 | Frayser Village S/C | Memphis | TN |
| 104 | 392 | Governor's Sq. | Tallahasee | FL |
| 105 | 395 | Wilkinson Crossing | Charlotte | NC |
| 106 | 400 | Greenspoint Mall | Houston | TX |
| 107 | 405 | Northgate Mall | Cincinnati | OH |
| 108 | 420 | Southland Mall | Hayward | CA |
| 109 | 409 | Albany Mall | Albany | GA |
| 110 | 410 | Gateway Centre | Chicago | IL |
| 111 | 411 | Northgate Mall | Durham | NC |
| 112 | 414 | River City Marketplace | Jacksonville | FL |

| 113 | 417 | Sherman Plaza | Chicago | IL |
| 114 | 418 | Edgewood Towne Center | Pittsburgh | PA |
| 115 | 422 | Northpark Mall | Ridgeland | MS |
| 116 | 426 | Dudley Square | Roxbury | MA |
| 117 | 430 | Quartermaster Plaza | Philadelphia | PA |
| 118 | 432 | East 98th Street | Brooklyn | NY |
| 119 | 434 | Pyramids Village | Greensboro | NC |
| 120 | 435 | Chicago Building | Chicago | IL |
| 121 | 436 | Golden East Crossing | Rocky Mount | NC |
| 122 | 440 | Wal Mart Supercenter | Balch Springs | TX |
| 123 | 442 | Mattapan | Mattapan | MA |
| 124 | 444 | The Walk | Atlantic City | NJ |
| 125 | 445 | Florin Towne Center | Sacramento | CA |
| 126 | 190 | Lindell Market Place | St. Louis | MO |
| 127 | 449 | White Oaks Village | Richmond | VA |
| 128 | 345 | Addison Plaza | Seat Pleasant | MD |
| 129 | | The headquarters and distribution center at the property located at 100 Metro Way, Secaucus, New Jersey 07094 | | |

*Buyer shall, on or before the end of the Designation Deadline, assume leases for at least 175 of the stores.*