Schedule 1.1(a)

Continuing Stores and Non-Continuing Stores

See attached.

Schedule 1.1(a)-1

RLF1 3607469v. 5
8491118v4

## Non-Continuing Stores / Rejected Leases

*Buyer is hereby giving notice that it designating these stores for rejection as of November 30, 2010, or such later date as Buyer and landlord shall mutually agree*

|     | Store# | Name | City | State |
| --- | --- | --- | --- | --- |
| 1 | 238 | Fairoaks Plaza | Pasadena | CA |
| 2 | 287 | Regency Square Mall | Jacksonville | FL |
| 3 | 342 | Beaufont Mall | Richmond | VA |
| 4 | 368 | Eastland Mall | Columbus | OH |
| 5 | 376 | University Mall | Tampa | FL |
| 6 | 398 | Valley View Mall | Dallas | TX |
| 7 | 402 | The Boulevard | Las Vegas | NV |
| 8 | 412 | Central Plaza | St. Petersburg | FL |
| 9 | 416 | Burlington Mall | Burlington | NJ |
| 10 | 419 | Century III Mall | West Mifflin | PA |
| 11 | 423 | Westgate Mall | Spartanburg | SC |
| 12 | 424 | Park Plaza | Lake Charles | LA |
| 13 | 447 | Englewood Plaza | Chicago | IL |
| 14 | 452 | Orlando Square | Orlando | FL |
| 15 | 153 | Iverson Mall | Hillcrest Heights | MD |
| 16 | 199 | Mlk Jr Centr | Los Angeles | CA |
| 17 | 320 | Crenshaw Plaza | Los Angeles | CA |
| 18 | 428 | Westown SC | Dayton | OH |
| 19 | 375 | Virginia Ctr. Commons | Glen Allen | VA |
| 20 | 450 | Almeda Crossing | Houston | TX |

**Continuing Stores / Assumed Leases**

*Assumption of each lease pursuant to its terms or pursuant to arrangements negotiated (or to be negotiated) between Buyer or Buyer Designee and each respective counterparty.*

|    | Store# | Name | City | State |
|----|--------|------|------|-------|
| 1  | 327 | Marlow Heights S/C | Marlow Heights | MD |
| 2  | 147 | Westview Mall | Baltimore | MD |
| 3  | 226 | Shoppes At 3 Corners | Houston | TX |
| 4  | 218 | 1573 Pitkin Avenue | Brooklyn | NY |
| 5  | 235 | Dolphin Plaza | Miami | FL |
| 6  | 269 | Gentilly Shopping Center | New Orleans | LA |
| 7  | 197 | Brick Church Plaza | East Orange | NJ |
| 8  | 120 | Southfield Rd. | Lathrup Village | MI |
| 9  | 332 | Red Bird Shopping Center | Dallas | TX |
| 10 | 360 | Camp Creek Market | Atlanta | GA |
| 11 | 336 | Marketplace - Hollywood | Inglewood | CA |
| 12 | 159 | Forest Village Park | Forestville | MD |
| 13 | 362 | Midtown Center | Milwaukee | WI |
| 14 | 122 | Grand Concourse | Bronx | NY |
| 15 | 222 | Hammond Aire Plaza | Baton Rouge | LA |
| 16 | 808 | Fulton Street | Brooklyn | NY |
| 17 | 413 | Southway Shopping Center | Houston | TX |
| 18 | 326 | Augusta Exchange | Augusta | GA |
| 19 | 132 | Eastover Square | Oxonhill | MD |
| 20 | 286 | Eastwood Village | Birmingham | AL |
| 21 | 347 | King Shopping Center | Landover | MD |
| 22 | 350 | Victory Crossing | Portsmouth | VA |
| 23 | 352 | Forest Park Plaza | Forest Park Plaza | IL |
| 24 | 264 | Sunny Isle S/C | St. Croix | VI |
| 25 | 188 | 69Th Street | Upper Darby | PA |
| 26 | 202 | N. Philadelphia State | Philadelphia | PA |
| 27 | 201 | One Market Center | Baltimore | MD |
| 28 | 380 | Town & Country | Columbus | OH |
| 29 | 306 | Glenwood Crossing S/C | Woodlawn | OH |
| 30 | 280 | Westside South S/C | Gretna | LA |
| 31 | 465 | Parkwest Town Center | Philadelphia | PA |
| 32 | 250 | Security Square Mall | Baltimore | MD |
| 33 | 230 | Northpark Shopping Ctr | Beaumont | TX |
| 34 | 431 | Seigen Plaza | Baton Rouge | LA |
| 35 | 403 | North Oaks S/C | Houston | TX |
| 36 | 268 | Lake Meadows S/C | Chicago | IL |

| 37 | 346 | Shops At Jefferson Village | Detroit | MI |
| 38 | 364 | The Village S/C | Gary | IN |
| 39 | 406 | Manhattan Place | Harvey | LA |
| 40 | 211 | Flatbush Avenue | Brooklyn | NY |

## Designated Stores

| | Store# | Name | City | State |
|---|---|---|---|---|
| 1 | 102 | Green Acres Mall | Valley Stream | NY |
| 2 | 107 | Kings Plaza Mall | Brooklyn | NY |
| 3 | 109 | Langley Park | Langley Park | MD |
| 4 | 119 | Ford City Mall | Chicago | IL |
| 5 | 124 | Bedford Stuyvesant | Brooklyn | NY |
| 6 | 125 | Eastland Cntr | Harper Woods | MI |
| 7 | 130 | Prince Georges Plaza | Hyattsville | MD |
| 8 | 133 | Livingston Mall | Livingston | NJ |
| 9 | 135 | Kearny | Kearny | NJ |
| 10 | 136 | Bergen Ave | Jersey City | NJ |
| 11 | 140 | Redford Oaks S/C | Redford Oaks | MI |
| 12 | 151 | Gallery At Market East | Philadelphia | PA |
| 13 | 154 | Good Hope Marketplace | Washington | DC |
| 14 | 155 | Southland Mall | Memphis | TN |
| 15 | 156 | Hudson Mall | Jersey City | NJ |
| 16 | 157 | Rhode Island S/C | Washington | DC |
| 17 | 165 | Northlake Mall | Atlanta | GA |
| 18 | 166 | Hechinger Mall | Washington | DC |
| 19 | 168 | Southlake Mall | Morrow | GA |
| 20 | 169 | Cumberland Mall | Atlanta | GA |
| 21 | 171 | Macon Mall | Macon | GA |
| 22 | 175 | Severance Cntr | Cleveland Heights | OH |
| 23 | 177 | West End Mall | Atlanta | GA |
| 24 | 361 | Mall At Stonecrest S/C | Lithonia | GA |
| 25 | 181 | Model T Plaza | Highland Park | MI |
| 26 | 182 | South Dekalb Mall | Decatur | GA |
| 27 | 183 | Concourse Plaza | Bronx | NY |
| 28 | 184 | N. Riverside | North Riverside | IL |
| 29 | 185 | University Square | University City | MO |
| 30 | 192 | City Plaza | St Louis | MO |
| 31 | 195 | Compton Plaza | Compton | CA |
| 32 | 196 | Hawthorne Plaza | Hawthorne | CA |
| 33 | 198 | Stony Island Plaza | Chicago | IL |
| 34 | 112 | Bay Plaza Center | Bronx | NY |
| 35 | 205 | Belmont S/C | Detroit | MI |
| 36 | 206 | Baldwin Hills S/C | Los Angeles | CA |
| 37 | 214 | Number One Marketplace | Miami | FL |
| 38 | 217 | Waverly Towers | Baltimore | MD |
| 39 | 256 | Rockaway Parkway | Brooklyn | NY |

