B210
(12/04)

# United States Bankruptcy Court

## District Of Delaware

In re: Urban Brands, Inc., et al.       Case No. 10-13005 (KJC)

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

Southpaw Koufax, LLC       OK Originals Ltd.
Name of Transferee      Name of Transferor

**Name and Address where notices to transferee should be sent:**      Court Record Address of Transferor (Court Use Only)
Southpaw Koufax, LLC
2 West Greenwich Office Park, 1st Fl.
Greenwich, CT 06831
Phone: (203) 862-6208
Last Four Digits of Acct #:_____      Last Four Digits of Acct. #:_____

Name and Address where transferee payments should be sent (if different from above)      Name and Current Address of Transferor
OK Originals Ltd.
389 Fifth Avenue, Suite 812
New York, NY 10016
Phone:_____      Phone:_____

Last Four Digits of Acct #:_____      Last Four Digits of Acct. #:_____

Court Claim # (if known): Schedule F
Date Claim Filed:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____      Date: November 2, 2010
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____      _____
**CLERK OF THE COURT**

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

Claim #: Schedule F

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, OK Originals, Ltd. (the "Seller") its successors and assigns, does hereby unconditionally and irrevocably sell, transfer and assign unto Southpaw Koufax, LLC its successors and assigns (the "Buyer"), all rights, title, interest, claims and causes of action in and to, or arising under or in connection with its claim identified on Schedule F in the amount of $80,429.95 (the "Claim") against Urban Brands, Inc. (the "Debtor"), one of the debtors in the Chapter 11 bankruptcy case entitled In re: Urban Brands, Inc., Case No. 10-13005 pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and all proofs of claim filed by Seller in respect thereof.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

(The remainder of this page has been intentionally left blank)

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 28, 2010.

**OK ORIGINALS LTD.**

By: _____
Name: Peter Kaplan
Title: CEO

**SOUTHPAW KOUFAX, LLC**

By: _____
Name:
Title:

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 28, 2010.

**OK ORIGINALS LTD.**

By: _____
Name:
Title:

**SOUTHPAW KOUFAX, LLC**

By: _____/s/_____
Name:
Title:
           Kevin Wyman
              Member

Schedule of Assets and Liabilities - Exhibit F
URBAN BRANDS, INC. - 10-13005-KJC

| Debtor | Creditor | Address 1 | Address 2 | City | State | Zip | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| URBAN BRANDS, INC. | NUWEST LOGISTICS | 21 VANDERVENTER AVENUE | | PORT WASHINGTON | NY | 11050 | ACCOUNTS PAYABLE | 1,452.75 |
| URBAN BRANDS, INC. | NY3 INTERNATIONAL | 1410 BROADWAY, SUITE 505 Attn: kristi Waters | PO BOX 410 CHURCH STREET STATION | NEW YORK | NY | 10018 | ACCOUNTS PAYABLE | 362,619.50 |
| URBAN BRANDS, INC. | NYC WATER BOARD | ACCOUNT# 20004-87499-001 | | NEW YORK | NY | 10008-0410 | ACCOUNTS PAYABLE | 88.45 |
| URBAN BRANDS, INC. | NYCAL INC. | 6207 RANDOLPH ST. | | COMMERCE | CA | 90040 | ACCOUNTS PAYABLE | 151,222.26 |
| URBAN BRANDS, INC. | OBE INC | 1320 S. Grand Ave ACCOUNTING DEPARTMENT | | LOS ANGELES | CA | 90015 | ACCOUNTS PAYABLE | 15,020.34 |
| URBAN BRANDS, INC. | OFFICE OF THE CIRCUIT CLERK | PO BOX 16994 | | CLAYTON | MO | 63105-6994 | ACCOUNTS PAYABLE | 137.28 |
| URBAN BRANDS, INC. | OGELTHORPE MALL, LLC | SDS-12-1640 P.O. BOX 86 | | MINNEAPOLIS | MN | 55486-1640 | ACCOUNTS PAYABLE | 76,555.25 |
| URBAN BRANDS, INC. | OK ORIGINAL LTD | 389 5TH AVE SUITE 812 | | NEW YORK | NY | 10016 | ACCOUNTS PAYABLE | 80,429.95 |
| URBAN BRANDS, INC. | OMG LLC | 1410 BROADWAY, RM 1402 | | NEW YORK | NY | 10018 | ACCOUNTS PAYABLE | 89,144.44 |
| URBAN BRANDS, INC. | ONE COMMUNICATIONS | PO BOX 415721 ACCOUNT# 1647070 | | BOSTON | MA | 02241-5721 | ACCOUNTS PAYABLE | 4,263.15 |
| URBAN BRANDS, INC. | ONE STOP MAINTENANCE | CHURCH STREET STATION PO BOX 985 | | NEW YORK | NY | 10008 | ACCOUNTS PAYABLE | 4,484.22 |
| URBAN BRANDS, INC. | ORACLE USA, INC. | PO BOX 71028 REFERENCE # 6214148 | | CHICAGO | IL | 60694-1028 | ACCOUNTS PAYABLE | 20,166.16 |
| URBAN BRANDS, INC. | ORION FASHIONS, INC | d/b/a/ KOOL KONNECTIONS 48 WEST 38TH ST | | NEW YORK | NY | 10018 | ACCOUNTS PAYABLE | 92,227.70 |
| URBAN BRANDS, INC. | ORITANI BANK | 370 PASCACK ROAD ATTENTION:DANIEL SCHAPIRA | | WASHINGTON TWN | NJ | 07676 | ACCOUNTS PAYABLE | 54,000.00 |
| URBAN BRANDS, INC. | ORKIN EXTERMINATING CO INC | PO BOX 1504 | | ATLANTA | GA | 30301-1504 | ACCOUNTS PAYABLE | 4,747.10 |
| URBAN BRANDS, INC. | ORRICK, HERRINGTON & SUTCLIFFE | 2121 MAIN STREET | | WHEELING | WV | 26003 | ACCOUNTS PAYABLE | 3,065.82 |