B210
(12/04)

# United States Bankruptcy Court

## District Of Delaware

In re: Urban Brands, Inc., et al.     Case No. 10-13005 (KJC)

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| Southpaw Koufax, LLC<br>Name of Transferee | RSM Maintenance LLC<br>Name of Transferor |
| **Name and Address where notices to transferee should be sent:**<br>Southpaw Koufax, LLC<br>2 West Greenwich Office Park, 1st Fl.<br>Greenwich, CT 06831<br>Phone: (203) 862-6208<br>Last Four Digits of Acct #: _____ | Court Record Address of Transferor<br>(Court Use Only)<br><br><br><br><br>Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above)<br><br>Phone: _____<br><br>Last Four Digits of Acct #: _____ | **Name and Current Address of Transferor**<br>RSM Maintenance LLC<br>461 From Road, 2nd Floor<br>Paramus, NJ 07652<br>Attn: Mike Sargenti<br><br>Last Four Digits of Acct. #: _____ |

Court Claim # (if known): Schedule F
Date Claim Filed: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jeff Cohen     Date: November 10, 2010
     Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                         _____
                                                        **CLERK OF THE COURT**

# EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

Claim #:  Schedule F

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, **RSM Maintenance LLC** (the "Seller") its successors and assigns, does hereby unconditionally and irrevocably sell, transfer and assign unto **Southpaw Koufax, LLC** its successors and assigns (the "Buyer"), all rights, title, interest, claims and causes of action in and to, or arising under or in connection with its claim identified on Schedule F in the amount of **$139,110.74** (the "Claim") against Urban Brands, Inc. (the "Debtor"), one of the debtors in the Chapter 11 bankruptcy case entitled In re: Urban Brands, Inc., Case No. 10-13005 pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and all proofs of claim filed by Seller in respect thereof.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

(The remainder of this page has been intentionally left blank)

(Signature page to follow)

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 5, 2010.

**RSM MAINTENANCE, LLC**

By: *Michael Sargent*
Name: Michael Sargent
Title: PresidenT

**SOUTHPAW KOUFAX, LLC**

By: _____
Name:
Title:

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November S, 2010.

**RSM MAINTENANCE LLC**

By: _____
Name:
Title:

**SOUTHPAW KOUFAX, LLC**

By: _____
Name:
Title:

          **Kevin Wyman**
          **Member**

Schedule of Assets and Liabilities - Exhibit F
URBAN BRANDS, INC. - 10-13005-KJC

| Debtor | Creditor | Address | City | State | Zip | Type | Amount |
|---|---|---|---|---|---|---|---|
| URBAN BRANDS, INC. | ROCK-TENN | P.O. BOX 440 | DAYTON | NJ | 08810-0440 | ACCOUNTS PAYABLE | 14,116.20 |
| URBAN BRANDS, INC. | RODES LOGISTICS | P.O. BOX 810073 | CAROLINA | PR | 00981 | ACCOUNTS PAYABLE | 3,456.00 |
| URBAN BRANDS, INC. | RODGERS, TAMBRIN | 2040 HYDE DR. | GREENVILLE | NC | 27858-8632 | ACCOUNTS PAYABLE | 9.01 |
| URBAN BRANDS, INC. | ROGERS, BEVERLY | c/o AS 121 | N/A | N/A | N/A | ACCOUNTS PAYABLE | 48.00 |
| URBAN BRANDS, INC. | ROMAIN, MARY | 100 METRO WAY | SECAUCUS | NJ | 07094-1906 | BONUS PAYABLE | 5,000.00 |
| URBAN BRANDS, INC. | ROOMMATES | 1561 N BONNIE BEACH PL | LOS ANGELES | CA | 90063 | ACCOUNTS PAYABLE | 130,748.30 |
| URBAN BRANDS, INC. | ROSE DISPLAYS, LTD | PO BOX 843047 | BOSTON | MA | 02284-3047 | ACCOUNTS PAYABLE | 132.00 |
| URBAN BRANDS, INC. | ROSE-GERANIUM ROSKOWSKI, LINDA | 3957 S. HILL ST | LOS ANGELES | CA | 90037 | ACCOUNTS PAYABLE | 12,091.17 |
| URBAN BRANDS, INC. | ROTHSTEIN FAMILY A LTD | 100 METRO WAY 3501 KEYSER AVENUE VILLA 2 | SECAUCUS | NJ | 07094-1906 | BONUS PAYABLE | 6,000.00 |
| URBAN BRANDS, INC. | R-PAC | 132 WEST 36TH STREET | HOLLYWOOD | FL | 33021 | ACCOUNTS PAYABLE | 38,244.97 |
| URBAN BRANDS, INC. | RPM GRP, INC | 138 MULBERRY STREET SUITE 3A | NEW YORK | NY | 10018 | ACCOUNTS PAYABLE | 19,728.01 |
| URBAN BRANDS, INC. | RSM MAINTENANCE | | NEW YORK | NY | 10013 | ACCOUNTS PAYABLE | 47,860.00 |
| URBAN BRANDS, INC. | RUGGLES SIGN COMPANY | 461 FROM RD 308 CROSSFIELD DR | PARAMUS | NJ | 07652 | ACCOUNTS PAYABLE | 139,110.74 |
| URBAN BRANDS, INC. | SAINT JOHN, BOZOMA | H/O | VERSAILLES | KY | 40383 | ACCOUNTS PAYABLE | 22,402.73 |
| URBAN BRANDS, INC. | SAINT JOHN, BOZOMA | 100 METRO WAY | N/A | N/A | N/A | ACCOUNTS PAYABLE | 15.00 |
| URBAN BRANDS, INC. | SAN SEBASTIAN S.C., SE | EDIFICIO OFFICE PARK 349 AVE. HOSTOS, SUITE 402 | SECAUCUS | NJ | 07094-1906 | BONUS PAYABLE | 8,000.00 |
| URBAN BRANDS, INC. | SANGSTER, CLARA | 2385 MALKA CT. | MAYAGUEZ | PR | 00680-1522 | ACCOUNTS PAYABLE | 15,995.35 |
| URBAN BRANDS, INC. | SANTA FE APPAREL | 1407 BROADWAY STE 1602 | COLUMBUS | OH | 43232-8468 | ACCOUNTS PAYABLE | 6.00 |
| URBAN BRANDS, INC. | SAP AMERICA, INC | 3999 WEST CHESTER PIKE | NEWTOWN | NY | 10018 | ACCOUNTS PAYABLE | 4,990.16 |
| URBAN BRANDS, INC. | SARINA ACCESSORIES | 10 WEST 33RD STREET SUITE 1006 | NEWTOWN SQUARE | PA | 19073 | ACCOUNTS PAYABLE | 9,500.00 |
| URBAN BRANDS, INC. | SASHA HANDBAGS, INC | 460/A MAIN AVE. | NEW YORK | NY | 10001 | ACCOUNTS PAYABLE | 11,832.70 |
| URBAN BRANDS, INC. | SAWITZ STORE FIXTURE, INC. | 130 GRAND STREET | WALLINGTON | NJ | 07057 | ACCOUNTS PAYABLE | 256,234.45 |
| URBAN BRANDS, INC. | | | CARLSTADT | NJ | 07072 | ACCOUNTS PAYABLE | 79.64 |