UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
|  | ) | Case No. 10-13005 |
| **Urban Brands, Inc., et <u>al</u>.,** | ) | (Jointly Administered) |
| **Debtors**. | ) ) |  |

## NOTICE OF TRANSFER RE DOCKET 550

TO: ADORN FASHIONS INC
1407 BROADWAY SUITE 1402
NEW YORK, NY 10018

Pursuant to Rule 3001(e)(2) or (e)(4) of the Federal Rules of Bankruptcy Procedure, you are advised that there has been filed with the United States Bankruptcy Court for the District of Delaware, a Transfer to **PIONEER CREDIT OPPORTUNITIES FUND LP** of your claim **No. 200** in the amount of $**126,006.10**.

If you do not object to this Transfer on or before twenty (21) days from the date of the mailing of this Notice (i.e., **December 28, 2010**), by filing a written objection with the Office of the Clerk, United States Bankruptcy Court, District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801, and serving a copy of the objection on the Claims Reconciliation and Official Claims and Noticing Agent listed below, **PIONEER CREDIT OPPORTUNITIES FUND LP** will be substituted in your place as the claimant.

DATED: 12/7/2010

**BMC GROUP, INC.**
444 N. Nash St.
El Segundo, California 90245-2822

Official Claims and Noticing Agent for the Clerk of the Court in the Urban Brands, Inc. Case.

# PROOF OF SERVICE

I, Lauri Shippers, am over the age of eighteen years and not a party to the within action. I am employed by BMC Group, Inc., the Official Claims and Noticing Agent for the Clerk of the Court, whose business address is 444 N. Nash St, El Segundo, California 90245. On 12/7/2010, I caused a true and correct copy of the "Notice of Transfer re: Docket 550" to be served upon the following parties:

    ADORN FASHIONS INC
    1407 BROADWAY SUITE 1402
    NEW YORK, NY 10018

    PIONEER CREDIT OPPORTUNITIES FUND LP
    ATTN: ADAM STEIN-SAPIR
    GREELEY SQUARE STATION, PO BOX 20188
    39 W 31ST ST
    NEW YORK, NY 10001

by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully pre-paid, and deposited in the mail in El Segundo, California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/7/2010

                                                */s/ Lauri Shippers*
                                                  Lauri Shippers