# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: <u>Urban Brands, Inc.</u>   Case No. <u>10-13005</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>COCOMO CONNECTION</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>N/A</u><br>Amount of Claim: <u>USD$34,568.15</u><br>Date Claim Filed: <u>N/A</u> |
| TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518 | Phone: <u>(212) 575-5626</u><br>Last four digits of Acct.#: <u>N/A</u><br><br>Name and Current Address of Transferor: |
| Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | COCOMO CONNECTION<br>9th Floor<br>22 West 39th Street<br>New York, NY 10018 |
| Name and address where transferee payments should be sent (if different from above): | |
| Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>    Date: <u>June 1, 2011</u>
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801-3024
Attention: Clerk

AND TO: URBAN BRANDS, INC. ("Debtor")
Case No. 10-13005

Claim # N/A

**COCOMO CONNECTION**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$34,568.15** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 31st DAY OF May, 2010. 2011

ASSIGNOR: COCOMO CONNECTION

_____
(Signature)

ERIK Vemsken
(Print Name)

V.P.
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

Schedule of Assets and Liabilities - Exhibit F
URBAN BRANDS, INC. - 10-13005-KJC

| Debtor | Creditor | Address | City | State | Zip | Type | Amount |
|---|---|---|---|---|---|---|---|
| URBAN BRANDS, INC. | CLARKE, MARY | 11299 CHELSEA LANE | HAMPTON | GA | 30228 | ACCOUNTS PAYABLE | 986.11 |
| URBAN BRANDS, INC. | CLEARHEART CONSTRUCTION CO INC | 24 STONY HILL ROAD | BETHEL | CT | 06801 | ACCOUNTS PAYABLE | 83,842.00 |
| URBAN BRANDS, INC. | CLEVELAND HTS WATER DEPT | P O BOX 81881 | CLEVELAND | OH | 44181-0881 | ACCOUNTS PAYABLE | 64.88 |
| URBAN BRANDS, INC. | CLEVELAND ST | 1407 BROADWAY ROOM 1212 | NEW YORK | NY | 10018 | ACCOUNTS PAYABLE | 769.00 |
| URBAN BRANDS, INC. | CLICK MODEL MANAGEMENT INC | 129 WEST 27TH STREET 12TH FLOOR | NEW YORK | NY | 10001 | ACCOUNTS PAYABLE | 16,430.00 |
| URBAN BRANDS, INC. | CLUB HOUSE CREATIONS | 485 SEVENTH AVE SUITE 1200 | NEW YORK | NY | 10018 | ACCOUNTS PAYABLE | 80,785.50 |
| URBAN BRANDS, INC. | COBB COUNTY POLICE DEPARTMENT | FALSE ALARM REDUCTION UNIT PO BOX 405587 | ATLANTA | GA | 30339 | ACCOUNTS PAYABLE | 100.00 |
| URBAN BRANDS, INC. | COCOMO CONNECTION | 22 WEST 38TH STREET 9TH FLOOR | NEW YORK | NY | 10018 | ACCOUNTS PAYABLE | 34,568.15 |
| URBAN BRANDS, INC. | COHENJEMAL PARTNERSHIP LLC | C/O JEM REALTY 1430 BROADWAY, SUITE 1103 | NEW YORK | NY | 10018 | ACCOUNTS PAYABLE | 24,988.28 |
| URBAN BRANDS, INC. | COLEMAN, CAROLYN | 2633 BAINBRIDGE DRIVE | DALLAS | TX | 75237 | ACCOUNTS PAYABLE | 83.50 |
| URBAN BRANDS, INC. | COLLIN CREEK MALL, L.P. | P.O. BOX 64991 | BALTIMORE | MD | 21264-4991 | ACCOUNTS PAYABLE | 17,133.33 |
| URBAN BRANDS, INC. | COLLINS, JANELLE | HOME OFFICE-AS | N/A | N/A | N/A | ACCOUNTS PAYABLE | 39.00 |
| URBAN BRANDS, INC. | COLUMBIA GAS | PO BOX 182007 BILL PAYMENT | COLUMBUS | OH | 43218-2007 | ACCOUNTS PAYABLE | 815.08 |
| URBAN BRANDS, INC. | COMED | CENTER COMMERCIAL SERVICES 2465 | CHICAGO | IL | 60668-0001 | ACCOUNTS PAYABLE | 7,514.70 |
| URBAN BRANDS, INC. | COMMERCIAL FIRE INC. (CSI-FIRE | ST. JOHNS BLUFF ROAD S | JACKSONVILLE | FL | 32246 | ACCOUNTS PAYABLE | 5,120.91 |
| URBAN BRANDS, INC. | COMMUNITY DEVELPMNT CORP OF KC | 2420 EAST LINWOOD BOULEVARD NBC TOWER 13TH | KANSAS CITY | MO | 64109 | ACCOUNTS PAYABLE | 41,506.62 |
| URBAN BRANDS, INC. | COMPSYCH CORPORATION | FLOOR 455N. CITYFRONT PLAZA DRIVE | CHICAGO | IL | 60611-5322 | ACCOUNTS PAYABLE | 1,687.50 |
| URBAN BRANDS, INC. | CON EDISON | JAF STATION PO BOX 1702 | NEW YORK | NY | 10116-1702 | ACCOUNTS PAYABLE | 23,917.73 |
| URBAN BRANDS, INC. | CONNECTION 18 INC. | 1407 BROADWAY SUITE # 2201 | NEW YORK | NY | 10018 | ACCOUNTS PAYABLE | 4,515.84 |