# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: Urban Brands, Inc.    Case No. 10-13005

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

BLU DAWN INC.
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): N/A
Amount of Claim: USD$166,734.59
Date Claim Filed: N/A

TRC MASTER FUND LLC
Attn: Terrel Ross
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518

Phone: (310) 965-7700
Last four digits of Acct.#: N/A

Name and Current Address of Transferor:

Phone: 516-255-1801
Last four digits of Acct#: N/A

BLU DAWN INC.
13812 S. Figueroa Street
Los Angeles, CA 90061

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross           Date: June 10, 2011
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:  United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801-3024
Attention: Clerk

AND TO:  URBAN BRANDS, INC.  ("Debtor")
Case No. 10-13005

Claim # N/A

**BLU DAWN INC.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$166,734.59** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___7___ DAY OF ___June___, 2011.

ASSIGNOR: BLU DAWN INC.

_____
(Signature)

_____
(Print Name)

_____
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

_Terrel Ross_____
(Print Name)

_Managing Member_____
(Title)

| Creditor | Name | Address | City | State | Zip | Type | Amount |
|---|---|---|---|---|---|---|---|
| URBAN BRANDS, INC. | BENEFITS ANALYSIS, INC | PO BOX 527 | NUTLEY | NJ | 07110-0527 | ACCOUNTS PAYABLE | 3,156.50 |
| URBAN BRANDS, INC. | BENJAMIN, KARI | AS#428 | N/A | N/A | N/A | ACCOUNTS PAYABLE | 61.00 |
| URBAN BRANDS, INC. | BERGEN FIRE EQUIPMENT | 36 JOHNSON AVENUE | HACKENSACK | NJ | 07601 | ACCOUNTS PAYABLE | 563.89 |
| URBAN BRANDS, INC. | BERKSHIRE-WEST 87TH STREET LLC | P.O.BOX 601947 | CHARLOTTE | NC | 28260-1947 | ACCOUNTS PAYABLE | 37,680.87 |
| URBAN BRANDS, INC. | BERNSTEIN MANAGEMENT CORP | 5301 WISCONSIN AVE NW SUITE 600 | WASHINGTON | DC | 20015 | ACCOUNTS PAYABLE | 8,168.47 |
| URBAN BRANDS, INC. | BEST FAMOUS ASIA LTD | RM1610-11 PENINSULA SQUARE 18 SUNG ON STREET HUNGHOM, KOWLOON | HONG KONG, CHINA | N/A | N/A | ACCOUNTS PAYABLE | 101,711.09 |
| URBAN BRANDS, INC. | BEST SECURITY INDUSTRIES INC | 635 GATOR DRIVE SUITE | LANTANA | FL | 33462 | ACCOUNTS PAYABLE | 15,717.83 |
| URBAN BRANDS, INC. | BETA PARTNERSHIP | 898 N SEPULVEDA BLVD SUITE 400 | EL SEGUNDO | CA | 90245 | ACCOUNTS PAYABLE | 17,511.33 |
| URBAN BRANDS, INC. | BETTER SECURITY INC. | 1158 PATERSON PLANK ROAD | SECAUCUS | NJ | 07094-2723 | ACCOUNTS PAYABLE | 98.44 |
| URBAN BRANDS, INC. | BGE | PO BOX 1431 MOORE 211 | BALTIMORE | MD | 21203-1431 | ACCOUNTS PAYABLE | 1,677.69 |
| URBAN BRANDS, INC. | BLATT,HASENMILLE R LEIBSKER & LANDMARK | 395 5TH AVENUE, DRIVE, STE E-5 SUITE 306 | NORMAL | IL | 617.61 | ACCOUNTS PAYABLE | 773.06 |
| URBAN BRANDS, INC. | BLU DAWN INC. | 1385 BROADWAY Suite 1508 | NEW YORK | NY | 10016 | ACCOUNTS PAYABLE | 166,734.59 |
| URBAN BRANDS, INC. | BMGM COMPANY | C/O REVOLUTION CORPORATION | NEW YORK | NY | 10018 | ACCOUNTS PAYABLE | 157,760.21 |
| URBAN BRANDS, INC. | BMHC DOWNTOWN DEVEP ASSOC. | 2882 THIRD AVENUE | BRONX | NY | 10455 | ACCOUNTS PAYABLE | 23,181.58 |
| URBAN BRANDS, INC. | BMSNJ, LLC (BRAVO) | 6-11 SADDLE RIVER RD | FAIR LAWN | NJ | 07410 | ACCOUNTS PAYABLE | 162.54 |
| URBAN BRANDS, INC. | BOARD OF POLICE COMMISSIONERS | ACCOUNTING OFFICE 1125 LOCUST STREET | KANSAS CITY | MO | 64106 | ACCOUNTS PAYABLE | 120.00 |
| URBAN BRANDS, INC. | BOGIN,MUNNS & MUNNS, P.A | 2601 TECHNOLOGY DRIVE | ORLANDO | FL | 32804 | ACCOUNTS PAYABLE | 1,473.41 |
| URBAN BRANDS, INC. | BOOM-BOOM JEANS | 1526 E WASHINGTON BLVD | LOS ANGELES | CA | 90021 | ACCOUNTS PAYABLE | 329,399.07 |