IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| UBI Liquidating Corp., et al., | § | Case No. 10-13005 (KJC) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF DALLAS COUNTY, HARRIS COUNTY, et al. , JEFFERSON COUNTY AND TARRANT COUNTY TO DEBTORS' JOINT PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

**YOU ARE HEREBY NOTIFIED** that the Limited Objection of Dallas County, Harris County, *et al.,* Jefferson County and Tarrant County (the "Texas Taxing Authorities") to Debtors' Joint Plan of Liquidation under Chapter 11 of the Bankruptcy Code is hereby **WITHDRAWN**, without prejudice.

Date: October 18, 2011

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**

/s/ John P. Dillman
**JOHN P. DILLMAN**
Texas State Bar No. 05874400
**TARA L. GRUNDEMEIER**
Texas State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 *Telephone*
(713) 844-3503 *Telecopier*

*Counsel for Dallas County, Harris County, et al.,
Jefferson County and Tarrant County*

1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

_____
|                                      | § | Chapter 11                  |
| IN RE:                               | § |                             |
|                                      | § |                             |
| UBI Liquidating Corp., et al.,       | § | Case No. 10-13005 (KJC)     |
|                                      | § |                             |
| *Debtors*.                           | § | Jointly Administered        |
|_____| § |                             |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the *Notice of Withdrawal of Limited Objection of Dallas County, Harris County, et al., Jefferson County and Tarrant County to Debtors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* was served upon the following entities by either electronic court filing or by facsimile on October 18, 2011:

Debtor
**Urban Brands, Inc., et al.**
100 Metro Way
Secaucus, NJ 07094

Debtors' Counsel
**Chun I Jang, Esq.**
**Julie A Finocchiaro**, **Esq.**
**L. Katherine Good, Esq.**
Richards, Layton & Finger, P.A.
920 North King Street
P.O. Box 551
Wilmington, DE 19899

Office of the United States Trustee
*U.S. Trustee*
**David L. Buchbinder, Esq.**
Office of the U.S. Trustee
J. Caleb Boggs Federal Building , Suite 2207
Wilmington, DE 19801

Official Committee of Unsecured Creditors
**Cathy R. Hershcopf, Esq.**
**Lawrence C. Gottlieb, Esq.**
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036

**Leslie C. Heilman, Esq.**
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801


*/s/Tara L. Grundemeier*
Tara L. Grundemeier