UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | CASE NO. 10-13005(KJC) |
| | § | Jointly Administered |
| UBI LIQUIDATING CORP., et al., | § | |
| | § | Chapter 11 |
| Debtors | § | |

**NOTICE OF WITHDRAWAL OF TEXAS COMPTROLLER OF PUBLIC ACCOUNTS' and TEXAS WORFORCE COMMISSION'S LIMITED OBJECTION TO JOINT PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

The Texas Comptroller of Public Accounts ("Texas Comptroller") and the Texas Workforce Commission ("TWC"), appearing through the Texas Attorney General's Office, hereby withdraw their Limited Objection to Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Docket No. 1432).

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

BILL COBB
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ John Mark Stern*
JOHN MARK STERN
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4868
Facsimile: (512) 482-8341

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS AND
THE TEXAS WORKFORCE COMMISSION

**CERTIFICATE OF SERVICE**

I certify that on October 19, 2011, a true copy of the foregoing was served by the method and to the following parties as indicated:

By Electronic Means as listed on the Court's ECF Noticing System:

Richards, Layton & Finger, P.A.
Debtors Counsel
Attn: Mark D. Collins
920 North King Street
Wilmington, De 19801
Collins@rlf.Com

Cooley LLP
Counsel to UCC
Attn: Lawrence C. Gottlieb
The Grace Building
1114 Avenue of The Americas
New York, NY 10036-7798
Lgottlieb@Cooley.Com

Ballard Spahr LLP
Counsel to UCC
Attn: Leslie C. Heilman
919 N Market Street
12th Floor
Wilmington, DE 19801
Heilmanl@ballardspahr.Com

Office of the US Trustee Delaware
David L. Buchbinder, Esq.
844 King St Ste 2207
Lockbox 35
Wilmington, De 19801

            */s/ John Mark Stern*
            JOHN MARK STERN