| | | | | |
|---|---|---|---|---|
| 40 | 233 | Fondren Southwest | Houston | TX |
| 41 | 378 | Gallery @ Canterbury | Markham | IL |
| 42 | 241 | Capital Plaza | Ewing | NJ |
| 43 | 243 | Eastpoint | Baltimore | MD |
| 44 | 244 | 26Th & State Street | East St. Louis | IL |
| 45 | 247 | Renaissance Plaza | New York | NY |
| 46 | 248 | W. 125Th Street | New York | NY |
| 47 | 116 | Evergreen Plaza | Evergreen Park | IL |
| 48 | 251 | Grand Blvd East | Chicago | IL |
| 49 | 253 | Toledo Town Center | Toledo | OH |
| 50 | 255 | Chicago & Kedzie Place | Chicago | IL |
| 51 | 193 | The Crossing At Halls Ferry | St. Louis | MO |
| 52 | 272 | Amity Plaza | New Haven | CT |
| 53 | 273 | Gateway Shopping Center | Jacksonville | FL |
| 54 | 277 | Metrocenter Mall | Jackson | MS |
| 55 | 278 | Stratford Plaza | Stratford | CT |
| 56 | 170 | Olney Plaza | Philadelphia | PA |
| 57 | 117 | River Oaks Mall | Calumet City | IL |
| 58 | 282 | Lee Harvard S/C | Cleveland | OH |
| 59 | 407 | Ogelthorpe Mall | Savannah | GA |
| 60 | 289 | Beltway Plaza S/C | Greenbelt | MD |
| 61 | 437 | St. Charles Towne Center | Waldorf | MD |
| 62 | 302 | Owings Mills | Baltimore | MD |
| 63 | 303 | Cherry Hill Mall | Cherry Hill | NJ |
| 64 | 338 | Cross Creek Mall | Fayetteville | NC |
| 65 | 315 | Pathmark Shopping Center | Queens | NY |
| 66 | 316 | The Hub Shopping Center | Hempstead | NY |
| 67 | 318 | North Dekalb Mall | Decatur | GA |
| 68 | 321 | Chatham Square | Chicago | IL |
| 69 | 322 | Ashland Avenue Plaza | Chicago | IL |
| 70 | 324 | Governors Square | Montgomery | AL |
| 71 | 357 | Northridge Mall | Milwaukee | WI |
| 72 | 328 | Silas Creek Crossing | Winston Salem | NC |
| 73 | 329 | Dutch Square Center | Columbia | SC |
| 74 | 330 | Crosspointe Plaza | Greenville | SC |
| 75 | 331 | Eastgate Shopping Center | Memphis | TN |
| 76 | 126 | Northland Mall | Southfield | MI |
| 77 | 365 | Raceway Mall | Calumet Park | IL |
| 78 | 335 | Greenbriar Mall | Atlanta | GA |
| 79 | 187 | Fairlane Meadows | Dearborn | MI |
| 80 | 180 | Lincoln Road | Oak Park | MI |
| 81 | 341 | Fayette Pavilion | Fayetteville | GA |

| | | | | |
|---|---|---|---|---|
| 82 | 139 | Mondawmin Mall | Baltimore | MD |
| 83 | 370 | Hilltop Mall | San Pablo | CA |
| 84 | 353 | Boulevard At Capital | Largo | MD |
| 85 | 141 | Market Street | Newark | NJ |
| 86 | 366 | Old National Town Center | Atlanta | GA |
| 87 | 367 | Greece Ridge Ctr. | Rochester | NY |
| 88 | 372 | Columbia Place Mall | Columbia | SC |
| 89 | 373 | Plaza on the Blvd | Jennings | MO |
| 90 | 374 | Southlake Mall | Merrillville | IN |
| 91 | 377 | Linwood Shopping Ctr. | Kansas City | MO |
| 92 | 379 | Northwoods Mall | North Charleston | SC |
| 93 | 448 | Bowie Town Center | Bowie | MD |
| 94 | 381 | Richmond Town SQ. | Richmond Heights | OH |
| 95 | 382 | Pierre Bossier Mall | Bossier City | LA |
| 96 | 384 | Hickory Hollow Mall | Antioch | TN |
| 97 | 385 | Southland Terrace | Louisville | KY |
| 98 | 386 | Westfield - Fox Hills | Culver City | CA |
| 99 | 387 | Southpark Mall | Colonial Heights | VA |
| 100 | 389 | Lamar Crossing | Memphis | TN |
| 101 | 390 | Keystone Plaza | Indianapolis | IN |
| 102 | 391 | Frayser Village S/C | Memphis | TN |
| 103 | 392 | Governor's Sq. | Tallahasee | FL |
| 104 | 395 | Wilkinson Crossing | Charlotte | NC |
| 105 | 400 | Greenspoint Mall | Houston | TX |
| 106 | 405 | Northgate Mall | Cincinnati | OH |
| 107 | 420 | Southland Mall | Hayward | CA |
| 108 | 409 | Albany Mall | Albany | GA |
| 109 | 410 | Gateway Centre | Chicago | IL |
| 110 | 411 | Northgate Mall | Durham | NC |
| 111 | 414 | River City Marketplace | Jacksonville | FL |
| 112 | 417 | Sherman Plaza | Chicago | IL |
| 113 | 418 | Edgewood Towne Center | Pittsburgh | PA |
| 114 | 422 | Northpark Mall | Ridgeland | MS |
| 115 | 426 | Dudley Square | Roxbury | MA |
| 116 | 430 | Quartermaster Plaza | Philadelphia | PA |
| 117 | 432 | East 98th Street | Brooklyn | NY |
| 118 | 434 | Pyramids Village | Greensboro | NC |
| 119 | 435 | Chicago Building | Chicago | IL |
| 120 | 436 | Golden East Crossing | Rocky Mount | NC |
| 121 | 440 | Wal Mart Supercenter | Balch Springs | TX |
| 122 | 442 | Mattapan | Mattapan | MA |
| 123 | 444 | The Walk | Atlantic City | NJ |

| 124 | 445  | Florin Towne Center      | Sacramento    | CA |
|-----|------|--------------------------|---------------|----|
| 125 | 190  | Lindell Market Place     | St. Louis     | MO |
| 126 | 449  | White Oaks Village       | Richmond      | VA |
| 127 | 111  | Union                    | Union         | NJ |
| 128 | 334  | Military Circle Mall     | Norfolk       | VA |
| 129 | 397  | South Lake Centre        | Southhaven    | MS |
| 130 | 295  | Eddystone Crossing S/C   | Eddystone     | PA |
| 131 | 281  | Southtown S/C            | Fort Worth    | TX |
| 132 | 232  | Wynnewood Village        | Dallas        | TX |
| 133 | 158  | Lafayette Sq.            | Indianapolis  | IN |
| 134 | 137  | Lincoln                  | Matteson      | IL |
| 135 | 234  | Lauderhill Mall          | Lauderhill    | FL |
| 136 | 371  | Highland Lakes           | Orlando       | FL |
| 137 | 270  | Southgate S/C            | Maple Heights | OH |
| 138 | 375  | Virginia Ctr. Commons    | Glen Allen    | VA |
| 139 | 113  | Military Circle          | Norfolk       | VA |
| 140 | 121  | Jamaica Ave              | Jamaica       | NY |
| 141 | 127  | Cheltenham Sq            | Philadelphia  | PA |
| 142 | 209  | Fairlane Mall            | Dearborn      | MI |
| 143 | 356  | Woodbridge Mall          | Woodbridge    | NJ |
| 144 | 363  | Jeffrey Plaza            | Chicago       | IL |
| 145 | 383  | Westfield - Wheaton      | Wheaton       | MD |
| 146 | 388  | Jersey Gardens           | Elizabeth     | NJ |
| 147 | 399  | Broward Mall             | Plantation    | FL |
| 148 | 408  | Esplanade Mall           | Kenner        | LA |
| 149 | 433  | The Hub                  | Bronx         | NY |
| 150 | 345  | Addison Plaza            | Seat Pleasant | MD |
| 151 | 421  | Maple Park               | Chicago       | IL |
| 152 | 6420 | Corporate DC/HQ          | Secaucus      | NJ |

Schedule 1.1(b)

Excluded Insurance Policies

1. All insurance policies related to the Private Edge Plus Package provided by National Union including policies and coverage related to Directors & Officers, Employment Practices Liability and Fiduciary Liability.

RLF1 3607469v. 5
8491118v4

Schedule 1.1(c)

Encumbrances

1. The Permitted Encumbrances (as defined in the Loan and Security Agreement, dated September 3, 2004, as heretofore amended, between Bank of America, N.A. (as successor in interest to LaSalle Retail Finance, a Division of LaSalle Business Credit, LLC, as agent for Standard Federal Bank National Association) and certain of the Selling Entities).

2. The Permitted Encumbrances (as defined in the DIP Facility).

3. The following tax liens and warrants:

| Description | Entity | Type of Tax | Jurisdiction | Period | Tax | Interest | Penalty | Total |
|---|---|---|---|---|---|---|---|---|
| Warrant | Large Apparel of New York, Inc. | W/H | New York | 12/2006 | 0.00 | 389.20 | 7,779.98 | 8,189.18 |
| Lien | Large Apparel of Maryland, Inc. | W/H | Virginia | Various | 931.97 | 0.00 | 0.00 | 931.97 |

4. Liens created in favor of Dell Financial Services in certain computer related equipment and hardware leased to certain of the Selling Entities under that certain Master Lease Agreement with Dell Financial Services.

5. Mechanic's lien, which in any event shall not exceed $25,000, in favor of Robert J. Baughman, T/A RJB Construction, for work done and materials supplied with reference to demolition and build-out services for the Seller at 7110 Midlothian Turnpike, Richmond, Virginia 23225.

Schedule 1.1(d)-1

Schedule 1.1(d)

Real Property Leases

See attached]

Schedule 1.1(d)-1

Schedule 1.1(f)
Real Property Leases

The Selling Entities' Real Property Leases are all of the Real Property Leases associated with the below listed store or headquarters location, as applicable, real property and tenant(s).

| Store | Address | City | State | Landlord | Property Management Co. | LEASE EXP | Options | Estimated Cure Amount |
|---|---|---|---|---|---|---|---|---|

The data rows of this table are illegible in the scanned image.

Schedule 1.1(c)

Real Property Leases

This Schedule Entitled "Real Property Leases" are all of the Real Property Leases associated with the below listed items on the debtors business, as applicable, and property and landlords.

| Store | Address | City | State | Landlord | Property Management Co. | Lease Exp. | Option | Estimated Owe Amount |
|---|---|---|---|---|---|---|---|---|

The Selling Entity and/or Red Property Leases and all of the Real Property Leases associated with the below listed store of the Company hereinafter, as applicable, real property and landlord.

Schedule 1.1(6)

Real Property Leases

| Store | Address | City | State | Landlord | Property Management Co. | LEASE EXP | Option | Estimated Class Annuals |
|---|---|---|---|---|---|---|---|---|

## Schedule 2.2

## Excluded Assets

(a)     All Cash other than Store-Level Cash or other Cash described in clauses (a) through (x) of Section 2.1;

(b)     All Accounts Receivables related to any executory contract that is an Excluded Contract;

(c)     All deposits or other prepayments associated with any assets that are not Acquired Assets;

(d)     All intercompany obligations and other amounts receivable of any Selling Entity owed to it by any other Selling Entity;

(e)     any confidential records, documents or other information relating to Excluded Employees, and any materials containing information about any Excluded Employee or Transferred Employee, disclosure of which would violate applicable Law;

(f)     the Selling Entities' (i) minute books and other corporate books and records relating to their organization and existence, including the Selling Entities' stock records and corporate seal, and the Selling Entities' books and records relating to Taxes of the Selling Entities, including Tax Returns filed by or with respect to the Selling Entities, (ii) records which any of the Selling Entities' are required to retain by applicable Law, and (iii) books, records, information, files, data and plans (whether written, electronic or in any other medium), advertising and promotional materials and similar items relating to any Excluded Assets or Excluded Liabilities; *provided, however,* that the Buyer shall have the right to make copies of any portions of such books and records related to the Acquired Assets in accordance with Section 7.2(b);

(g)     the Selling Entities' rights under this Agreement and the other Transaction Documents, and all consideration payable or deliverable to the Selling Entities pursuant to the terms and provisions hereof;

(h)     any Excluded Contract of any Selling Entities (including employment Contracts), together with all prepaid assets relating to Excluded Contracts;

(i)     all rights, claims and causes of action of the Selling Entities against Persons and all rights of indemnity, warranty rights, rights of contribution, rights to refunds, rights of reimbursement and other rights of recovery, including rights to insurance proceeds, of the Selling Entities (regardless of whether such rights are currently exercisable), in each case to the extent related to Excluded Liabilities or any asset that is not an Acquired Asset;

(j)     all rights, claims and causes of action of the Selling Entities against any director or officer of any Selling Entity but only to the extent of Excluded Insurance Policies and interests in the Excluded Insurance Policies;

RLF1 3607469v. 5
8491118v4

(k)     any shares of capital stock or other equity interests of any of the Selling Entities, or any securities convertible into, exchangeable or exercisable for shares of capital stock or other equity interests of any of the Selling Entities;

(l)     any prepaid income Tax, Tax receivable, Tax refund or Tax rebate of a Selling Entity with respect to any period ending on or prior to the Closing;

(m)     any Seller Benefit Plan or any right, title or interest in any assets of or relating thereto, or any assets relating to Excluded Liabilities described in Section 2.4(c) through (e);

(n)     all claims and causes of action that any of the Selling Entities has, including causes of action of the Selling Entities under Chapter 5 of the Bankruptcy Code (the "Retained Avoidance Actions") other than (i) against landlords, vendors or other counterparties who are party to (or Affiliates of a party to) any Assumed Contract, Assumed Real Property Lease, or any purchase order with a supplier open as of the Closing Date for delivery of goods under such purchase order post-Closing, or (ii) Transferred Employees, or any officer or employee retained by Buyer or its Subsidiaries after Closing, or (iii) otherwise arising under or related to the Acquired Assets (including, for the avoidance of doubt, all Assumed Contracts and the Assumed Real Property Leases), including in each of cases (i), (ii) and (iii) such causes of action arising under, or available pursuant to, the Bankruptcy Code other than Retained Avoidance Actions;

(o)     all bank and deposit accounts;

(p)     the deposit, commonly referred to as the Marianne Stores Sale Escrow Deposit, owed to certain of the Selling Entities from the sale of the Marianne stores and all rights and Accounts Receivable related thereto; and

(q)     all deposits made by the Selling Entities with any utilities of the Selling Entities.

RLF1 3607469v. 5
8491118v4

Schedule 2.3(g)

Additional Assumed Liabilities

None.

RLF1 3607469v. 5
8491118v4

Schedule 2.4(i)

Actions

1. Gwendolyn Scott-Adams v. Urban Brands - Case pending in the Southern District of New York.

2. LaShonda Brewer & Tynaisha Hayes v. Urban Brands - Case pending in the Supreme Court of the State of New York, Bronx County.

3. Natasha Cowart & Kathleen Day v. Urban Brands - Matter is with the Massachusetts Commission Against Discrimination.

4. Nadage Thomas v. Urban Brands - Matter pending before the EEOC in Florida.

5. Frances M. Russell v. Urban Brands - Matter is with the Ohio Civil Rights Commission.

6. Myisha D. James v. Urban Brands - Matter pending before EEOC.

7. Wells Fargo Bank v. SG USA, Ltd. et al., Cause No. 09-688388, Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio.

8. Urban Brands Inc. v. J. Heather, Inc. and Jill Scott - case pending in federal court in the District of New Jersey.

9. Sharon Falconer matter with the Pennsylvania Human Relations Commission, currently before EEOC.

10. Carmen M. Fortuna v Urban Brands Inc. Civil No FPE 06-1332 (404) - Carolina Superior Court, Court of First Instance.

11. Erohilda Nieves v. Urban Brands, Inc., Change NO 16H-2008-00581 - Miami Office of the Equal Employment Opportunity Commission.

12. Vornado Caguas, L.P. v. The New 5-7-9 and Beyond, Inc. d/b/a Marianne; Carraizo Alto Apparel Corp. d/b/a Marianne and Marianne Plus.

13. Morales Realty, Inc. v. Franklin Thirty Four Rio Corp; Urban Brands, Inc; Marianne USPR; Marianne PR Four, Inc.; Marianne PR Five, Inc.; Carraizo Alto Apparel Corp.; The New 5-7-9 and Beyond, Inc.

14. Sara Green v Urban Brands - Case pending in the Supreme Court of the State of New York, County of New York.

Schedule 2.3(g)-1

Schedule 2.5(b)

Designation Schedule

See attached.

RLF1 3607469v. 5
8491118v4

CONFIDENTIAL COMMUNICATION
NOT TO BE SHARED WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF NEW ASHLEY STEWART LLC

# New Ashley Stewart LLC
## Schedule 2.5(b): List of Contracts for Assumption*

Priority Fulfillment Services
Efashion Solutions, LLC (All Contracts)
Commercial Fire Inc. (CSI-Fire)
CGLIC - Bloomfield EASC
CIGNA Healthcare (same contract as CGLIC)
Associated Pension Consultants
RGIS Inventory Specialists
Kawasaki Kisen Kaisha, LTD ("K"Line)
ADP Inc. (Screening Services)
Diversified Distribution
DJM Asset Management
First Data Corp.
Certegy Check Services
Bank of America Merchant Services
APC
Castlerock
Fujitsu
LPMS (Loss Prevention Management Software)
Numara Software, Inc.
Quest Software
Siemens
███████████████

Dell Financial Services
EMC
Fairhaven
Iron Mountain
Java Jugglers
ShopperTrak
Core-Tech
Appriver
Bottomline Technologies
IBM
Link Systems - Prolease
ProData
Sonicwall
Symantec - Anti Virus
Symantec - Backup Exec Software
TippingPoint

*Assumption of each contract pursuant to its terms or pursuant to arrangements negotiated (or to be negotiated) between Buyer or Buyer Designee and each respective counterparty.

**New Ashley Stewart LLC**
**Schedule 2.5(b):  List of Contracts for Assumption\***

Each of the three Contracts with Federal Express
Contract with Tekmark
Contract with NESCTC Security

## Non-Continuing Stores / Rejected Leases

*Buyer is hereby giving notice that it designating these stores for rejection as of November 30, 2010, or such later date as Buyer and landlord shall mutually agree*

|    | Store# | Name | City | State |
|----|--------|------|------|-------|
| 1  | 238 | Fairoaks Plaza | Pasadena | CA |
| 2  | 287 | Regency Square Mall | Jacksonville | FL |
| 3  | 342 | Beaufont Mall | Richmond | VA |
| 4  | 368 | Eastland Mall | Columbus | OH |
| 5  | 376 | University Mall | Tampa | FL |
| 6  | 398 | Valley View Mall | Dallas | TX |
| 7  | 402 | The Boulevard | Las Vegas | NV |
| 8  | 412 | Central Plaza | St. Petersburg | FL |
| 9  | 416 | Burlington Mall | Burlington | NJ |
| 10 | 419 | Century III Mall | West Mifflin | PA |
| 11 | 423 | Westgate Mall | Spartanburg | SC |
| 12 | 424 | Park Plaza | Lake Charles | LA |
| 13 | 447 | Englewood Plaza | Chicago | IL |
| 14 | 452 | Orlando Square | Orlando | FL |
| 15 | 153 | Iverson Mall | Hillcrest Heights | MD |
| 16 | 199 | Mlk Jr Centr | Los Angeles | CA |
| 17 | 320 | Crenshaw Plaza | Los Angeles | CA |
| 18 | 428 | Westown SC | Dayton | OH |
| 19 | 375 | Virginia Ctr. Commons | Glen Allen | VA |
| 20 | 450 | Almeda Crossing | Houston | TX |

## Continuing Stores / Assumed Leases

*Assumption of each lease pursuant to its terms or pursuant to arrangements negotiated (or to be negotiated) between Buyer or Buyer Designee and each respective counterparty.*

|    | Store# | Name | City | State |
|----|--------|------|------|-------|
| 1  | 327 | Marlow Heights S/C | Marlow Heights | MD |
| 2  | 147 | Westview Mall | Baltimore | MD |
| 3  | 226 | Shoppes At 3 Corners | Houston | TX |
| 4  | 218 | 1573 Pitkin Avenue | Brooklyn | NY |
| 5  | 235 | Dolphin Plaza | Miami | FL |
| 6  | 269 | Gentilly Shopping Center | New Orleans | LA |
| 7  | 197 | Brick Church Plaza | East Orange | NJ |
| 8  | 120 | Southfield Rd. | Lathrup Village | MI |
| 9  | 332 | Red Bird Shopping Center | Dallas | TX |
| 10 | 360 | Camp Creek Market | Atlanta | GA |
| 11 | 336 | Marketplace - Hollywood | Inglewood | CA |
| 12 | 159 | Forest Village Park | Forestville | MD |
| 13 | 362 | Midtown Center | Milwaukee | WI |
| 14 | 122 | Grand Concourse | Bronx | NY |
| 15 | 222 | Hammond Aire Plaza | Baton Rouge | LA |
| 16 | 808 | Fulton Street | Brooklyn | NY |
| 17 | 413 | Southway Shopping Center | Houston | TX |
| 18 | 326 | Augusta Exchange | Augusta | GA |
| 19 | 132 | Eastover Square | Oxonhill | MD |
| 20 | 286 | Eastwood Village | Birmingham | AL |
| 21 | 347 | King Shopping Center | Landover | MD |
| 22 | 350 | Victory Crossing | Portsmouth | VA |
| 23 | 352 | Forest Park Plaza | Forest Park Plaza | IL |
| 24 | 264 | Sunny Isle S/C | St. Croix | VI |
| 25 | 188 | 69Th Street | Upper Darby | PA |
| 26 | 202 | N. Philadelphia State | Philadelphia | PA |
| 27 | 201 | One Market Center | Baltimore | MD |
| 28 | 380 | Town & Country | Columbus | OH |
| 29 | 306 | Glenwood Crossing S/C | Woodlawn | OH |
| 30 | 280 | Westside South S/C | Gretna | LA |
| 31 | 465 | Parkwest Town Center | Philadelphia | PA |
| 32 | 250 | Security Square Mall | Baltimore | MD |
| 33 | 230 | Northpark Shopping Ctr | Beaumont | TX |
| 34 | 431 | Seigen Plaza | Baton Rouge | LA |
| 35 | 403 | North Oaks S/C | Houston | TX |
| 36 | 268 | Lake Meadows S/C | Chicago | IL |

| 37 | 346 | Shops At Jefferson Village | Detroit  | MI |
| 38 | 364 | The Village S/C            | Gary     | IN |
| 39 | 406 | Manhattan Place           | Harvey   | LA |
| 40 | 211 | Flatbush Avenue           | Brooklyn | NY |

**Designated Stores**

| | Store# | Name | City | State |
|---|---|---|---|---|
| 1 | 102 | Green Acres Mall | Valley Stream | NY |
| 2 | 107 | Kings Plaza Mall | Brooklyn | NY |
| 3 | 109 | Langley Park | Langley Park | MD |
| 4 | 119 | Ford City Mall | Chicago | IL |
| 5 | 124 | Bedford Stuyvesant | Brooklyn | NY |
| 6 | 125 | Eastland Cntr | Harper Woods | MI |
| 7 | 130 | Prince Georges Plaza | Hyattsville | MD |
| 8 | 133 | Livingston Mall | Livingston | NJ |
| 9 | 135 | Kearny | Kearny | NJ |
| 10 | 136 | Bergen Ave | Jersey City | NJ |
| 11 | 140 | Redford Oaks S/C | Redford Oaks | MI |
| 12 | 151 | Gallery At Market East | Philadelphia | PA |
| 13 | 154 | Good Hope Marketplace | Washington | DC |
| 14 | 155 | Southland Mall | Memphis | TN |
| 15 | 156 | Hudson Mall | Jersey City | NJ |
| 16 | 157 | Rhode Island S/C | Washington | DC |
| 17 | 165 | Northlake Mall | Atlanta | GA |
| 18 | 166 | Hechinger Mall | Washington | DC |
| 19 | 168 | Southlake Mall | Morrow | GA |
| 20 | 169 | Cumberland Mall | Atlanta | GA |
| 21 | 171 | Macon Mall | Macon | GA |
| 22 | 175 | Severance Cntr | Cleveland Heights | OH |
| 23 | 177 | West End Mall | Atlanta | GA |
| 24 | 361 | Mall At Stonecrest S/C | Lithonia | GA |
| 25 | 181 | Model T Plaza | Highland Park | MI |
| 26 | 182 | South Dekalb Mall | Decatur | GA |
| 27 | 183 | Concourse Plaza | Bronx | NY |
| 28 | 184 | N. Riverside | North Riverside | IL |
| 29 | 185 | University Square | University City | MO |
| 30 | 192 | City Plaza | St Louis | MO |
| 31 | 195 | Compton Plaza | Compton | CA |
| 32 | 196 | Hawthorne Plaza | Hawthorne | CA |
| 33 | 198 | Stony Island Plaza | Chicago | IL |
| 34 | 112 | Bay Plaza Center | Bronx | NY |
| 35 | 205 | Belmont S/C | Detroit | MI |
| 36 | 206 | Baldwin Hills S/C | Los Angeles | CA |
| 37 | 214 | Number One Marketplace | Miami | FL |
| 38 | 217 | Waverly Towers | Baltimore | MD |
| 39 | 256 | Rockaway Parkway | Brooklyn | NY |

| 40 | 233 | Fondren Southwest | Houston | TX |
| 41 | 378 | Gallery @ Canterbury | Markham | IL |
| 42 | 241 | Capital Plaza | Ewing | NJ |
| 43 | 243 | Eastpoint | Baltimore | MD |
| 44 | 244 | 26Th & State Street | East St. Louis | IL |
| 45 | 247 | Renaissance Plaza | New York | NY |
| 46 | 248 | W. 125Th Street | New York | NY |
| 47 | 116 | Evergreen Plaza | Evergreen Park | IL |
| 48 | 251 | Grand Blvd East | Chicago | IL |
| 49 | 253 | Toledo Town Center | Toledo | OH |
| 50 | 255 | Chicago & Kedzie Place | Chicago | IL |
| 51 | 193 | The Crossing At Halls Ferry | St. Louis | MO |
| 52 | 272 | Amity Plaza | New Haven | CT |
| 53 | 273 | Gateway Shopping Center | Jacksonville | FL |
| 54 | 277 | Metrocenter Mall | Jackson | MS |
| 55 | 278 | Stratford Plaza | Stratford | CT |
| 56 | 170 | Olney Plaza | Philadelphia | PA |
| 57 | 117 | River Oaks Mall | Calumet City | IL |
| 58 | 282 | Lee Harvard S/C | Cleveland | OH |
| 59 | 407 | Ogelthorpe Mall | Savannah | GA |
| 60 | 289 | Beltway Plaza S/C | Greenbelt | MD |
| 61 | 437 | St. Charles Towne Center | Waldorf | MD |
| 62 | 302 | Owings Mills | Baltimore | MD |
| 63 | 303 | Cherry Hill Mall | Cherry Hill | NJ |
| 64 | 338 | Cross Creek Mall | Fayetteville | NC |
| 65 | 315 | Pathmark Shopping Center | Queens | NY |
| 66 | 316 | The Hub Shopping Center | Hempstead | NY |
| 67 | 318 | North Dekalb Mall | Decatur | GA |
| 68 | 321 | Chatham Square | Chicago | IL |
| 69 | 322 | Ashland Avenue Plaza | Chicago | IL |
| 70 | 324 | Governors Square | Montgomery | AL |
| 71 | 357 | Northridge Mall | Milwaukee | WI |
| 72 | 328 | Silas Creek Crossing | Winston Salem | NC |
| 73 | 329 | Dutch Square Center | Columbia | SC |
| 74 | 330 | Crosspointe Plaza | Greenville | SC |
| 75 | 331 | Eastgate Shopping Center | Memphis | TN |
| 76 | 126 | Northland Mall | Southfield | MI |
| 77 | 365 | Raceway Mall | Calumet Park | IL |
| 78 | 335 | Greenbriar Mall | Atlanta | GA |
| 79 | 187 | Fairlane Meadows | Dearborn | MI |
| 80 | 180 | Lincoln Road | Oak Park | MI |
| 81 | 341 | Fayette Pavilion | Fayetteville | GA |

| | | | | |
|---|---|---|---|---|
| 82 | 139 | Mondawmin Mall | Baltimore | MD |
| 83 | 370 | Hilltop Mall | San Pablo | CA |
| 84 | 353 | Boulevard At Capital | Largo | MD |
| 85 | 141 | Market Street | Newark | NJ |
| 86 | 366 | Old National Town Center | Atlanta | GA |
| 87 | 367 | Greece Ridge Ctr. | Rochester | NY |
| 88 | 372 | Columbia Place Mall | Columbia | SC |
| 89 | 373 | Plaza on the Blvd | Jennings | MO |
| 90 | 374 | Southlake Mall | Merrillville | IN |
| 91 | 377 | Linwood Shopping Ctr. | Kansas City | MO |
| 92 | 379 | Northwoods Mall | North Charleston | SC |
| 93 | 448 | Bowie Town Center | Bowie | MD |
| 94 | 381 | Richmond Town SQ. | Richmond Heights | OH |
| 95 | 382 | Pierre Bossier Mall | Bossier City | LA |
| 96 | 384 | Hickory Hollow Mall | Antioch | TN |
| 97 | 385 | Southland Terrace | Louisville | KY |
| 98 | 386 | Westfield - Fox Hills | Culver City | CA |
| 99 | 387 | Southpark Mall | Colonial Heights | VA |
| 100 | 389 | Lamar Crossing | Memphis | TN |
| 101 | 390 | Keystone Plaza | Indianapolis | IN |
| 102 | 391 | Frayser Village S/C | Memphis | TN |
| 103 | 392 | Governor's Sq. | Tallahasee | FL |
| 104 | 395 | Wilkinson Crossing | Charlotte | NC |
| 105 | 400 | Greenspoint Mall | Houston | TX |
| 106 | 405 | Northgate Mall | Cincinnati | OH |
| 107 | 420 | Southland Mall | Hayward | CA |
| 108 | 409 | Albany Mall | Albany | GA |
| 109 | 410 | Gateway Centre | Chicago | IL |
| 110 | 411 | Northgate Mall | Durham | NC |
| 111 | 414 | River City Marketplace | Jacksonville | FL |
| 112 | 417 | Sherman Plaza | Chicago | IL |
| 113 | 418 | Edgewood Towne Center | Pittsburgh | PA |
| 114 | 422 | Northpark Mall | Ridgeland | MS |
| 115 | 426 | Dudley Square | Roxbury | MA |
| 116 | 430 | Quartermaster Plaza | Philadelphia | PA |
| 117 | 432 | East 98th Street | Brooklyn | NY |
| 118 | 434 | Pyramids Village | Greensboro | NC |
| 119 | 435 | Chicago Building | Chicago | IL |
| 120 | 436 | Golden East Crossing | Rocky Mount | NC |
| 121 | 440 | Wal Mart Supercenter | Balch Springs | TX |
| 122 | 442 | Mattapan | Mattapan | MA |
| 123 | 444 | The Walk | Atlantic City | NJ |

| 124 | 445  | Florin Towne Center      | Sacramento    | CA |
|-----|------|--------------------------|---------------|----|
| 125 | 190  | Lindell Market Place     | St. Louis     | MO |
| 126 | 449  | White Oaks Village       | Richmond      | VA |
| 127 | 111  | Union                    | Union         | NJ |
| 128 | 334  | Military Circle Mall     | Norfolk       | VA |
| 129 | 397  | South Lake Centre        | Southhaven    | MS |
| 130 | 295  | Eddystone Crossing S/C   | Eddystone     | PA |
| 131 | 281  | Southtown S/C            | Fort Worth    | TX |
| 132 | 232  | Wynnewood Village        | Dallas        | TX |
| 133 | 158  | Lafayette Sq.            | Indianapolis  | IN |
| 134 | 137  | Lincoln                  | Matteson      | IL |
| 135 | 234  | Lauderhill Mall          | Lauderhill    | FL |
| 136 | 371  | Highland Lakes           | Orlando       | FL |
| 137 | 270  | Southgate S/C            | Maple Heights | OH |
| 138 | 375  | Virginia Ctr. Commons    | Glen Allen    | VA |
| 139 | 113  | Military Circle          | Norfolk       | VA |
| 140 | 121  | Jamaica Ave              | Jamaica       | NY |
| 141 | 127  | Cheltenham Sq            | Philadelphia  | PA |
| 142 | 209  | Fairlane Mall            | Dearborn      | MI |
| 143 | 356  | Woodbridge Mall          | Woodbridge    | NJ |
| 144 | 363  | Jeffrey Plaza            | Chicago       | IL |
| 145 | 383  | Westfield - Wheaton      | Wheaton       | MD |
| 146 | 388  | Jersey Gardens           | Elizabeth     | NJ |
| 147 | 399  | Broward Mall             | Plantation    | FL |
| 148 | 408  | Esplanade Mall           | Kenner        | LA |
| 149 | 433  | The Hub                  | Bronx         | NY |
| 150 | 345  | Addison Plaza            | Seat Pleasant | MD |
| 151 | 421  | Maple Park               | Chicago       | IL |
| 152 | 6420 | Corporate DC/HQ          | Secaucus      | NJ |

## Schedule 3.1(a)

## Post Closing Purchase Price Adjustment

| Schedule 3.1(a) – Adjusted Minimum Purchase Price Schedule | |
|---|---|
| Closing Date Cost Value of the Inventory | Adjusted Minimum Purchase Price |
| 11,000,000 | 9,590,000 |
| 10,850,000 | 9,380,000 |
| 10,700,000 | 9,170,000 |
| 10,550,000 | 8,960,000 |
| 10,400,000 | 8,750,000 |
| 10,250,000 | 8,540,000 |
| 10,100,000 | 8,330,000 |
| 9,950,000 | 8,130,000 |
| 9,800,000 | 7,920,000 |
| 9,650,000 | 7,710,000 |
| 9,500,000 | 7,500,000 |
| 9,350,000 | 7,360,000 |
| 9,200,000 | 7,220,000 |
| 9,050,000 | 7,080,000 |
| 8,900,000 | 6,830,000 |
| 8,750,000 | 6,580,000 |
| 8,600,000 | 6,330,000 |
| 8,450,000 | 6,110,000 |

Adjustments to the Adjusted Minimum Purchase Price shall be handled on a *pro rata* basis for saleable inventory levels falling between the scheduled inventory levels shown above.

Schedule 3.1(a)-1

RLFI 3607469v. 5
8491118v4

## Schedule 3.2(a)

## Post Closing Purchase Price Adjustment

### Saleable Inventory Adjustment

| Estimated Closing Date Cost Value of the Inventory | Inventory Change | Estimated Inventory Adjustment |
|---|---|---|
| Above 11,000,000 | | see note below |
| 11,000,000 | - | - |
| 10,850,000 | -150,000 | -236,000 |
| 10,700,000 | -150,000 | -236,000 |
| 10,550,000 | -150,000 | -236,000 |
| 10,400,000 | -150,000 | -236,000 |
| 10,250,000 | -150,000 | -236,000 |
| 10,100,000 | -150,000 | -236,000 |
| 9,950,000 | -150,000 | -236,000 |
| 9,800,000 | -150,000 | -247,000 |
| 9,650,000 | -150,000 | -247,000 |
| 9,500,000 | -150,000 | -247,000 |
| 9,350,000 | -150,000 | -247,000 |
| 9,200,000 | -150,000 | -247,000 |
| 9,050,000 | -150,000 | -247,000 |
| 8,900,000 | -150,000 | -247,000 |
| 8,750,000 | -150,000 | -255,000 |
| 8,600,000 | -150,000 | -255,000 |
| 8,450,000 | -150,000 | -255,000 |
| 8,300,000 | -150,000 | -255,000 |
| 8,150,000 | -150,000 | -255,000 |
| 8,000,000 | -150,000 | -255,000 |
| 7,750,000 | -250,000 | -175,000 |
| 7,500,000 | -250,000 | -175,000 |
| 7,250,000 | -250,000 | -175,000 |
| 7,000,000 | -250,000 | -175,000 |
| 6,750,000 | -250,000 | -100,000 |
| 6,500,000 | -250,000 | -100,000 |
| 6,250,000 | -250,000 | -100,000 |
| 6,000,000 | -250,000 | -100,000 |
| 5,750,000 | -250,000 | -100,000 |
| 5,500,000 | -250,000 | -100,000 |
| 5,250,000 | -250,000 | -100,000 |
| 5,000,000 | -250,000 | -100,000 |

Schedule 3.2(a)-1

Note: The estimated inventory adjustments in the schedule above are to be applied cumulatively to the Purchase Price (with such cumulative adjustment being the Estimated Inventory Adjustment Amount) for Estimated Closing Date Cost Value of the Inventory levels between $11 million and $5 million.

The estimated inventory adjustments shall be calculated on a *pro rata* basis for Estimated Closing Date Cost Value of the Inventory levels falling between the scheduled inventory levels shown above. If the Estimated Closing Date Cost Value of the Inventory falls below $5 million, the adjustments to the Purchase Price will be mutually agreed upon by the Seller and the Buyer, subject to the terms and conditions of this Agreement. If the Estimated Closing Date Cost Value of the Inventory is above $11 million, the Purchase Price will be increased on a dollar-for-dollar basis.

RLFI 3607469v. 5
8491118v4

Schedule 7.1[1]

Exceptions to Conduct of the Business Covenant

1. Store Location known as Store 421, with an address of 835 W. 115th Street, Chicago, Illinois, as it is scheduled to close and cease operations on September 30, 2010.

2. The following store locations as each of the leases associated with such store locations have terminated, unless otherwise noted, and are on a month to month basis.

| Store Number | Address | City | State | Termination Date |
|---|---|---|---|---|
| Store Number 169 | 1228 Cumberland Mall | Atlanta | GA | 1/31/2008 |
| Store Number 183 | 216 E. 161st Street, Suite #48 | Bronx | NY | 1/31/2010 |
| Store Number 235 | 17239 Northwest 27th Avenue | Miami | FL | 1/31/2010 |
| Store Number 345 | 6220 Central Avenue | Seat Pleasant | MD | 1/31/2010 |
| Store Number 328 | 3202 Silas Creek Parkway | Winston Salem | NC | 1/31/2010 |
| Store Number 342 | 7152 Midlothian Turnpike | Richmond | VA | 9/1/2010 |
| Store Number 808 | 488 Fulton Street | Brooklyn | NY | 12/31/2010[2] |

---

[1] This Schedule should include any stores that are not Continuing Stores, Designated Stores or Non-Continuing Stores.

[2] Termination date is December 31, 2010, so long as the rent is paid on the first of each month, otherwise it terminates in accordance with the lease and the associated forbearance agreements.

Schedule 7.1-1

Schedule 7.16

Certain Acquired Assets

1. All Acquired Assets that individually or in the aggregate have a value in excess of $10,000.

RLF1 3607469v. 5
8491118v4

Schedule 7.16(e)

Certain Employees

None, subject to being supplemented and updated by the Buyer prior to Closing.

## Schedule 8.2(e)

### Certain Consents

1. All information technology software licenses and Contracts, which are important to the continued operation of the Business, including without limitation the licenses and Contracts with JDA, Lawson and Micros Retail (DataVantage).

RLF1 3607469v. 5
8491118v4

SELLER DISCLOSURE SCHEDULE
TO THE
AMENDED AND RESTATED ASSET PURCHASE AGREEMENT,
DATED OCTOBER 27, 2010,
AMONG URBAN BRANDS, INC.,
THE OTHER SELLING ENTITIES (AS DEFINED THEREIN),
AND
NEW ASHLEY STEWART LLC

## Section 5.2

### Subsidiaries

[See Attached]

RLF1 3623282v. 1

Attachment to Seller Disclosure Schedule Section 5.2

Subsidiaries of the Seller

| Name of Subsidiary | State I.D. Number | State of Incorporation | Stockholder / Assignee | Stock Authorized | Stock Issued |
|---|---|---|---|---|---|
| Ashley Stewart Ltd. | 2261711 | Delaware | Urban Brands, Inc. | 5,000 | 2,000 |
| Church Street Retail, Inc. | 1622523 | New York | Ashlet Stewart, Ltd. | 200 | 100 |
| Ashley Stewart Management Co., Inc. | 2613605 | Delaware | Urban Brands, Inc. | 1,500 | 100 |
| ASNJ 10, Inc. | 2616596 | Delaware | Ashley Stewart Management Co., Inc. | 1,500 | 100 |
| Ashley Stewart Woman Ltd. | 2948850 | Delaware | Urban Brands, Inc. | 200 | 200 |
| Large Apparel of Alabama, Inc. | 223760624 | Alabama | Ashley Stewart Woman, Ltd. | 200 | 200 |
| Large Apparel of California, Inc. | C-2110163 | California | Ashley Stewart Woman, Ltd. | 200 | 200 |
| Large Apparel of Connecticut, Inc. | 0280608 | Connecticut | Ashley Stewart Woman, Ltd. | 5,000 | 100 |
| Large Apparel of District of Columbia, Inc. | 0229646-000 | District of Co | Ashley Stewart Woman, Ltd. | 200 | 200 |
| Large Apparel of Florida, Inc. | P98000103380 | Florida | Ashley Stewart Woman, Ltd. | 200 | 200 |
| Large Apparel of Georgia, Inc. | K722882 | Georgia | Ashley Stewart Woman, Ltd. | 200 | 200 |
| Large Apparel of Illinois, Inc. | 2398663 | Delaware | Ashley Stewart Woman, Ltd. | 5,000 | 2,100 |
| ASIL 6, Inc. | 2613601 | Delaware | Large Apparel of Illinois, Inc. | 1,500 | 100 |
| Large Apparel of Indiana, Inc. | 1996111257 | Indiana | Ashley Stewart Woman, Ltd. | 200 | 100 |
| Large Apparel of Louisiana, Inc. | 34720403D | Louisiana | Ashley Stewart Woman, Ltd. | 200 | 200 |
| Large Apparel of Maryland, Inc. | 03554300D | Maryland | Ashley Stewart Woman, Ltd. | 5,000 | 2,000 |
| Large Apparel of Michigan, Inc. | 2473466 | Delaware | Ashley Stewart Woman, Ltd. | 2,000 | 2,000 |
| Ashley Stewart Apparel Corporation | 419952 | Michigan | Large Apparel of Michigan, Inc. | 200 | 100 |
| Ashley Stewart Clothing Company, Inc. | 440847 | Michigan | Large Apparel of Michigan, Inc. | 200 | 100 |
| Large Apparel of Missouri, Inc. | 00454088 | Missouri | Ashley Stewart Woman, Ltd. | 200 | 200 |
| Large Apparel of Mississippi, Inc. | 687371 | Mississippi | Ashley Stewart Woman, Ltd. | 200 | 200 |
| Large Apparel of North Carolina, Inc. | 0430976 | North Carolin | Ashley Stewart Woman, Ltd. | 200 | 200 |
| Large Apparel of New Jersey, Inc. | 0100-5574-94 | New Jersey | Ashley Stewart Woman, Ltd. | 5,000 | 2,000 |
| Large Apparel of New York, Inc. | 1629597 | New York | Ashley Stewart Woman, Ltd. | 5,000 | 2,000 |
| Large Apparel of Ohio, Inc. | 972455 | Ohio | Ashley Stewart Woman, Ltd. | 200 | 200 |
| Large Apparel of Pennsylvania, Inc. | 2604966 | Delaware | Ashley Stewart Woman, Ltd. | 2,000 | 100 |
| Large Apparel of South Carolina, Inc. | 25432345-0 | South Carolin | Ashley Stewart Woman, Ltd. | 200 | 200 |
| Large Apparel of Tennessee, Inc. | 0333341 | Tennessee | Ashley Stewart Woman, Ltd. | 200 | 200 |